IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RANCHERS-CATTLEMEN ACTION LEGAL FUND, UNITED STOCKGROWERS OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, and THOMAS J. VILSACK, in his official capacity as Secretary of the United States Department of Agriculture,<br><br>Defendants. | Case No. 20-cv-2552 (RDM) |

## **DEFENDANTS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7(h), Defendants the United States Department of Agriculture and Thomas J. Vilsack, in his official capacity as Secretary of the United States Department of Agriculture, respectfully move for summary judgment on the issue of Plaintiff's standing. The bases for this motion are set forth in the accompanying memorandum in support of Defendants' cross-motion for partial summary judgment; Defendants' statement of material facts not in dispute; and the accompanying exhibits. A proposed order is also attached.

Dated: November 16, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Branch Director

1

*/s/ Rebecca Kopplin*
REBECCA KOPPLIN
(California Bar No. 313970)
LIAM C. HOLLAND
ANTONIA KONKOLY
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-3953
Email: Rebecca.M.Kopplin@usdoj.gov

*Counsel for Defendants*
