# DEFENDANTS' EXHIBIT 7

Page 1

1              UNITED STATES DISTRICT COURT

               FOR THE DISTRICT OF COLUMBIA

2

      _____

3                                  :

      RANCHERS-CATTLEMEN           :

4     ACTION LEGAL FUND,           :

      UNITED STOCKGROWERS          :

5     OF AMERICA,                  :

                                   :

6          Plaintiff              :

                                   :

7          v.                     :   Case No. 20-2552

                                   :

8     UNITED STATES DEPARTMENT    :

      OF AGRICULTURE, SONNY       :

9     PERDUE, in his official     :

      capacity as Secretary       :

10    of the United States        :

      Department of Agriculture,:

11                                 :

           Defendants.            :

12    _____:

13

14              Monday, February 13, 2023

15

16          Video-recorded Deposition of CLADIU

17    V. DIMOFTE, Ph.D., taken remotely via Zoom

18    videoconference with the witness participating

19    from his residence, beginning at 10:00 a.m.,

20    Eastern Standard Time, before Ryan K. Black, a

21    Registered Professional Reporter, Certified

22    Livenote Reporter and Notary Public in

23    and for the Commonwealth of Pennsylvania.

24

25    Job No. CS5693738

Page 2

```
1      A P P E A R A N C E S:
2

       PUBLIC JUSTICE
3      BY:   SURBHI SURANG, ESQ. - Via Zoom
             DAVID MURASKIN, ESQ. - Via Zoom
4      1620 L Street NW,
       Suite 630
5      Washington, D.C. 20036
       202.797.8600
6      ssarang@publicjustice.net
       dmuraskin@publicjustice.net
7

       Representing - Plaintiff
8

9      UNITED STATES DEPARTMENT OF JUSTICE
       FEDERAL PROGRAMS BRANCH
10     BY:   LIAM C. HOLLAND, ESQ. - Via Zoom
             ANTONIA KONKOLY, ESQ. - Via Zoom
11     1100 L Street NW
       Washington, D.C. 20005
12     202.514.2000
       liam.c.holland@usdoj.gov
13     antonia.konkoly@usdoj.gov
14     Representing - Defendants
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

1                         I N D E X

2     TESTIMONY OF: CLAUDIU V. DIMOFTE, PH.D.      PAGE

3     By Mr. Holland................................4

4

5                     E X H I B I T S

6     EXHIBIT              DESCRIPTION              PAGE

7     Dimofte 1     Dr. Dimofte's curriculum vitae...10

8     Dimofte 2     a document titled Claudiu
                    V. Dimofte, PhD " Expert
9                   Depositions/Testimony
                    Provided Since 2017.............13

10

      Dimofte 3     Dr. Dimofte's Expert Report......29

11

      Dimofte 4     a document titled Appendix K.....34

12

      Dimofte 5     a document titled Appendix F,

13                  National Consumer Perceptions
                    Survey Items and Logical Flow....73

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1                               *      *      *

2        Whereupon --

3                     CLAUDIU V. DIMOFTE, PH.D.,

4        called to testify via Zoom videoconference,

5        having been first duly sworn or affirmed, was

6        examined and testified as follows:

7                               *      *      *

8                     MR. HOLLAND:  Hi.  I'm Liam Holland.

9        I'm an attorney for the Department of Justice

10       representing USDA in this action.

11                    MS. SURANG:  Surbhi Surang.  I'm with

12       Public Justice, representing R-CALF.

13                    MS. KONKOLY:  I'm sorry.  I should have

14       jumped in there.  I'm Antonia Konkoly.  I'm also

15       with the Department of Justice.

16                    MR. MURASKIN:  And David Muraskin, with

17       Public Justice, on behalf of R-CALF.

18                            EXAMINATION

19       BY MR. HOLLAND:

20           Q.   Okay.  All right.  Dr. Dimofte, am I

21       saying that correctly?  Could you state your name

22       for the record?

23           A.   That is perfect.

24                    Claudiu Dimofte.

25           Q.   Have you ever gone by any other names?

Page 5

1          A    No.

2          Q.   And where are you located today?

3          A.   Today I'm in Philadelphia.

4          Q.   We are deposing you in relation to a

5     case filed in the District Court for the District

6     of Columbia, Ranchers-Cattlemen Action Legal Fund

7     and United Stockgrowers of America versus United

8     States Department of Agriculture.

9               Have you been retained by plaintiff's

10    counsel in this matter?

11         A.   Yes.

12         Q.   You understand your testimony today is

13    given under oath and under penalty of perjury?

14         A.   I do.

15         Q.   Is there any reason you're not able to

16    testify truthfully today?

17         A.   No.

18         Q.   Is there any reason you're not able to

19    testify fully and completely today?

20         A.   No.

21         Q.   Are you on any medication or other

22    substance that would affect your ability to

23    answer my questions truthfully and completely

24    today?

25         A.   No.

Claudiu V Dimofte                                    February 13, 2023

                                                              Page 6

1            Q.   I'm just going to go over a couple of

2      basic deposition ground rules.  I'll ask the

3      questions and then you'll answer them.  And

4      everything's going to be written down by

5      Mr. Black, the court reporter.  Do you

6      understand?

7            A.   Yes.

8            Q.   You need to answer the questions orally.

9      We can't talk over each other, because Mr. Black

10     will be taking down everything.  Does that make

11     sense?

12           A.   Yes.

13           Q.   If you don't understand a question or

14     you think the question is ambiguous, let me know

15     and I'll rephrase it.  Is that okay?

16           A.   Yes.

17           Q.   If you answer my question, is it fair to

18     assume you understood what's being asked?

19           A.   Yes.

20           Q.   If plaintiff's counsel objects to a

21     question, you still need to answer it unless I

22     withdraw the question or your attorney or the

23     attorney instructs you not to answer it.  Do you

24     understand?

25           A.   I do.

Claudiu V Dimofte                                    February 13, 2023

Page 7

1          Q.   If you need a break, let me know.

2     I'd just ask that you answer the pending

3     question.  Is that okay?

4          A.   Yes.

5          Q.   Similarly, if you need to talk with

6     plaintiff's counsel, you know, please ask for

7     a break, and do not message or text or read

8     messages when a question is pending.  Is that

9     okay?

10         A.   Yes.

11         Q.   And, similarly, please do not

12    communicate with anyone else about your testimony

13    during the deposition.  Is that understood?

14         A    Yes, sir.

15         Q.   Sometimes you might think of a

16    document that might help you remember an answer

17    or give a more complete answer.  If you do, let

18    me know.  You can tell me.  All right?

19         A.   Will do.

20         Q.   And are you logged into the Exhibit

21    Share software?

22         A.   I think I am, yes.

23         Q.   Okay.  Do you think you know how to use

24    it?

25         A.   Well, I haven't yet, but I see a bunch

Claudiu V Dimofte                                            February 13, 2023

Page 8

1        of folders here.

2               Q.   Okay.  Well, we'll see how it goes.  It

3        should be fine.

4               Did you bring anything with you today?

5               A.   I don't have anything here, no.

6               Q.   Okay.  What did you do to prepare for

7        today's deposition?

8               A.   I went over my report and supporting

9        materials, and I had a session a few days ago

10       with two of the R-CALF counsel.

11              Q.   Anything else?

12              A.   That's pretty much it.

13              Q.   Sorry.  You said you had a session two

14       days ago with who?

15              A.   With two of the R-CALF counsels, so

16       David and Surbhi.

17              Q.   How long did you meet?

18              A.   That was about a couple of hours,

19       between an hour-and-a-half and two hours.

20              Q.   Have you met or spoken to any

21       representatives of the Ranchers-Cattlemen

22       Action Legal Fund, Stockgrowers of America, in

23       preparation for this case other than counsel?

24              A.   No.

25              Q.   Are you familiar with anyone named David

Claudiu V Dimofte                                          February 15, 2023

1       Wright?

2            A.   I don't think so.

3                 MS. SARANG:   Sorry.   Just to interrupt,

4       I wanted to correct something.   I think there was

5       a misunderstanding about when we met.   It wasn't

6       two days ago.   It was a few days ago.

7                 THE WITNESS:   That's what I said.   I

8       said a few days ago, yes.

9       BY MR. HOLLAND:

10           Q.   Okay.   Are you familiar with anyone

11      named Gary Hendrix?

12           A.   I don't think so.

13           Q.   Are you familiar with anyone named

14      Vaughn Meyer?

15           A.   What was the name again?   I'm sorry.

16           Q.   Vaughn Meyer?

17           A.   I don't think so.

18           Q.   Are you familiar with anyone named Kevin

19      Kirschbaum?

20           A.   I don't think so.

21           Q.   Are you familiar with anyone named

22      Dennis Sweat?

23           A.   No.

24           Q.   What did you do to familiarize yourself

25      with the facts of this case?

Claudiu V Dimofte                                    February 15, 2023

1          A.   Well, I was provided by counsel with the

2     original complaint and some other documents that

3     I understand were provided in discovery.

4          Q.   Which documents were those?

5          A.   I can't recall the name individually,

6     but they're listed in -- they're cited in the

7     report itself.

8          Q.   Okay.  So you didn't review anything

9     provided in discovery that was not cited in the

10    report; is that right?

11         A.   I wouldn't say that.  I assume there may

12    have been more documents.  I used the ones that I

13    found relevant in the report.

14         Q.   I see.

15              Have you reviewed any of the memorandum

16    of understanding that are at issue in this case?

17         A.   I think at least one of them was in the

18    documents that I reviewed.  I believe so.

19         Q.   Which one?  Do you remember?

20         A.   I cannot recall.

21         Q.   Many?

22              MR. HOLLAND:  I'm going to mark an

23    exhibit.  It's from your disclosures to us.

24              (Dimofte Exhibit No. 1, Dr. Dimofte's

25    curriculum vitae, was introduced electronically.)

Claudiu V Dimofte                                    February 15, 2023

1          BY MR. HOLLAND:

2              Q.   Okay.  If you looked in the Marked

3          Exhibit folder, there should be an exhibit I just

4          marked as Exhibit Number 1.

5                   Let me know if you see that.

6              A.   Yes.

7              Q.   Do you recognize this document?

8              A.   Yes.  It looks to be my curriculum

9          vitae.

10             Q.   Did you create it?

11             A.   I did create this.  I assume it's the

12         same document, yes.

13             Q.   And when was it created?

14             A.   Sometime late last year, I believe.

15             Q.   Is it accurate?

16             A.   I believe so, yes.

17             Q.   It's comprehensive and up to date as of

18         today?

19             A.   I believe so, yes.

20             Q.   And it includes all of your degrees?

21             A.   Yes.  Yes, it does.

22             Q.   And it includes all of your academic

23         positions; is that right?

24             A.   Yes.

25             Q.   And all of your current positions?

1          A.    Yes.

2          Q.    Do you have any experience with cattle

3      markets?

4          A.    In what capacity?

5          Q.    In any capacity.

6          A.    Well, beyond this case, I have not been

7      involved in cattle markets, no.

8          Q.    Can you explain how this case -- how you

9      have involvement in cattle markets in this case?

10          A.    Well, the topic of the case is loosely

11      related to the issue of beef production which is,

12      in the larger picture, a cattle market issue.

13          Q.    Do you have any experience with beef

14      markets other than your work for plaintiffs in

15      this case?

16          A.    With beef markets directly, I do not.

17          Q.    Do you consider yourself to be

18      experienced in industrial economics?

19          A.    Well, I have a certain level of

20      expertise in a variety of categories.  My Ph.D is

21      in marketing, but I have an undergraduate degree

22      in international economics.

23          Q.    In, I'm sorry, international economics

24      or --

25          A.    Yes.

1          Q.   Do you have any experience with generic

2     commodities marketing?

3               (Whereupon Mr. Holland's phone rang.)

4               One second.  Sorry.  I've gotta shut

5     this phone off.

6          A.   Okay.

7          Q.   Sorry.  Sorry.  Let me repeat the

8     question.  Do you have any experience with

9     generic commodities marketing?

10         A.   I have not done research specifically on

11    that myself, but I'm aware of literature on the

12    topic, yes.

13              MR. HOLLAND:  I'm going to introduce

14    another exhibit here.

15              (Dimofte Exhibit No. 2, a document

16    titled Claudiu V. Dimofte, PhD " Expert

17    Depositions/Testimony Provided Since 2017,

18    was introduced electronically.).

19    BY MR. HOLLAND:

20         Q.   Okay.  There should be another exhibit

21    that is marked as Exhibit 2.  Let me know if you

22    can pull it up and see it.

23         A.   I do see it.  It's Appendix B of the

24    report.

25         Q.   And do you recognize this document?

Page 14

1              A.    Yes.  It looks to be Appendix B in the

2         expert report that I provided.

3              Q.    Okay.  Can you summarize what's included

4         in this?

5              A.    It is a list of recent expert deposition

6         or testimony that I provided in the past few

7         years.

8              Q.    So is this a complete list of every

9         judicial and administrative proceeding in which

10        you've been a witness or consultant since 2017?

11             A.    I believe so, yes.

12             Q.    Can you tell me what was the subject of

13        this case involving Kate Spade and Company?

14             A.    I believe it had to do with the pricing

15        at outlet locations.

16             Q.    And what was the nature of your opinion

17        in that case?

18             A.    If I recall, it was an expert report

19        assessing the potential deceptive nature of that

20        pricing.  I'm not a hundred percent sure I recall

21        all the details, but, roughly, that's the idea, I

22        think.

23             Q.    Did the Court make any decision with

24        respect to your testimony?

25                  MS. SARANG:  Objection.

Claudiu V Dimofte                                    February 15, 2023

Page 15

```
 1                THE WITNESS:  I'm not aware of any
 2        decision.
 3        BY MR. HOLLAND:
 4             Q.   In the second case involving the Chelsea
 5        Vancleve versus Chien Et Chat, can you describe,
 6        generally, the nature of that case?
 7             A.   I think that case had to do with
 8        marketing deception as well in the context of
 9        sellers of pets.  I think there were -- I'm not
10        sure if it was online or brick and mortar stores,
11        but it was a pet retailer accused of deception.
12             Q.   And so what was the nature of your
13        opinion in that case?
14             A.   It was also an expert report trying
15        to address the claims and assessing whether
16        deception was involved in that situation or not.
17             Q.   Okay.  In this third case, Joshua
18        Wasser, and others, versus All Market, was that
19        also a deceptive marketing case, or was it
20        different?
21             A.   I think it was similar.  I think it had
22        to do with misleading product packaging claims or
23        something along those lines.
24             Q.   Okay.  And so would you say your opinion
25        that you provided in that case was similar in
```

Claudiu V Dimofte                                   February 15, 2023

Page 16

1      nature to those in the first two cases?

2           A.   It was a similar expert report trying to

3      assess the extent with the claims in the case

4      were supported or not, yes.

5           Q.   In the Animal Legal Defense Fund versus

6      Hormel Foods Corporation case, what was the

7      nature of that case?

8           A.   I believe that involved consumer

9      perceptions based on packaging language, again,

10     and the potential for deception based on that.

11          Q.   And so you provided a similar opinion

12     testimony about whether one of the parties

13     provided deceptive advertising; is that correct?

14          A.   I don't recall it being specifically

15     about advertising.  It may have been about

16     packaging, perhaps advertising -- I don't recall

17     exactly -- but, yes, marketing messaging of some

18     sort.

19          Q.   Okay.  How about Debra Britt, and

20     others, versus Puppies.com, and others, what was

21     the nature of that case?

22          A.   That case involved an online seller of

23     pets, puppies specifically, that I recall.  I

24     think they were accused of employing puppy mills,

25     not disclosing that properly to consumers.  So,

1  again, a case of deception in an online marketing

2  context.

3        Q.   I see.

4             And what was your opinion in that case?

5        A.   It was a report trying to assess whether

6  the claims in the case are supported or not.

7        Q.   Were you working on the plaintiff's side

8  or the defendant's side?

9        A.   I was on the plaintiff's side.

10        Q.   How about the Friends of the Earth and

11  Center for Food Safety versus Sanderson Farms,

12  what was that case about?

13        A.   I believe that also involved potential

14  consumer deception in terms of marketing claims.

15  I don't recall exactly if it was packaging or

16  advertising or what.

17        Q.   And what was your opinion in that case?

18        A.   I think it was an expert report trying

19  to assess whether the claims in the case were

20  supported or not.

21        Q.   On behalf of the plaintiff?

22        A.   I was on behalf of the plaintiff there,

23  yes.

24        Q.   And you found -- and you -- it was

25  your opinion that the defendant's marketing was

1      deceptive; is that right?

2          A.   I don't recall exactly my opinion.  It's

3      likely that this may have been the outcome, but I

4      don't recall exactly what the opinion was.

5          Q.   Okay.  How about Farid Khan versus

6      Boohoo.com and others?

7          A.   This involved a online fashion retailer

8      employing deceptive reference pricing.

9          Q.   And were you retained by the plaintiff

10     or defendant?

11         A.   By the plaintiff.

12         Q.   And how about finally this

13     Audio-Technica Corporation and another versus

14     Music Tribe Commercial My SDN, BHD?

15         A.   This is, essentially, a copyright

16     infringement case.

17         Q.   Okay.  So what was the nature of your

18     testimony in that case?

19         A.   It was a report trying to address

20     whether the claims of infringement in the case

21     were supported or not.

22         Q.   And you were retained by the plaintiff

23     or the defendant?

24         A.   By the plaintiff.

25         Q.   Have you ever been a plaintiff in a

Claudiu V Dimofte                                    February 15, 2023

Page 19

1      lawsuit?

2            A.   I don't believe so.

3            Q.   Have you ever been a defendant in a

4      lawsuit?

5            A.   I don't believe so.

6            Q.   Have you ever been involved in a

7      criminal proceeding in any fashion?

8            A.   No.

9            Q.   Generally, in the ballpark range, about

10     how many cases have you provided testimony in

11     before 2017?

12           A.   Probably about an equal number that you

13     see in that exhibit.

14           Q.   Okay.

15           A.   Probably as many, roughly.  I couldn't

16     tell.

17           Q.   Do you recall whether or not any court

18     has ever excluded your expert testimony or

19     opinions?

20           A.   Not that I'm aware of, no.

21           Q.   What about any administrative body?

22           A.   No.

23           Q.   Have you ever been deposed as a fact

24     witness; in other words, not as an expert?

25           A.   I'm not sure I understand quite the

```
1          distinction, but as far as I know I've always
2          been an expert witness.
3               Q.   What do you regard as your areas of
4          expertise?
5               A.   Well, in general terms, my expertise
6          relies on markets and how markets function.
7          Within that there is areas specifically,
8          perhaps, how consumers make sense of marketing
9          information, how marketers provide that
10         information sometimes in a manner that
11         may be misleading.
12                   Others areas of research that I pursued
13         include private topics on advertising, on
14         international or global branding and the
15         interface of marketing with operations and
16         finance.
17              Q.   Anything else?
18              A.   Well, these are, again, rough general
19         themes, I assume.  As we delved in deeper, there
20         are a variety of specific issues that I've
21         addressed.
22              Q.   When you initially answered "how
23         markets function," was that a -- that was a
24         -- would you characterize that as kind of a
25         broader description of some of the other items
```

Claudiu V Dimofte                                    February 15, 2023

1      that you provided afterward?

2          A.    That's an overarching higher-level

3      theme, yes.  So much of the works of academics

4      and business, I would argue, operates within that

5      frame, yes.

6          Q.    So what is the basis of your expertise

7      in markets and how markets function?

8          A.    Well, it's an undergraduate degree in

9      international economics, and a BA degree with a

10     focus in international business and a Ph.D with a

11     focus on marketing and consumer psychology.

12         Q.    So it's primarily, like, marketing and

13     consumer psychology?  That's the --

14         A.    Well, if you want to split that across

15     macroeconomics and then consumer-level insights,

16     yes, most of my work is on the latter.

17         Q.    Okay.  Do you have any other training or

18     certifications that underlie your expertise?

19         A.    No.  My education is described in the

20     CV.

21         Q.    Okay.  In your own words, can you

22     describe what opinions you're offering in this

23     case?

24         A.    Could you rephrase that?  I'm sorry.

25         Q.    You were retained by plaintiff's counsel

Claudiu V Dimofte                                    February 15, 2023

1     in this case and you've written an expert report;

2     is that right?

3          A.   Yes.

4          Q.   Can you just describe, in your own

5     words, what your ultimate opinions are, you know,

6     a summary of your opinions?

7          A.   The purpose of the report was to

8     address the complaint, or the facts stated in

9     the complaint that the plaintiff brought forward.

10    And my work assessed whether there was empirical

11    support for those claims or not.

12         Q.   Okay.  And can you summarize what the

13    opinion is that you're providing; in other words

14    -- well, let me strike that.

15              What facts in the complaint were you

16    providing an opinion about?

17         A.   The key claims in the complaint that

18    I addressed had to do with the fact that the

19    plaintiff perceived defendants to engage in

20    behavior that was detrimental to its members'

21    welfare.

22         Q.   And that's the facts in which you were

23    deciding whether or not there was support for; is

24    that correct?

25         A.   That is the general idea, but if you

Claudiu V Dimofte                                February 15, 2023

1         want the specifics of those claims, we can

2         discuss those, sure.

3              Q.   Okay.

4              A.   Well, again, in this case the specifics

5         entail speech that the USDA essentially sponsors,

6         if you will, in terms of, specifically, generic

7         advertising for beef, which the plaintiffs argue

8         that influences the consumer market in the manner

9         that's detrimental to its members.  In even more

10        specific terms, perhaps, this generic advertising

11        creates perceptions of market homogeneity; in

12        other words, reduces differentiation in the

13        marketplace for beef, and places downward

14        pressure on prices; in other words, creates

15        consumer perceptions that prices are, or should

16        be, low in the category.

17             Q.   Okay.  So I heard you identify issues

18        involving market homogeneity, the idea that

19        certain advertising places downward pressure on

20        prices and certain advertising creates consumer

21        perceptions that prices are or should be low in

22        a certain category.  Would you say those are the

23        three specific areas in which you looked into

24        here?

25             A.   Largely those are the key dimensions I

Claudiu V Dimofte                                          February 15, 2023

1      looked at.

2          Q.   So what was your opinion with respect to

3      the first issue of market homogeneity?

4          A.   I believe the data supports the claim

5      that generic beef advertising, as supported by

6      the USDA, appears to create perceptions of low

7      differentiation; in other words, to enhance

8      homogeneity perceptions in the beef market.

9          Q.   Can you describe, in general terms,

10     your methodology for reaching that conclusion?

11         A.   I employed survey research on a sample

12     of American beef consumers.

13         Q.   And how did that sample support the

14     claim that generic beef advertising as supported

15     by USDA appears to create perceptions of product

16     differentiations?

17         A.    There are specific items in the survey

18     that address this question.  And in looking at

19     the data, the data seems to support that.

20     Compared to the absence of generic advertising,

21     for example, or compared to other types of

22     generic advertising -- I'm sure we'll discuss

23     that in more detail -- consumers perceive beef

24     providers not to be very different in the

25     marketplace; in other words, generic advertising

1          as currently present in the marketplace creates

2          consumer perceptions of market homogeneity.

3                 Q.    Other than your testing, is there a key

4          article or study that you're relying on for your

5          conclusion?

6                 A.    Well, the report refers to a variety of

7          papers and literature that support not just this,

8          but all the other findings that I provided.

9                 Q.    But no particular study comes to mind as

10         one that was particularly important?

11                MS. SARANG:   Objection; vague.

12                THE WITNESS:   They are listed in the

13         document itself.

14         BY MR. HOLLAND:

15                Q.    So you also indicated that an area

16         you looked into was whether these ads placed

17         downward pressure on prices.   Is that materially

18         different than the market homogeneity issue?

19                A.    Well, they are related aspects, but they

20         are different, so you could claim that because

21         they are nondifferentiated, there's homogeneity

22         in the marketplace, there's a perception that

23         the market is similar to that of a commodity and,

24         therefore, prices are low.   So the two issues are

25         connected, obviously, but they're not the exact

1      same thing.  And the survey gets at each of them

2      separately, yes.

3            Q.    So what are the differences?

4            A.    Well, in one case we ask about

5      perceptions of differences between suppliers.

6      In the other case we ask about people's

7      willingness to pay for products in the

8      marketplace.

9                  The connection is that if consumers see

10     little difference between suppliers, they will

11     likely not be interested in paying very much for

12     those products.

13           Q.    And in the third category of creating

14     consumer perceptions that prices are or should be

15     low in the category, is that similar or different

16     to the other two?

17                 MS. SARANG:  Objection; vague.

18     BY MR. HOLLAND:

19           Q.    Strike that.

20                 The other issue creates consumer

21     perceptions that prices are or should be low in

22     the category.  What was your opinion with respect

23     to that issue?

24           A.    I think the opinion is that generic beef

25     advertising does have that effect.

Claudiu V Dimofte                                          February 15, 2023

1          Q.   And what was the basis for your

2     conclusion that generic beef advertising creates

3     consumer perceptions that prices are or should be

4     low in the category?

5          A.   Again, the survey data supports the

6     claim that a consumer's willingness to pay is low

7     for beef after exposure to generic advertising.

8          Q.   Are there any, again, key articles or

9     study that comes to mind other than the survey

10    that you underwent, and can you identify any?

11         A.   There are several papers listed

12    in the report itself that come to similar

13    conclusions for different methodologies.

14    Sometimes they were sometimes different, but

15    they largely support the same claim.

16         Q.   But you would need to review the report

17    in order to identify them; is that right?

18         A.   Yes.  I can point them to you if I look

19    at the report.

20         Q.   Okay.  Well, I'll pull that up in a few

21    minutes.

22              So other than what we just discussed,

23    are you offering any other opinions in this case?

24         A.   Opinions are, again, formally listed in

25    the document, so I'm not sure I recall ad libitum

Claudiu V Dimofte                                        February 15, 2023

Page 28

1    all of them.  But the gist of my findings was as

2    described.

3              Actually, I do have one thing that comes

4    to mind that's on top of that, which is that the

5    data show that adjusting the current generic

6    advertising in specific ways doesn't provide this

7    impact.  It provides different consumer responses

8    in a manner that eliminates the harm that current

9    generic advertising has on R-CALF members.

10             MR. MURASKIN:  I want to just put an

11   objection on the record to this whole line of

12   questioning.  A deposition is not a memory test.

13   And this game that you're playing of not putting

14   his report before him and asking him to remember

15   every single sentence in his report is entirely

16   inappropriate.  This is a question of what's in

17   his reports and opinions.  It's not a question of

18   what he --

19             MR. HOLLAND:  Objection noted.  Thank

20   you.

21             MR. MURASKIN:  You cannot cut me off.

22             MR. HOLLAND:  Objection is noted.  Thank

23   you, Mr. Muraskin.

24             MR. MURASKIN:  It's not appropriate to

25   cut off an objection.  I'm stating something

Claudiu V Dimofte                                    February 15, 2023

Page 29

```
 1        on the record because you've been abusing this

 2        witness.  I'm going to get it on the record and

 3        then you can go back to your questioning.

 4                This is not a memory test.  You are

 5        purposely withholding his report from him, as I

 6        just said.  That is inappropriate and abuse of

 7        this deposition.

 8                Now you can go back to your question.

 9        BY MR. HOLLAND:

10            Q.    Sorry about that, Dr. Dimofte.

11            A.    Okay.

12            Q.    Are you offering any opinions on

13        competition in any particular cattle markets in

14        this case?

15            A.    I'm not sure I do that explicitly or

16        directly.  I do refer to cattle markets, I think,

17        at some point, and my findings are relevant to

18        those markets.

19                (Dimofte Exhibit No. 3, Dr. Dimofte's

20        Expert Report, was introduced electronically.)

21        BY MR. HOLLAND:

22            Q.    Now, I'm not trying to hide your report.

23        I can pull it up right now if it helps with that

24        question or any of these questions.  I just know

25        it's going to be easier to go through it
```

Claudiu V Dimofte                                        February 15, 2023

Page 30

1        later.  But I'll just introduce Exhibit 3 here.

2                Let me know if you can see that,

3        Dr. Dimofte.

4            A.   I do see it, yes.

5            Q.   So can you identify where you're

6        offering an opinion on cattle markets --

7        competition of cattle markets, if that's easier?

8                MS. SARANG:  Objection; vague.

9                THE WITNESS:  Well, I think what I

10       mentioned was that my results have relevance to

11       those markets.  I think the point where perhaps I

12       make that reference is there's a footnote on Page

13       27 that refers to Appendix K, and materials in

14       that appendix I think are germane to that issue.

15       The report itself, as I said, indirectly

16       addresses that issue.

17       BY MR. HOLLAND:

18           Q.   Can you help me understand how the

19       report indirectly addresses that issue?

20               MS. SARANG:  Objection; vague.

21               THE WITNESS:  Well, again, Appendix K

22       provides some data that seems to be germane to

23       that topic.

24       BY MR. HOLLAND:

25           Q.   So, you know, and I'll pull up the

1      information in Appendix K if you want me to do

2      that, but how did you review the material in

3      Appendix K in coming to any of your conclusions

4      in this case?

5           A.   Well, if you're referring to the

6      conclusions I mentioned earlier, the key

7      conclusions of the case are based on empirical

8      data that I collected and that was -- in that

9      sense I mentioned that the cattle market issue

10     that you raised is an indirect aspect of my work.

11     It doesn't come from the data that I collected.

12     So Appendix K includes some data on cattle

13     markets from the U.S. government that, you know,

14     seems to be supportive of some of the claims in

15     the document.  But the document itself, the data

16     that I collected, does not refer to cattle

17     markets.  So in that sense I mentioned it's an

18     indirect connection between my findings and the

19     cattle market at issue.

20          Q.   Where did the material in Exhibit K come

21     from?  And I could pull it up, again.  I'm trying

22     to --

23          A.   Those are, I think, mostly just public

24     information, public domain data.  Much of it is

25     U.S. government data.  Much of that, including

Claudiu V Dimofte                                February 15, 2023

Page 32

1    other discovery issues that I mentioned, I have

2    had access to through counsel.

3          Q.   I see.  So counsel provided you that

4    material, is that correct, in Appendix K?

5          A.   Counsel provided a lot of documents.

6    And I used -- as I mentioned earlier, the ones

7    that I found relevant I referred to or mentioned

8    in the document.

9          Q.   How much time did you spend reviewing

10   the material on Appendix K?

11         A.   I couldn't tell you that specifically.

12         Q.   Approximately?

13         A.   I couldn't tell you specifically.  Maybe

14   an hour.

15         Q.   An hour.  And how much time did you

16   spend on the whole total of your opinions for

17   plaintiffs in this matter approximately?

18         A.   I think the whole project was between

19   40 and 50 hours, something around that range.

20         Q.   So just going back, I think you had

21   indicated that you are providing information

22   about particular -- about competition in

23   particular cattle markets; is that right?

24         A.   I mentioned that if it's relevant to the

25   cattle market issue it's listed in Appendix K.

1          Q.   Well, what is the nature of that

2     opinion?

3          A.   Well, I think the context in which

4     this is listed, and I can look to the document

5     specifically, is that information in Appendix K

6     suggests the cattle market includes a lot of beef

7     -- I'm sorry, cattle imports and that impacts the

8     fundamentals of that market.

9          Q.   Which market are we talking about

10    specifically?

11         A.   Well, I thought you were talking about

12    the cattle market.

13         Q.   When -- I guess I was asking if you were

14    offering any opinions on any particular cattle

15    markets and you're responding talking about "the

16    cattle market."  So I guess my question for you

17    is when you talk about "the cattle market," what

18    do you mean?

19         A.   That's at the macro level in terms of

20    -- and that's what the data suggests in Appendix

21    K.  It talks about the U.S. cattle markets in

22    terms of imports and exports, so national-level

23    data.

24         Q.   So an individual rancher might sell

25    into a market that's really not the same as that

1    national market.  Is that fair or no?

2              MS. SARANG:  Objection; vague.

3              THE WITNESS:  Yeah.  I'm not aware of

4    the specifics of how specific producers sell in

5    what markets.  But, again, the data that is

6    listed in Appendix K operates at the macro level.

7    BY MR. HOLLAND:

8         Q.   And that data -- I mean, can you

9    describe to me what some of that data is?  Well,

10   I'll introduce Exhibit K as a new exhibit.

11   It's marked Exhibit 4.

12             (Dimofte Exhibit No. 4, a document

13   titled Appendix K, was introduced

14   electronically.)

15             THE WITNESS:  Yes.  So much of that

16   data, and that's the context in which reference

17   is made to it in the document, in the report,

18   addresses the issue of imports in the U.S. and

19   the fact that they are significant enough to make

20   an impact onto domestic markets.  In that

21   context, my report looks at pricing in the

22   domestic markets, so in that sense it's, as I

23   mentioned earlier, a indirectly related issue.

24   BY MR. HOLLAND:

25        Q.   There's no information in here, though,

Claudiu V Dimofte                                        February 15, 2023

Page 35

1        on like, where the particular cattle are sold,

2        like to whom particular cattle are sold; is that

3        right?

4              A.    Again, this is macro-level data.

5        There's no specifics like that, I believe.

6              Q.    And you can't offer any opinions on

7        micro-level markets?

8                    MS. SARANG:  Objection; vague.

9                    THE WITNESS:  Well, this exhibit doesn't

10       address that, and my report doesn't look at that

11       either.  That's not the purpose of the report.

12       BY MR. HOLLAND:

13             Q.    Okay.  So earlier when you said you

14       were offering opinions on competition in the

15       cattle market, you were referring to the

16       macro-level cattle market and not any micro

17       economic markets.

18                    MS. SARANG:  Objection; vague.

19                    THE WITNESS:  Well, the points I

20       was making earlier, if you're referring to my

21       opinions, those had to do with, again, the beef

22       market on the consumer level.

23       BY MR. HOLLAND:

24             Q.    Okay.

25             A.    This is a different issue altogether.

1          Q.   The cattle market is a different issue

2     from the beef market at the consumer level; is

3     that right?

4          A.   The cattle market as described in

5     Appendix K is not the same issue that I'm

6     addressing in the report.  It's a related

7     issue.  That's what I mentioned earlier.  It's

8     an indirectly connected point I'm making in terms

9     of imports on the domestic market impacting

10    pricing.  And in that sense it's the same issue

11    that I address, but it's with a different data

12    and different level of specificity.

13         Q.   All right.  Well, I'm still slightly

14    confused, but I can get off that for now.

15              Are you offering any opinions on

16    policies advocated by the National Cattlemen's

17    Beef Association?

18         A.   I'm not sure I understand who that

19    association is.  Is that R-CALF or someone else?

20         Q.   No, it's not R-CALF, but that's fine.

21         A.   I'm not even aware of who that is,

22    so ...

23         Q.   Okay.

24         A.   If that is the organization that engages

25    in the MOUs, perhaps?

1          Q.   If you're not familiar with who they

2     are --

3          A.   I'm trying to recall.  It may have

4     crossed my eyes at some point, but I don't recall

5     exactly who they are at this point.

6          Q.   Okay.  That's fine.

7               Just going back -- we can return back to

8     Exhibit 3, if you don't have that open, which is

9     your report.

10         A.   Sure.  Yep.

11         Q.   Just some basic questions again.

12              Can you just identify Exhibit 3, what it

13    is for the record?

14         A.   Looks to be my expert report in this

15    matter, yes.

16         Q.   And that's your signature on the last

17    page on 28?

18         A.   Yes.  It looks to be.

19         Q.   And this appears to be a complete and

20    accurate copy; is that right?

21         A.   It lacks exhibits, but --

22         Q.   Oh, okay.

23         A.   -- outside of that, yes.

24         Q.   Sorry to interrupt you.

25         A.   That's okay.

Claudiu V Dimofte                                February 15, 2023

1          Q.   Does this include your expert opinions

2     offered in this case?

3          A.   I believe so.

4          Q.   And including the appendices that are

5     not part of this exhibit, does what you presented

6     to the defendants include all of the facts and

7     data you're relying upon for your opinions?

8          A.   Yes.  I think so.

9          Q.   Does the report include exhibits --

10     strike that.

11          Does the report and the appendixes

12     include all opinions that will be used to

13     summarize or support your opinion?

14          A.   I think so, yes.

15          Q.   It does not include any of the

16     memorandum of understanding; is that right?

17          MS. SARANG:  Objection; vague.

18          THE WITNESS:  Yes.  I don't recall that

19     being there.  So I'm not sure it does.  I believe

20     it may not.

21     BY MR. HOLLAND:

22          Q.   But earlier in your testimony was that

23     you would read one of them; is that right?

24          A.   I believe so.  Again, I can't recall

25     exactly.

Claudiu V Dimofte                                    February 15, 2023

Page 39

```
1              Q.   But is it fair to say that you do not

2         rely on that for any of the opinions in this

3         case?

4              A.   Well, I do refer to these MOUs in the

5         report itself, yes.  I don't think I refer to

6         specific ones.  But, in general, to what MOUs do

7         and how they operate, I do refer to those in the

8         document.

9              Q.   Do you remember -- can we look at some

10        of those references?  I mean, for example,

11        Footnote 8 on Page 4, do you see that?

12             A.   Yes.

13             Q.   I mean, there's no citation there, and

14        that's fine.  What are you relying on for that

15        statement that "state beef councils operate under

16        memorandum of understanding with USDA which

17        provide it with certain controls over the

18        speech funded by these councils."

19             A.   Well, I believe that refers to the

20        complaint itself.

21             Q.   Okay.  So you haven't confirmed that

22        that allegation in the complaint is correct?

23                  MS. SARANG:  Objection; vague.

24                  THE WITNESS:  I did not approach the

25        USDA to ask about that, no.
```

Page 40

1          BY MR. HOLLAND:

2              Q.   Okay.  And what else did you do other

3          than review the complaint?

4              A.   Again, there was a lot of information

5          that I was offered from discovery.  So all those

6          materials I'm not sure what exactly there may

7          have been relevant to this, as well, but I don't

8          recall.

9              Q.   While we're here, I mean, there's this

10         background section of your report that goes from

11         Paragraph 12 through Paragraph 26.  Do you see

12         that?

13             A.   Yes.

14             Q.   Well, let me strike that.  I think it

15         actually ends at Paragraph 19.

16             A.   Yes.

17             Q.   Is the information in those paragraphs

18         intended to be, like, opinions you were offering

19         as testimony in this case?

20             A.   No.  Again, the heading of that section

21         describes it as what it is.  It's background

22         information.

23             Q.   Okay.  So nothing in any of these

24         paragraphs is testimony that you were trying to

25         provide; is that correct?

Claudiu V Dimofte                                February 15, 2023

1         A.    Those are not opinions that I came up

2    with, no.

3         Q.    Okay.  That's helpful.

4         A.    Actually, let me correct that.  In parts

5    of that I see, for example, in Paragraph 15 there

6    are some other documents being cited there.  So,

7    again, this is not necessarily all from the

8    complaint.  I do refer to other literature when

9    relevant.

10        Q.    So some aspects of this include your

11   opinions and some do not?

12        A.    I do see on page -- I'm sorry.

13   On Paragraph 15, indeed, I do refer to some

14   literature that I think in this case supports

15   some of the claims in the complaint.  So in that

16   sense you could argue that's an opinion.

17        Q.    Okay.

18        A.    But, again, most of the issues that you

19   see described in footnotes as from the complaint,

20   the main source of that statement is the

21   complaint.  If other literature was relevant,

22   then I provided that, as well.

23        Q.    Okay.  You wrote the whole report in

24   Exhibit 3; is that correct?

25        A.    Yes.

Claudiu V Dimofte                                February 15, 2023

1          Q.   Did anyone else work on the report with

2     you?

3          A.   No.

4          Q.   Can you describe how you came to write

5     the report?

6               MS. SARANG:   Objection; vague.

7               THE WITNESS:   I'm not sure what that

8     refers to, "how I came to write the report"?

9     I was hired by plaintiff's counsel to provide a

10    report on the issue discussed in the complaint.

11    BY MR. HOLLAND:

12         Q.   When were you hired, approximately?

13         A.   I don't recall exactly.  Maybe in

14    sometime early last year.  I'm not sure.

15         Q.   Earlier you mentioned that plaintiff's

16    counsel provided you with some materials.  Can

17    you describe the information or assumptions that

18    counsel provided you for your expert testimony?

19         A.   What they offered was the complaint

20    itself; plenty of other documents, including

21    USDA advertising; the material in Appendix K, at

22    some point.  And, again, there was a variety of

23    information offered through discovery.  Whatever

24    I found relevant I used in the report.  Again, I

25    don't believe I used it all.

Page 43

```
 1            Q.   What opinions was the plaintiff looking
 2       for you to provide?
 3            A.   They offered me the facts as listed in
 4       the complaint, and then I was asked to assess
 5       through an expert report whether they were
 6       supported by data or not.
 7            Q.   Did the plaintiff decline to accept any
 8       opinions that you offered?
 9            A.   No.
10            Q.   Did you refuse to provide any opinions
11       that were requested by the plaintiff?
12            A.   No.  I was requested to do an expert
13       report that was not contingent to its outcome or
14       findings, and that's what I did.
15            Q.   Are you relying on any facts or data for
16       your opinions that are not included in the
17       report?
18            A.   I don't think so.  Again, the sources
19       that I used should be listed in the document
20       itself and the data I was provided at some point,
21       as well.
22            Q.   In reaching your opinions, did you
23       conduct any peer review?
24            A.   If you're referring to my having used
25       academic literature, in that sense, yes, I read
```

Claudiu V Dimofte                                          February 15, 2023

1       prior papers, but not formal review for a

2       journal, if that's the meaning.

3               So, again, peer review, as I see it,

4       is a specific formal process that operates at

5       publishing outlets of academic journals.  So,

6       again, that's not what I did here.  So as a

7       academic myself, I did read and assess certain

8       papers that I deemed relevant, yes.

9           Q.   Your review is an important

10      consideration in deciding which papers to select;

11      is that right?

12          A.   I selected relevant papers.

13          Q.   So, I'm sorry, this peer review was not

14      an important consideration?

15              MS. SARANG:  Objection; vague.

16              THE WITNESS:  Again, as I define it,

17      which is looking at the prior published work,

18      yes, that was part of what I employed in my

19      report.

20      BY MR. HOLLAND:

21          Q.   Is it your view that peer-reviewed

22      research is important in reaching reliable

23      scientific conclusions?

24          A.   Yes.  Published literature is important

25      as a way to assess specific issues in a scholarly

Claudiu V Dimofte                                    February 15, 2023

Page 45

1          context.

2                  Q.    How do you go about searching for and

3          selecting which publications to review in

4          conjunction with this report?

5                  A.    Typically they entail searches in

6          academic databases or even something as

7          straightforward as Google Scholar.

8                        I'm sorry.  Other times some paper

9          I may be aware of myself, if relevant, when I do

10         literature searches.

11                 Q.    Can you identify the databases that you

12         searched other than Google Scholar?

13                 A.    The typical ones that I use are

14         ProQuest, ABI/INFORM, EBSCO, I think.  The

15         classic scholarly databases.

16                 Q.    Do you recall the search terms that you

17         used?

18                 A.    I don't recall specifically the terms I

19         used.  I'm sure multiple ones that involved beef

20         markets, advertising, a combination thereof.

21                       MR. MURASKIN:  Liam, when you are at a

22         stopping point, can we just take a five-minute

23         restroom and stretch break, please?

24                       MR. HOLLAND:  Yeah.  That's fine.

25         We can do that now if you'd like.

```
 1                (Recess taken -- 11:02 a.m.)

 2                (Resume testimony -- 11:12 a.m.)

 3        BY MR. HOLLAND:

 4            Q.   Welcome back, Dr. Dimofte.

 5                 So before we left we were discussing

 6        you know, how you searched for and selected

 7        literature to review for this case.  Do you

 8        recall those questions?

 9            A.   Yes.

10            Q.   I think I asked you what kind of search

11        terms you used.  Do you recall that?

12            A.   Yes.

13            Q.   So when you pulled up search results

14        from the search terms, do you recall how you

15        selected which work to review in detail?

16            A.   I think the basic process entails my

17        going over the abstract and assessing the broad

18        relevance of the paper to the topic that I'm

19        researching.

20            Q.   Did you come across any studies that

21        conflicted with your opinions in this case?

22            A.   I don't recall that to be the case. If

23        they were relevant, then I would have cited them

24            Q.   In working on this case, did you

25        discover, recognize or discuss with counsel or
```

1          client anything else that's inconsistent with

2          your opinions?

3               A.   No.

4               Q.   When you're evaluating literature,

5          is sample size an important consideration in

6          evaluating the power of a study?

7               A.   Well, there's two questions there:

8          Is sample size important, and the power issue.

9          That's two questions.  But, yes, the larger the

10         sample size the higher the statistical power of

11         the study.

12              Q.   Is the converse also true; in other

13         words, the smaller the sample size, the less

14         power a study has?

15              MS. SARANG:  Objection; vague.

16              THE WITNESS:  Well, larger studies have

17         more power, and that's not to say that smaller

18         studies have no value.

19         BY MR. HOLLAND:

20              Q.   Okay.  But the question was whether the

21         converse of what you said is also true.

22              A.   Yes.  If larger studies have more power,

23         smaller studies have lower power.  But the issue

24         is more complex than mere power as to also it

25         affects sizes and other things.

Claudiu V Dimofte                                        February 15, 2023

Page 48

1        Q.   So going to that, you know, when you

2    find a study that contains a small sample size,

3    is it important to take steps to determine

4    whether the results can be extrapolated to the

5    general population?

6             MS. SARANG:   Objection; vague.

7             THE WITNESS:   Well, published

8    literature, to be clear, addresses that issue

9    itself.   If an article has been published,

10   typically articles have multiple studies.

11   Some may be with lower sample sizes, but peer

12   review essentially addresses that issue.

13   BY MR. HOLLAND:

14       Q.   How is that issue typically addressed by

15   peer review?

16            MS. SARANG:   Objection; vague.

17            THE WITNESS:   Again, if reviewers in the

18   review process assess that more empirical support

19   is needed, typically, they ask for more studies.

20   And that's why most published papers employ more

21   than one study.

22   BY MR. HOLLAND:

23       Q.   So would you agree that it's important

24   to take steps to ensure that small sample size

25   studies can properly be extrapolated to a larger

Claudiu V Dimofte                                    February 15, 2023

Page 49

1          population because if one doesn't do that it

2          could lead to unreliable results?

3                    MS. SARANG:  Objection; vague.

4                    THE WITNESS:  It's always important to

5          pursue steps that ensure that empirical findings

6          are reliable.

7          BY MR. HOLLAND:

8               Q.   What steps did you take to address

9          sample size concerns in reaching your opinions in

10         this case?

11                   MS. SARANG:  Objection.  Leading

12         question.

13                   THE WITNESS:  Those studies were pursued

14         in line with best practices.  Of course, there

15         are constraints to how big a sample can be in

16         every piece of research.  But I made sure that I

17         approached the relevant consumer population, and

18         one of the important parts of this research is

19         meta-analysis that that pulls together the six

20         studies that I pursued and enhances the

21         reliability of the overall findings.

22         BY MR. HOLLAND:

23              Q.   Is there anything else that you did to

24         address sample size concerns in this case?

25              A.   Beyond employing proper procedures

Claudiu V Dimofte                                    February 15, 2023

1      for sampling and the analysis, I'm not sure what

2      else is there, again, given that there are

3      constraints on how big a sample can be during

4      these types of research.

5            Q.   What are those constraints?

6            A.   Well, some of them are logistical in

7      terms of finding sufficient numbers of consumers.

8      Some are financial.  These respondents get paid.

9      So those are two typical constraints, for

10     example.

11           Q.   Are there any other constraints you can

12     identify?

13           A.   I'm not sure what -- again, the

14     specifics of each study are different.  I'm sure

15     there's other things that may prevent reaching a

16     huge sample in each instance.

17           Q.   You mean each of the six samples -- I'm

18     sorry.  Strike that.

19                When you say, "Each study is different,"

20     are you referring to the six studies you

21     conducted in this case?

22           A.   No.  I'm referring to empirical studies

23     in general.

24           Q.   Oh, I see.

25                So if I can just go back over, again,

Claudiu V Dimofte                                    February 15, 2023

1      then, what steps did you take to address the

2      sample size concerns in reaching the opinions in

3      this case based on the six studies that you

4      conducted?

5               MS. SARANG:  Objection.  Leading

6      question.  Asked and answered.

7               THE WITNESS:  Well, I believe I

8      answered the question in the sense that I pursued

9      sampling, data collection analysis, in line with

10     best practices.  And also I pursued and

11     documented a meta-analysis that -- several

12     studies together and provided overall

13     conclusions.

14     BY MR. HOLLAND:

15          Q.   Okay.  I guess I just got confused

16     because you answered a question that said, "there

17     are logistical and cost concerns that limit the

18     ability to have high sample sizes," and you said

19     that was not referring to the six studies in this

20     case but more in general.  Is that right?

21               MS. SARANG:  Objection; vague.

22               THE WITNESS:  Well, I thought the

23     question was general about what are some

24     constraints to sample size, in general.

25     BY MR. HOLLAND:

1          Q.   I see.

2          A.   But that may imply to specific

3     situations, more or less, and I think I said

4     that, as well.

5          Q.   So in this case, what were the -- what

6     were the specific constraints for sample sizes

7     when it comes to the six studies that you

8     undertook?

9          A.   For the state-level studies, there

10    were constraints that had to do with finding

11    sufficient respondents.  These are -- some of

12    the states that I sampled from were states with

13    small populations, and that's usually difficult

14    to sample from.

15         Q.   You negotiated a flat fee for

16    compensation by plaintiff in this case; is that

17    right?

18         A.   Yes.

19         Q.   Did the flat fee limit your work in this

20    case?

21         A.   I wouldn't say that.  Obviously, larger

22    fees could provide for more subjects, but, again,

23    as I said a second ago, that's not the only

24    constraint.  At some point there's limits in

25    how many subjects can be found from a specific

Claudiu V Dimofte                                    February 15, 2023

Page 53

1       population in specific areas.

2           Q.   If you had unlimited budget and no time

3       constraints, what additional work would you have

4       done to support your opinion?

5           A.   Well, with no budgets and no time

6       constraints then you can talk to the entire

7       population.  You don't need to worry about

8       sampling from.

9           Q.   Is there anything else you would have

10      done differently?

11              MS. SARANG:  Objection; vague.

12              THE WITNESS:  I'm not sure I understand.

13      In what context?  If I had unlimited budgets and

14      time?

15      BY MR. HOLLAND:

16          Q.   Mm-hmm.  Yes.

17          A.   In terms of sampling, again, there would

18      not be a need for sampling at that point.  I

19      would simply talk to the population, but no

20      empirical work I was able to do there.

21          Q.   Why did you do six separate studies in

22      this case?

23              MS. SARANG:  Objection; vague.

24              THE WITNESS:  Well, there was one

25      national-level study, and then the five specific

Claudiu V Dimofte                                      February 15, 2023

Page 54

1    states that were selected had to do with the

2    fact that these are states that have high beef

3    consumption.  And my understanding is that

4    there's also a large population of R-CALF members

5    in those states, as well.  So it's a relevant

6    state, if you will, to the issue at hand, but

7    that applies to the whole country.  It's just

8    that some states seem to be more relevant, if you

9    will, to that topic than others.

10   BY MR. HOLLAND:

11        Q.   So can you describe the six different

12   studies that you undertook in this case?

13             MS. SARANG:  Objection.  Document speaks

14   for itself.

15             THE WITNESS:  I'm not sure in what terms

16   I can describe them.  If you're talking about

17   where the sampling happened, there is one

18   national-level study that recruited respondents

19   from across the country.  Then there were five

20   individual ones from, I believe, Nebraska,

21   Oklahoma, Texas, Wisconsin and South Dakota.

22   BY MR. HOLLAND:

23        Q.   When you conducted the Texas study, what

24   was the intent in conducting that study?

25             MS. SARANG:  Objection; vague.

Claudiu V Dimofte                                    February 15, 2023

Page 55

1                  THE WITNESS:  The intent for all studies

2        was to assess the empirical support whether it

3        was present or not for the claims discussed in

4        the complaint.

5        BY MR. HOLLAND:

6             Q.   But is there any reason that you

7        conducted six separate studies instead of one

8        study?

9             A.   Well, as I said, there was an interest

10       in assessing consumer response specifically in

11       certain states that seemed to be more relevant

12       perhaps, again, in terms of the R-CALF

13       membership.

14            Q.   So is it fair to say that, you know, in

15       conducting a study of consumers in Texas, you

16       were interested in what, you know, that Texas

17       beef marketplace would look like?

18                 MS. SARANG:  Objection; vague.

19                 THE WITNESS:  I would say the idea

20       behind any state study was to assess the consumer

21       perceptions in that specific state and the extent

22       to which they aligned with the national-level

23       perception.

24       BY MR. HOLLAND:

25            Q.   Okay.  If you could turn to the National

1          Consumer Perception Study that's described in

2          Paragraph 29 through 80 of the report, can you

3          describe precisely what you did in conducting

4          that study?

5                    MS. SARANG:  Objection.  Document speaks

6          for itself.

7                    THE WITNESS:  Outside of reading the

8          whole thing here, again, I sampled from the

9          national consumer population of actual and

10         potential beef consumers and I designed a study

11         that tried to address, again, the specific

12         questions and consumer perceptions as they

13         relate to the issues in this case.

14         BY MR. HOLLAND:

15              Q.   In Paragraph 43 on Page 10 -- there's

16         two Paragraph 43s, and there's one on Page 10,

17         just to make sure.

18              A.   Oh.  Yeah.

19              Q.   It says, "Potential respondents were

20         invited to participate via multiple channels"; is

21         that right?

22              A.   The first one, right?

23              Q.   Actually, the second -- it's on Page 10.

24         It's the second paragraph.

25              A.   Yeah.  Sorry.  The second 43.  Yeah.

Claudiu V Dimofte                                    February 15, 2023

Page 57

1          Again, I didn't catch that numbering issue.

2          Q.   Not an issue.

3          A.   Yes.

4          Q.   Can you be more specific about what

5     those were?

6          A.   Again, much of that is on the panel

7     side.  I employed the consumer panel.  But

8     typically what that entails is emails being sent

9     to panel participants, or sometimes it may be

10    that panel members go to the panel provider's

11    website and look at the available studies and

12    respond to specific points.  So those are, again,

13    online consumer panels that recruit from consumer

14    population across the U.S.

15         Q.   So you contracted with a particular

16    entity who then conducted -- I see.  And what was

17    the name of that entity?

18         A.   I think the sources are listed in the

19    footnote here.  Footnote 31 and Footnote 32.

20    Precision Sample and Pure Spectrum.

21         Q.   I see.  So it's -- are you aware

22    of how, specifically, individuals were invited to

23    participate by Precision Sample and Pure Spectrum

24    in these studies?

25         A.   Yes.  Typically, there's an email.  And

1          I think Footnote 34 lists the type of messages

2          that potential respondents would receive.

3               Q.   Do you know how folks ended up on, like,

4          an email distribution list?

5               A.   Well, each sample provider -- or panel

6          provider, I'm sorry, has proprietary membership

7          lists.  And how they recruit their samples I

8          don't know specifically, much of that is

9          proprietary, but both of these are

10         well-established, market-leading, I would say,

11         panel providers.

12              Q.   Did you work with the panel provider to,

13         you know, select a certain sample size?

14              A.   I did mention my list in terms of some

15         sample litigations, yes, including sample size

16         and sample demographics, again the basic idea

17         that this would be a representative sample.

18              Q.   And in Footnote 23, I think, it says,

19         "This survey was in the field between December

20         2nd and December 5th, 2022"; is that right?

21              A.   Let me see.  Footnote 23?

22              Q.   I think it's Footnote 23.  I'm sorry.

23         I'm looking at the one in Exhibit Share and the

24         numbers are very small.

25              A.   It's not Footnote 23.  I'm sorry.

Claudiu V Dimofte                                    February 15, 2023

1          Q.   It's 33.  I'm sorry.  I've got the paper

2     copy.

3          A.   Okay.  Yes, that looks like that's the

4     case, yeah.

5          Q.   Is there any reason you decided to

6     conduct this study over three days?

7          A.   I don't select the number of days

8     that the study takes.  I think the causalities

9     of the different, I require a certain number of

10    respondents and then we'll see how long it takes.

11    It varies based upon the provider, based upon the

12    topic of interest, based on the population that

13    you're sampling from.  So how long the study's in

14    the field varies.

15         Q.   Were the respondents kind of all

16    collected before they all took this study over

17    in that same time period or were they kind of

18    collected at the same time that they -- during

19    that same study period?

20         A.   I'm not sure I understand how

21    respondents were collected.

22         Q.   So if the study period lasted from,

23    like, December 2nd until December 9th -- let me

24    strike that.

25              If the study period were longer, would

```
 1      it be the case that more people could have

 2      participated in it?

 3              MS. SARANG:  Objection.  Calls for

 4      speculation.

 5              THE WITNESS:  Yes, I couldn't say that.

 6      Possibly.  But, again, in some circumstances, as

 7      I mentioned earlier, when the population is

 8      small, there's some initial returns.  You can

 9      keep waiting, but not much more may happen in

10      terms of more respondents signing up.

11      BY MR. HOLLAND:

12          Q.  Well, did you consider the length of

13      period for folks to sign up when you put together

14      this study?

15              MS. SARANG:  Objection; vague.

16              THE WITNESS:  Again, I did not determine

17      the length of the study being in the field

18      myself.

19              What I asked was for a specific sample

20      size, and then that's what the panel was able to

21      provide.

22      BY MR. HOLLAND:

23          Q.  Referring to Paragraph 37 of the report,

24      you discussed non-response bias.  Do you see

25      that?
```

1         A.   Yes.

2         Q.   Can you define what that is?

3         A.   Well, that paragraph does that.  So it

4    talks about the fact that non-response bias means

5    respondents who do not take the survey are

6    somehow different from those that do.

7         Q.   Is there a potential difference between

8    those folks who spend time at home responding to

9    online surveys and those who would never do that?

10         MS. SARANG:  Objection.  Calls for

11    speculation.

12         THE WITNESS:  Well, I couldn't say

13    that precisely.  But then if the differences were

14    major I would assume an entire industry market

15    research would be relevant.  So what some

16    differences may possibly be there, they're not

17    serious enough as to undermine the sampling

18    procedure altogether.

19    BY MR. HOLLAND:

20         Q.   Can you confirm that earlier

21    you testified that you had no idea how the

22    participants were selected for the studies?

23         A.   I'm not sure I ever said they had no

24    idea.  I suggested that they were approached

25    via email, and I referred to a footnote in the

Page 62

1    document that exemplifies the kind of email that

2    they would have received.

3        Q.    You indicated that your professional

4    market research would not exist if online surveys

5    did not exist.  Is that correct or no?

6        A.    Well, I think the point I was trying

7    to make is that much of market research today

8    happens with online panels, and that's what I

9    employed here.

10       Q.    I see.  Paragraph 34 discusses the

11   target population; is that right?

12       A.    Yes.

13       Q.    You included in the target population

14   individuals who had not purchased beef in the

15   last year but stated that they intended to do so

16   in the next year; is that right?

17       A.    Yes.

18       Q.    Why did you include individuals in the

19   target population who had not purchased beef in

20   the last year?

21       A.    Well, the Manual for Complex Litigation

22   argues that the relevant population is that of

23   actual and potential consumers.  And the idea

24   is that we're trying to assess the impact of

25   advertising on both categories.  And that's --

Claudiu V Dimofte                                    February 15, 2023

Page 63

1          Q.   On what -- on what -- oh, I'm sorry.

2          A.   Yeah.  So I think -- the vast majority,

3     as you can imagine, I think less than one percent

4     of respondents actually had not purchased beef in

5     the previous year.  So for all intents and

6     purposes, this was a buyer sample.

7          Q.   Okay.  Just give me one second.  I'm

8     going to close my door.

9               Sorry about that.

10              Participants in the study were

11    compensated for their time responding; is that

12    correct?

13         A.   Yes.

14         Q.   How much were they paid?

15         A.   I don't know exactly.  I think that's

16    what the panel -- again, much of the workings of

17    these panels is proprietary.  They don't share

18    much of that, but I know what I paid for access

19    to them.

20         Q.   Do you think that financial compensation

21    is an important thing to know about a study to

22    determine if it's accurate?

23              MS. SARANG:  Objection; vague.

24              THE WITNESS:  Well, perhaps it depends

25    on the extent of the compensation, but, again

1          typical marketing research does involve payment

2          or response.

3          BY MR. HOLLAND:

4              Q.   If the panel selection is proprietary,

5          how do you know that the population is

6          representative?

7              A.   Well, the panel has an incentive to

8          provide proper sampling.  But beyond that,

9          the survey itself does collect demographic

10         information from respondents and then those

11         numbers can be used to assess how representative

12         it is.

13             Q.   And, again, if the panel selection is

14         proprietary, how do you know that they lack a

15         response bias?

16             A.   A response bias also applies to

17         consumers who are dropped -- respondents who are

18         dropped from the survey.  So some of them end up

19         completing the survey; some drop out.  There's

20         one way to assess non-response bias:  Compare

21         those types of respondents.  But beyond that,

22         consumers, again, do not have any knowledge or

23         expectation of the topic for any survey that they

24         sign up for.  So there's no reason to expect any

25         kind of bias in terms of choosing to partake or

Claudiu V Dimofte                                February 15, 2023

Page 65

1    not in the specific survey.

2         Q.   A consumer participant could recognize

3    that if they answered no to both the question

4    about beef consumption in the prior year and the

5    question about intent to purchase beef in the

6    coming year, it would be excluded from the study;

7    is that right?

8              MS. SARANG:  Objection; vague.

9              THE WITNESS:  Not necessarily.  There

10   were several questions about consumption of a

11   variety of products, not just beef, and they had

12   no way of knowing which product was being

13   assessed in the survey.

14   BY MR. HOLLAND:

15        Q.   Turning to Paragraph 50, which addresses

16   willingness to pay.  Do you see that?

17        A.   Yes.

18        Q.   Can you explain the basis for choosing

19   the price range as specified there?

20        A.   So the idea behind the specific ranges

21   had to do with assessing market prices according

22   to, I think, the U.S. Bureau of Labor Statistics,

23   which provides average prices for a variety of

24   products, including beef.  And there's ranges of

25   steak.  This is the specific product that I think

Page 66

1        this is asking about.

2                    And these brackets, or the range

3        provided for the ones that paid, tried to cover

4        the range of prices that, again, the U.S. Bureau

5        of Labor and Statistics provides for steak.

6            Q.    I see.

7                    So there is, like, a -- there is a Labor

8        Statistic document that would match these ranges,

9        or no?

10           A.    No.  It would -- I won't say it matches

11       ranges exactly.  What it does is it offers

12       average prices for specific types of beef steak,

13       and I tried to cover that range myself.

14           Q.    What do you mean by "you tried to cover

15       the range yourself"?

16           A.    So if average price, let's say, was --

17       for a certain kind of beef steak was $7 and for

18       another kind of beef steak was $10, I tried

19       to set up brackets for, again, a range of

20       willingness to pay that was covering those

21       prices, and slightly below and above that, as

22       well, given that those were averages.

23           Q.    But this is -- sorry.  I didn't mean to

24       interrupt you.

25           A.    Again, given that some prices are below

Claudiu V Dimofte                                    February 15, 2023

1         and some are above those averages, the brackets

2         were trying to capture all of that variance.

3              Q.   I didn't -- so there were multiple

4         different types of beef steak?

5              A    Yes.

6              Q.   I see.

7                   How many were there?

8              A.   I don't recall exactly.  There were

9         between five and eight.  Something like that.

10        I'm not sure I recall.

11             Q.   Did you consider using smaller price

12        ranges?

13             A.   Are you talking about short brackets?

14             Q.   Yes.  So, like, for example, you know,

15        one is zero to $5; two is 5 to 6.99; three is

16        7 to 8.99.  Each one is about $2.  Did you

17        consider using .50 cents or dollar ranges?

18             A.   That could be an option.  The issue is

19        that the sale becomes unwieldy, to some extent.

20        It gets quite large in terms of the number of

21        options, and that's a lot in terms of being able

22        to still pay attention and be involved in the

23        test.  If a scale has 20 different options in

24        terms of responses, the qualitative data would be

25        worse.

Claudiu V Dimofte                                    February 15, 2023

1       Q.   I'm just trying -- can you explain that,

2       why would it be worse?

3       A.   Again, people tend to not want to spend

4       much time on questions that look complex.  And

5       the more response options you offer a consumer,

6       the more complex a question looks.  And there's a

7       chance it may just click randomly or not pay

8       attention or move, hopefully fast, across the

9       item.

10      Q.   So in your opinion, if you're sitting

11      at the computer as a consumer and you look at

12      10 options, as opposed to five, there's a

13      significantly increased chance the consumer's

14      going to pick randomly?

15              MS. SARANG:  Objection to form.

16              THE WITNESS:  Again, there's a variety

17      of ways in which the response would be of lower

18      quality.  Potentially that as well.

19      BY MR. HOLLAND:

20      Q.   And it's your opinion that that's not an

21      issue when there's five options?

22              MS. SARANG:  Objection; leading.

23              THE WITNESS:  It's less of an issue than

24      if I have 20 different options.

25      BY MR. HOLLAND:

1          Q.   Did you consider permitting the consumer

2     to enter in a particular price that he or she was

3     willing to pay?

4          A.   Yes.  The idea of an open item did cross

5     my mind.  I think the concern was that, again,

6     open-ended items tend to be things that consumers

7     don't like to see when they do a survey research.

8     They tend to either type random stuff that makes

9     no sense, or try to skip the item altogether.

10    Again, open-ended items are not things that

11    consumers typically like to see in surveys.

12         Q.   So consumer -- so many consumers,

13    if offered the option of entering a particular

14    price, in your view, would just type in something

15    that makes no sense; is that right?

16         A.   Some will, potentially.  That could be a

17    problem, indeed.

18         Q.   And in your view that -- sorry.  Go

19    ahead.

20         A.   No.  And the other issue is that, again,

21    this was specific product.  There's a variety of

22    beef products in the marketplace, and I wanted to

23    make sure that people had an understanding of the

24    price range that's relevant to beef steak, for

25    example.

Claudiu V Dimofte                                February 15, 2023

1          Q.   So you're providing a consumer with that

2          information then; is that right?

3          A.   I'm providing a range, not anything

4          beyond that.  So they still have to make a choice

5          within that range themselves.

6          Q.   If these consumers then would have just

7          entered in some price that doesn't make sense,

8          you think they would have selected something

9          that does make sense and is accurate in the five

10         ranges identified here?

11              MS. SARANG:  Objection.  Calls for

12         speculation.

13              THE WITNESS:  Yes, I couldn't tell

14         exactly what the difference would be.  I am

15         arguing, though, that the structure, the scale,

16         is better able to capture consumer response.

17         It's based on actual market prices from the

18         U.S. Bureau of Labor and Statistics.  And, as

19         such, consumers should be able to, to some

20         extent, be realistic in terms of the price

21         they associate with their willingness to pay.

22              The other issue we need to keep in

23         mind here is that some of the analysis here look

24         at comparisons of responses across different

25         conditions, and I'm sure we'll talk about that.

1       And that's a key contrast that's being pursued in

2       a lot of these analyses, and in that sense the

3       scale issue is not really relevant to that

4       contrast.

5       BY MR. HOLLAND:

6           Q.   Why is it not relevant to that contrast?

7           A.   Because, again, if by some assumption

8       the scale was problematic in one condition in

9       some way, that would have been a case in all

10      conditions.  And, therefore, any resulting

11      response would be simply due to the condition.

12          Q.   Let's go back to Paragraph 42.

13      Paragraph 42 states, "It is a best practice

14      to randomize the order in which questions are

15      presented," correct?

16          A.   Yes.

17          Q.   Do you agree with the principle of

18      randomization identified there?

19          A.   Yes, in terms of randomizing the order

20      of questions whenever possible, that should be

21      done.

22          Q.   And Paragraph 42 also states that the

23      order in which answer options are presented

24      -- strike that.

25               Paragraph 42 says, "The order of the

Claudiu V Dimofte                                          February 15, 2023

Page 72

1          questions and the order of the response choices

2          in the survey should be rotated"; is that right?

3               A.   It does say that, yes.

4               Q.   Did you rotate the questions in this

5          survey?

6               A.   I don't know exactly how many were

7          rotated.  I think there was some randomization.

8          But beyond that, as I said, there was a sequence

9          of questions that made sense and could have been

10         rotated.  Again, randomization should be done

11         when it makes sense and doesn't impact consumer

12         understanding of what's being asked.

13              Q.   So did you randomize the order of the

14         questions?

15                   MS. SARANG:  Objection.  Document speaks

16         for itself.

17                   THE WITNESS:  I think as I said, not

18         always.  When appropriate, when it made sense,

19         some questions I think were randomized.

20         BY MR. HOLLAND:

21              Q.   Which questions were randomized?

22              A.   Well, I would have to look at the

23         survey.

24              Q.   Is that Appendix F?

25              A.   Possibly, yes.

Claudiu V Dimofte                                    February 15, 2023

Page 73

1          Q.   Well, the question pending -- I'm sorry
2     -- is which questions were randomized.  I'm happy
3     to pull up Appendix F, but if you could answer
4     that without that --
5          A.   I don't recall.  So, yes, I would
6     probably use that appendix to look at it.
7          Q.   And I'm going to -- sorry.  Hold on one
8     second.
9               (Dimofte Exhibit No. 5, a document
10    titled Appendix F, National Consumer Perceptions
11    Survey Items and Logical Flow, was introduced
12    electronically.)
13    BY MR. HOLLAND:
14         Q.   Okay.  I just introduced a new exhibit
15    as Exhibit 5.  Let me know when you're able to
16    pull it up on Exhibit Share.
17         A.   Yes, I do see that.
18         Q.   And can you identify that just for the
19    record?
20         A.   That seems to be the actual survey for
21    the national survey -- the items in the survey.
22         Q.   So, again, which questions here were
23    randomized?
24         A.   Let me scroll down.
25              So I think the questions in the block

Claudiu V Dimofte                                February 15, 2023

1     called Attributes, so that's on Page 62.  The

2     order in which the ads were exposed clearly in

3     terms of conditions, those were new ones, as

4     well.  But if you're asking about the willingness

5     to pay and intent to purchase, I'm not sure if

6     those were randomized.  I don't think they were.

7          Q.   And so in your responses right now,

8     are you discussing the, like, answers to the

9     questions being randomized?

10         A.   No.  No.  No.  I'm talking about

11    questions being randomized.  Again, answers are

12    being randomized whenever possible.  Like, for

13    the food attribute items, those were randomized

14    as well.  But as you can imagine, randomizing the

15    price brackets for an item like willingness to

16    pay would not make sense.

17         Q.   I'm sorry.  I'm just trying to

18    understand this.  So in Food Attributes, for

19    example, the consumers -- is it fair to say that

20    consumers did not actually see, you know, a

21    graphic kind of like is identified on Page 63?

22         A.   No.

23         Q.   How did they see that?

24         A.   So it was very much a matrix like this.

25         Q.   Oh.

Claudiu V Dimofte                                    February 15, 2023

Page 75

1         A.   But the order of the items that you see

2    listed there, so price, quality, healthfulness,

3    taste and so forth, those were not in that order

4    all the time.

5              The other thing that was not in that

6    order was the question itself.  So that question

7    with the matrix table was not always the first

8    one in the block.  At times those -- one of the

9    others ones coming after.

10             So in that case both the questions and

11   answer options were randomized.  As I said, when

12   possible I did do that.

13        Q.   Okay.  Why did you decide not to

14   randomize the order in certain instances?

15        A.   Well, as I said, in some instances it

16   makes less sense to consumers for questions to

17   come in a random order.  In some situations both

18   questions and response options make more sense in

19   a specific order.  And in that case I would

20   always show them in that order.

21        Q.   Could we go back to marked Exhibit 3,

22   your report, and paragraph -- just let me know

23   when you're there.

24        A.   I'm there.  I'm there.

25        Q.   Okay.  Paragraph 47 states, "Respondents

1    were instructed to view ads in a manner similar

2    to their normal ad-viewing habits in a print or

3    digital media context."  Do you see that?

4         A.   Yes.

5         Q.   Can you elaborate on what that means?

6         A.   Well, that simply means trying to

7    enhance the studies of what's called External

8    Validity; in other words, they should look at

9    the ads the same way they do if they were to

10   encounter them in a normal day-to-day context;

11   in other words, there was no efforts to get into

12   focus so much more or much less than they would

13   usually do on their own.

14        Q.   But that does not mean that the manner

15   in which consumers viewed these ads is similar to

16   how they would view them, you know, in the real

17   word?  Is that fair or no?

18        A.   That's exactly what it says.  It's

19   trying to replicate the manner in which they

20   would see them in the real world.

21        Q.   And how does that replication -- strike

22   that.  How did the replication occur here?

23             MS. SARANG:  Objection; vague.

24             THE WITNESS:  Well, the instructions,

25   essentially, asked them to look at the ad as they

1    would in the real world.  He uses the terms he

2    used.  So there's no effort to get him to focus

3    on specific parts of the ad, to spend specific

4    amount of time on the ad.

5    BY MR. HOLLAND:

6         Q.   I see.

7         A.   There's nothing that again draws

8    attention to anything, so the instructions seem

9    to say do it as you would do it at home.

10        Q.   So you told respondents look at these

11   ads the way you would, if they came across on a

12   website or on a Facebook scroll and you expected

13   that they would do that; is that right?

14        A.   That's what the instruction suggests,

15   yes.

16        Q.   Would you agree that making positive

17   claims about a given product encourages the

18   consumer to buy that product?

19        A.   Well, there's different objectives to

20   and outcomes of making specific claims.  Some

21   are about purchase downstream.  Some are about

22   improving attitudes.  Some are simply about

23   learning more about a product.  So those are

24   all possible outcomes of providing positive

25   information.

Claudiu V Dimofte                    February 15, 2023

1          Q.   And in Paragraph 57 participants were

2      asked, "How do generic ads that encourage beef

3      consumption without regard to meat origin

4      influence their willingness to pay for beef

5      products"; is that right?

6          A.   Yes.

7          Q.   Was this question asked immediately

8      after the question that told survey respondents

9      that domestic independent cattle ranchers believe

10     that there are important ways in which their beef

11     is superior to imported beef?

12         A.   Well, I'd have to look at the survey

13     again to see the order.

14         Q.   Okay.  Do you want to pull up Exhibit 5?

15     I think it's on Page 66, if that's helpful.

16         A.   Okay.  So that is part of the same block

17     that I mentioned earlier for the attributes that

18     randomizes the questions.  So that may have been

19     at times right after that, sometimes maybe not.

20         Q.   So the prior question was also

21     randomized as well?

22         A.   Again, if the block is randomized,

23     then the order in which questions show up is

24     randomized.

25         Q.   It's -- I -- correct me if I'm wrong,

Claudiu V Dimofte                                    February 15, 2023

Page 79

1          but I think it's the "By Chance" block; is that

2          right?  It's -- I think -- and does "By Chance"

3          start at Page 63 and end at --

4                    A.   "By Chance" starts at -- you're right.

5          Yes.  So ...

6                    Q.   Was "By Chance" randomized?

7                    A.   No.  For that you would use "Before

8          That."

9                         Okay.  So "By Chance" was not

10         randomized.  That question was always the last

11         one in that block.

12                   Q.   So every consumer that -- strike that.

13                        Every respondent to each one of the six

14         studies that you conducted, they were asked the

15         question that started with "Domestic independent

16         cattle ranchers believe there are important ways

17         in which their beef is superior to imported

18         beef," followed by a question that says, "How do

19         generic ads that encourage beef consumption

20         without regard to meat origin influence your

21         willingness to pay for beef products"; is that

22         right?

23                   A.   I believe that is the case.

24                   Q.   Wouldn't it have made more sense to

25         ask survey respondents about the perceived price

Claudiu V Dimofte                                      February 15, 2023

Page 80

1        effect of generic advertising before telling the

2        survey respondent that domestic producers believe

3        their products are superior?

4                MS. SARANG:  Objection.  Leading

5        question.

6                THE WITNESS:  Well, this is just

7        one item that gets at the effect of generic

8        advertising.  I think the key parts of the study

9        that actually demonstrate the impact of generic

10       ads is comparing people's willingness to pay

11       across the three conditions, right?  So there's

12       a control -- there's a generic ad, there's a

13       adjusted generic ad.  And the key finding there

14       is that, indeed, generic ads do create a lower

15       list of pay levels and, to some extent, this is

16       what it says as well, regardless of the fact that

17       it happens to come after those items."

18       BY MR. HOLLAND:

19            Q.   And in paragraph -- well, strike that.

20       I don't want to go back and forth with these.

21                All right.  Let's go back to Exhibit 3

22       in Paragraph 57.

23            A.   Yes.

24            Q.   You asked survey respondents directly

25       how they think generic beef ads that encourage

Claudiu V Dimofte                                February 15, 2023

Page 81

1        beef consumption without regard to meat origin

2        influences their willingness to pay; is that

3        right?

4              A.    Yes.

5              Q.    Did you ask survey respondents in the

6        Adjusted Ad Group a similar question about an

7        adjusted ad?

8              A.    Respondents in all conditions saw this

9        question.  There was no question about what an

10       adjusted ad would do to them.  They don't know

11       what an adjusted ad is.

12             Q.    Well, I mean, do you know what a generic

13       ad is?

14             A.    Yes.

15             Q.    Why is that?

16             A.    Well, partly because of the very

17       definition that I offer in the question.  It

18       talks about not mentioning the origin of the

19       product.  But the study was also pre-tested

20       and consumer comprehension for the items was

21       measured.  And this was not flagged as something

22       that the people didn't understand.  So there was

23       a one-to-seven scale anchored at very easy to

24       understand to very difficult to understand.  The

25       perceptions for the items ranged from somewhere

1        in the range of very easy to easy.  But at no

2        time were any of the items under the suspicion of

3        being difficult to comprehend.

4             Q.   And consumers were asked various ways

5        about how adjusted ads could be identified in

6        your study and whether that particular ad could

7        have had an effect on a willingness to pay?

8             A.   Again, that kind of question asked in

9        that format for consumers makes no sense.  They

10       don't know what an adjusted ad is.  The only way

11       to assess that is to actually get them exposed to

12       an adjusted ad and assess that it's the right

13       thing.  And compare that to the effect that a

14       normal current generic ad has on their

15       willingness to pay and purchase intentions

16       and so forth.

17            Q.   And one of the groups was exposed to the

18       adjusted ads; is that right?

19            A.   True.  But the label adjusted ad

20       that's between us in terms of labeling the

21       conditions, consumers don't understand that

22       that's an adjusted ad, all right?  So that's a

23       generic ad that includes extra content or extra

24       information.  There was no way so assess response

25       to that.  Being impacted by a generic ad that has

Page 83

1     extra information, that's an awkward item to

2     employ.  But, again, indirectly that's what the

3     prior questions that you referred to do as well,

4     when we were asking whether this was an interest

5     to learn more about the claims that domestic

6     producers make.

7          Q.   And then Paragraph 63 discusses

8     respondent statistics.

9          A.   Yes.

10          Q.   I believe it indicates that -- in the

11     last sentence it indicates that, "The final

12     sample was largely in line with desired

13     findings."  What did you mean by "largely"?

14          A.   Well, first, it's "desired targeting,"

15     not "desired findings."

16          Q.   Oh, thank you.  I'm sorry about that.

17          A.   Well, again, it simply says that the

18     average scores in various demographics didn't

19     match perfectly with the initial sample, and that

20     would never be the case.  But it was similar

21     enough that the findings are reliable,

22     essentially.

23          Q.   Can you identify any qualifications that

24     the "largely" is meant to cover?

25          A.   Again, it simply says that something

Claudiu V Dimofte                                    February 15, 2023

1      like the average age is not identical.  I suppose

2      the average income or median income may not be

3      identical but they were close.  And, again, with

4      different samples finding identical responses is

5      not realistic.

6           Q.   The national -- did the National

7      Consumer Perception Study involve a

8      between-subjects experimental design?

9           A.   You could argue that, in terms of the

10     specific preconditions that we employed, yes,

11     that was a between-subject design.

12          Q.   As opposed to it was not a

13     within-subject design where every participant

14     experiences every condition; is that right?

15          A.   That's true.  It was not within subject.

16          Q.   And as identified in Paragraph 63, is it

17     correct that there were -- 304 were total usable

18     subjects in the National Consumer Perception

19     Study?

20          A.   Yes.  I believe that's what the final

21     sample size was.

22          Q.   The National Consumer Perception Studies

23     involved three subsample groups; is that correct?

24          A.   Three conditions, yes.

25          Q.   Preconditions?

```
 1              A.    No.   Three conditions.

 2              Q.    Oh.

 3              A.    Number 3, right?   Three conditions.

 4       So those are the subsamples you referred to.

 5              Q.    But, again, each of those conditions

 6       involved a different group of respondents; is

 7       that correct?

 8              A.    Yes.   Yes.

 9              Q.    Okay.

10              A.    That's what a between-subject design is,

11       yes.

12              Q.    So the conditions were the Control

13       Group, the Beef Checkoff Ad Group and the

14       Adjusted Ad Group; is that right?

15              A.    Yes.

16              Q.    Do you know how many subjects were in

17       each group?

18              A.    I don't know off the top of my head,

19       but I would assume, given that there was random

20       assignment, and, again, whoever was dropped was

21       dropped pretty much I assume randomly across

22       conditions, they were probably in the same

23       ballpark, each condition, about a hundred people.

24              Q.    The Beef Checkoff Ad Group saw only one

25       print ad for steak; is that right?
```

Claudiu V Dimofte                                    February 15, 2023

1          A.   The Beef Checkoff group did see one ad

2     for beef, yes.

3          Q.   And that beef was steak; is that right?

4          A.   I'd have to look.  I don't recall

5     exactly what it was.  It probably was beef steak.

6     Yes.

7          Q.   The Beef Checkoff Ad Group did not see

8     any other beef ads other than that one print ad;

9     is that correct?

10         A.   They did not see any other beef ad, no.

11    That's correct.

12         Q.   The Adjusted Ad Groups subjects also saw

13    only one print ad for steak; is that correct?

14         A.   Yes.

15         Q.   And, again, the Adjusted Ad Group did

16    not see any other beef ads; is that right?

17         A.   That's true.

18         Q.   And the ad that the Adjusted Ad Group

19    subjects reviewed was identical to the ad that

20    the Beef Checkoff Ad Group reviewed except that

21    it included the text, quote, "Beef that is

22    produced domestically uses high-quality feed,

23    advanced standards of care and a limited carbon

24    footprint"; is that right?

25         A.   Yes.

Claudiu V Dimofte                                    February 15, 2023

Page 87

1          Q.   Why did you choose the particular

2     text, "Beef that is produced domestically uses

3     high-quality feed, advanced standard of care

4     and a limited carbon footprint"?

5          A.   Well, the idea was to, essentially,

6     provide more information about domestic beef, but

7     do so in a manner that's not relative to other

8     types of beef and doesn't explicitly suggest that

9     consumers should purchase it.  The idea was

10    simply to provide an opportunity for consumers to

11    learn more about a certain type of beef; in this

12    case, domestic beef.

13         Q.   Are you providing an expert opinion in

14    this case that beef that is produced domestically

15    always uses high-quality feed?

16         A.   That's not what this statement says.

17    It's not -- the "always" qualifier is not there.

18         Q.   Okay.  So you do not think that

19    domestically produced beef always uses

20    high-quality feed?

21         A.   I'm not sure these absolute statements

22    can be made about any kind of product, including

23    beef.

24         Q.   Okay.  Are you providing an expert

25    opinion in this case that beef that is produced

Claudiu V Dimofte                                    February 15, 2023

Page 88

1         domestically always uses advanced standard of
2         care?
3              A.    Again, the "always" qualifier is not
4         there, and I don't think it could be there for
5         any other category.
6              Q.    And so the same would be true for
7         "limited carbon footprint," right?
8              A.    Right.
9              Q.    In other words, the "always" qualifier
10        is not there, right?
11             A.    That's not there.  True.
12             Q.    So isn't that kind of misleading?
13             A.    What about it is misleading exactly?
14             Q.    So what are you -- what is this trying
15        -- what is the ad trying to convey to consumers
16        other than beef that's produced domestically uses
17        high-quality feed, advanced standard of care and
18        a limited carbon footprint?
19                   MS. SARANG:  Objection.
20        BY MR. HOLLAND:
21             Q.    Let me strike that.
22                   Given that you're acknowledging that not
23        all beef produced domestically uses high-quality
24        feed, not all beef produced domestically has
25        advanced standard of care, not all beef produced

Claudiu V Dimofte                                        February 15, 2023

1        domestically has a limited carbon footprint, is

2        it deceptive to provide consumers with an

3        advertisement that says, "Hey, buy beef.  If

4        produced domestically, uses high-quality feed,

5        advanced standards of care and a limited carbon

6        footprint"?

7            A.    Well, again, I think of it earlier that

8        the tone and the intent of that was not to convey

9        purchase advice.  It's simply providing

10       information and, if a qualifier is lacking,

11       again, because "always" is an absolute term

12       that I don't think applies in many cases, then

13       consumers would presume in this statement as

14       typically or generally or on average, so --

15           Q.    Would it be worth -- sorry.  Sorry.

16           A.    So in that sense, it's information about

17       a certain kind of beef product in the market.

18           Q.    Which beef product is it information

19       about?

20           A.    Well, in this case it talks about

21       domestic beef.

22           Q.    But not all domestic beef.

23           A.    Again, no -- I don't think, again,

24       absolute statements like that can be made, --

25           Q.    Would it --

Claudiu V Dimofte                                    February 15, 2023

Page 90

1          A.    -- but --

2          Q.    Would it have been more accurate if the

3     statement read, "Some beef that is produced

4     domestically uses high-quality feed, advanced

5     standard of care and a limited carbon footprint?

6                MS. SARANG:  Objection.  Leading

7     question.

8                THE WITNESS:  No.  Again, consumers can

9     assess that to mean generally or typically or on

10    average.  We don't need to necessarily provide

11    them with a qualifier.

12    BY MR. HOLLAND:

13         Q.    Your testimony is it would not have been

14    more accurate if the statement said some beef

15    that is produced domestically uses high-quality

16    feed, advanced standard of care and limited

17    carbon footprint?

18                MS. SARANG:  Objection.  Misstates

19    testimony.

20    BY MR. HOLLAND:

21         Q.    That's a question.

22         A.    So what I suggested was that absolute

23    statements are difficult to make, and, in that

24    sense, adding the "some" descriptor to anything

25    is likely more accurate than always.  But neither

Claudiu V Dimofte                                February 15, 2023

1          "always" nor "some" are present in that descript

2          -- in that statement.

3              Q.   The decision that you made not

4      to include "some" or to be more accurate about

5      domestic beef, do you think that had an impact?

6                  MS. SARANG:  Objection; vague.

7                  THE WITNESS:  Consumers responded to

8      this specific text provided, and some of them may

9      have thought about "some," some of them may have

10     thought about "always," some of them may have

11     thought about an average.  There's a variety of

12     things people could have thought about to

13     interpret in that statement.

14     BY MR. HOLLAND:

15             Q.   Do you know whether beef produced

16     domestically usually uses high-quality feed?

17                 MS. SARANG:  Objection.  Calls for

18     speculation.

19                 THE WITNESS:  I can't speculate on that.

20     I under --

21     BY MR. HOLLAND:

22             Q.   I'm asking -- oh, go ahead.

23             A.   I understand -- I think I have read some

24     materials that suggest that is the case.

25             Q.   What did you read?

Claudiu V Dimofte                              February 15, 2023

Page 92

1              A.    I'm not sure I recall.

2              Q.    Is there anything you can identify in

3        the report that would help with that?

4              A.    I will have to look and see.

5                    I don't see in the document, but, again,

6        I don't recall how I can cross that out.

7              Q.    Do you know -- I'm not asking you to

8        speculate.  Do you know whether beef that is

9        produced domestically usually involves an

10       advanced standard of care?

11             A.    Okay.  I have been exposed to

12       information at some point likely that suggests

13       that.  But do I know it for a fact myself, I'm

14       not aware of the specifics of beef production.

15             Q.    And I have not seen this information.

16       If you could help me identify it in your report,

17       I think that would be very helpful.

18             A.    Well, I think I mentioned a second ago I

19       don't recall where exactly I noticed that.

20             Q.    So you don't recall where you

21       saw information about domestic beef usually

22       having advanced standard of care compared to

23       high-quality feed -- strike that.

24                    I just meant to say that my last

25       question was about high-quality feed.  This

```
 1          question is about advanced standard of care,
 2          but it's really all the same thing.
 3               A.   Well, there are, yes, positive elements
 4          that could be construed as positive about
 5          domestic beef.  I can't give you it now, the
 6          specific source of that.  It's possible that
 7          it's one of the documents that I reviewed with
 8          counsel, but I don't recall which one.
 9               Q.   It's, likely, a document that was
10          produced to you by the Ranchers-Cattlemen Action
11          Legal Fund?
12               A.   It's possible that it may have been
13          among the documents that I reviewed, but I can't
14          tell you for sure.
15               Q.   And are your answers similar for the
16          issue of a limited carbon footprint, or should we
17          go through that separately?
18               A.   Same answer.
19               Q.   In Footnote 42 of your report
20          you indicate, "This information is purely
21          informational."  Can you explain what you mean
22          by that?
23               A.   Well, if you read the entire sentence
24          there, it kind of answers your question.  So
25          "This thing was purely informational and not
```

Claudiu V Dimofte                                    February 15, 2023

1          directly suggestive of domestic beef purchase."

2          Q.   What would be "directly suggestive of

3     domestic beef purchase"?

4          A.   Something like "Choose domestic beef

5     because A, B and C."  "Next time purchase

6     domestic beef because A, B or C."

7          Q.   So --

8          A.   So it's the explicit suggestion of

9     actual purchase.

10         Q.   So the only difference is including the

11    word "choose," instead of what you wrote, and

12    "choose because"; is that right?

13              MS. SARANG:  Objection.  Misstates

14    testimony.

15              THE WITNESS:  Well, the difference

16    would be including that explicit encouragement

17    of purchase.  In the absence of that, it's

18    information that consumers can choose to

19    act upon, discard, you know, or anything.

20    BY MR. HOLLAND:

21         Q.   So it's your expert testimony that

22    consumers would be much more likely to have been

23    induced to buy this product if they saw the words

24    "choose because" -- "choose domestic beef because

25    beef that is produced domestically uses

1          high-quality feed with advanced standards of care
2          and a limited carbon footprint," than they would
3          by just by telling them, "beef that is produced
4          domestically uses high-quality feed, advanced
5          standard of care, and a limited carbon
6          footprint"; is that right?
7                    MS. SARANG:  Objection to form.
8                    THE WITNESS:  I would be speculating at
9          this point if I were to say what would happen.
10         But there is an expectation that, had those
11         phrasings been there, likelihood of purchase
12         or purchase intent would be higher.
13         BY MR. HOLLAND:
14              Q.   If there's little or no support for the
15         information that is provided with the text, "beef
16         that is produced domestically uses high-quality
17         feed, advanced standard of care and a limited
18         carbon footprint," wouldn't that be suggestive
19         of domestic beef purchase?
20                    MS. SARANG:  Objection; vague.
21                    THE WITNESS:  I'm sorry.  Can you repeat
22         that or rephrase it?
23         BY MR. HOLLAND:
24              Q.   Well, I struggle to identify the basis
25         of the statements, you know, that beef that is

1         produced domestically uses high-quality feed,

2         advanced standard of care and a limited carbon

3         footprint, you know?  And I'm sure individuals,

4         certainly a handful of them, probably do.  And

5         I'm sure that a ton of imported beef probably

6         does the same exact thing, right?  So given that

7         we have not been able to identify any basis for

8         this statement, isn't that directly suggestive of

9         domestic purchase of beef?

10              MS. SARANG:  Objection.  Misstates

11         testimony.  Misleading question.

12              THE WITNESS:  No.  The two things are

13         not connected.

14         BY MR. HOLLAND:

15         Q.   Which two things?

16         A.   The fact that I can't recall the source

17         of that statement and the fact that this is

18         directly encouraging purchase.

19         Q.   Now, in Paragraph 64 it discusses

20         willingness to pay results.  You indicate that

21         "Control condition can be conceptually construed

22         as the default marketplace state resulting from

23         the historical Beef Checkoff ad campaigns."  Do

24         you see that?

25         A.   Yes.

Claudiu V Dimofte                                February 15, 2023

1          Q.    Is that referring to the condition of

2     the folks who didn't see any --

3          A.    Beef ad, yes.

4          Q.    -- beef ad?

5          A.    Yes.

6          Q.    So I guess if that's the case, I'm a

7     little confused.  Why did you divide survey

8     respondents into the Control Group and the

9     Beef Checkoff Ad Group instead of using

10     the Control Group to represent the

11     actual marketplace's willingness to pay?

12          A.    That's an assessment or an inference

13     that I made.  Again, in terms of experimental

14     design, we'd have to have all the conditions.

15     It simply happened that the result for this

16     metric for the control condition happened to be

17     the same level, I believe, with the generic app.

18     So that's an inference that I made.  But in

19     conceptual terms, they're not the same thing.

20     So some people saw an ad, some people didn't.

21          Q.    When you say, "that's an inference

22     that you made," you're referring to the control

23     condition being conceptually construed as the

24     default marketplace state resulting from the

25     historical Beef Checkoff ad campaigns.  Is that

Claudiu V Dimofte                                    February 15, 2023

Page 98

1          what you mean?

2               A.   The result of that metric, yes.

3               Q.   Do you mean, like, after you've seen the

4          results that's what you would say, or no?

5               A.   Well, what comes out of that metric, the

6          fact of that willingness to pay, doesn't change.

7          From control to current could be -- wanting

8          to interpret that could be that the current

9          condition is similar to prior generic ads that

10         they may have seen.  But at this point, yes,

11         they did not observe an actual beef ad.

12              Q.   Why did you examine that willingness to

13         pay in these surveys?

14              A.   I'm sorry.  Willingness to pay where?

15         In these surveys?

16              Q.   In the six surveys, yes.

17              A.   Because I believe one of the claims

18         in the complaint was that R-CALF members,

19         essentially domestic beef producers, experienced

20         financial prices that were lower than they could

21         or should have been.  So it seemed like the price

22         information on the consumers side that expresses

23         willingness to pay would be a relevant metric to

24         address.

25              Q.   Would you say that willingness to pay is

Claudiu V Dimofte                                              February 13, 2023

                                                                Page 99

1          the primary measure of consumer demand that has

2          been used for similar research?

3               A.   I didn't hear that.  I'm sorry.

4               Q.   Sorry.

5                    Would you say that willingness to pay is

6          the primary measure of consumer demand that has

7          been used in similar consumer research?

8                    MS. SARANG:  Objection.  Leading

9          question.

10                   THE WITNESS:  It has been used before.

11         I'm not sure if it's the leading or the most

12         important or the first.  It's a measure of

13         consumer interest in a product category for a

14         product.

15         BY MR. HOLLAND:

16              Q.   So what would you say is the primary

17         measure of consumer interest in a product when

18         conducting similar research?

19              A.   Well, there's other ways to assess that.

20         Something as basic as "would you purchase."

21              Q.   Okay.  Would you say that that's the

22         primary way, to have folks in your field

23         conducting --

24              A.   That's not what I said.

25                   MS. SARANG:  Objection; vague.

Claudiu V Dimofte                                     February 13, 2023

Page 100

1          BY MR. HOLLAND:

2               Q.   My question is what is the primary

3          measure?

4               A.   I'm not sure there's a primary measure,

5          so different people measure it in different ways.

6          Some folks measure it with multiple measures.

7               Q.   Have you seen a lot of studies in this

8          area and what would you say are the top three

9          measures of consumer demand in similar studies?

10              MS. SARANG:   Objection; vague.

11              THE WITNESS:   I'm not sure I can give

12         you that.  But, again, the two that I just

13         mentioned are used quite a bit:  Purchase intent

14         and willingness to pay.

15         BY MR. HOLLAND:

16              Q.   Okay.  Just to confirm that we're

17         interpreting your results correctly, did you

18         find no statistically significant differences in

19         willingness to pay for the Control Group, the

20         Beef Checkoff Ad Group and the Adjusted Ad Group

21         in the National Consumer Protection Study?

22              A.   That's on Page 14?  64?

23              Q.   Paragraph 64.

24              A.   Yes.  That finds no significant effect

25         here across the board.

1          Q.    In other words, you could not reject

2      the null hypothesis that the willingness to pay

3      for steak was the same for the Control Group, the

4      Beef Checkoff Ad Group and the Adjusted Ad Group;

5      is that right?

6          A.    That's what this says, yes.

7          Q.    And just to be clear, that means

8      you cannot say with any real confidence that

9      consumers exposed to the text "beef that is

10     produced domestically uses high-quality feed,

11     advanced standard of care and a limited carbon

12     footprint," are any more willing to pay for beef

13     than the study subjects who say -- who saw the

14     unaltered Beef Checkoff ad example based on the

15     results of this study?

16              MS. SARANG:   Objection.   Leading

17     question.

18              THE WITNESS:   Well, in this specific

19     study, the two conditions are not different.   But

20     once the meta-analysis is brought to bear, then I

21     think the implications are different.

22     BY MR. HOLLAND:

23         Q.    So was it also true for each of the

24     individual state studies that there's no

25     statistically significant differences in

Claudiu V Dimofte                                    February 13, 2023

Page 102

1          willingness to pay for the Control Group, the

2          Beef Checkoff Ad Group and the Adjusted Ad Group?

3              A.    I would have to review that, but let me

4          take a look.

5              Q.    That's further down here.

6              A.    Well, the effect was marginally

7          significant in South Dakota.  It was not

8          significant to the national study and the other

9          four state studies, but it was significant in

10         the meta-analysis that pulls all the studies

11         together.  And in that case the adjusted Beef

12         Checkoff ad improved willingness to pay compared

13         to both no advertising and generic advertising.

14             Q.    But there was no statistically

15         significant difference in willingness to pay in

16         the Nebraska study, the Oklahoma study, the Texas

17         study and the Wisconsin study; is that correct?

18                  MS. SARANG:  Objection.  Document speaks

19         for itself.

20                  THE WITNESS:  I just mentioned that.

21         And I also mentioned that, once we pulled

22         everything together, the statistical difference

23         emerges.

24         BY MR. HOLLAND:

25             Q.    Are you familiar with hypothetical bias?

Claudiu V Dimofte                                    February 13, 2023

Page 103

1          A.    In what context?

2          Q.    Do you agree that hypothetical bias is

3     the difference between -- strike that.

4               Do you agree that there's a difference

5     between a hypothetical willingness to pay and an

6     actual willingness to pay?

7          A.    Could be.  There's no exact answer here.

8     But for some people it may be; for some it may

9     not.

10         Q.    Are you familiar with any academic

11    literature in your field where folks have

12    discussed the issue of hypothetical bias in the

13    context of the differences between hypothetical

14    willingness to pay in a study like this and

15    actual willingness to pay?

16         A.    Well, I'm sure there's literature that

17    addresses the topic and argues that, in some

18    cases, what people report may not be how they

19    act.  But that applies to all kinds of questions

20    about all kinds of metrics.

21               The premise of market research is

22    to assess and try to extrapolate based on sample

23    responses.  But, indeed, in none of that market

24    research you observe behavior directly, if it is

25    based on self-reporting.  In that sense,

Claudiu V Dimofte                    February 13, 2023

Page 104

1      everything's hypothetical.

2          Q.    So did you take any steps to eliminate

3      the hypothetical bias in forming your opinions in

4      this matter?

5          A.    Again, I don't observe actual behavior,

6      so this is a survey that's assessing people's

7      self-report based on information they're exposed

8      to.

9              Again, I don't see an incentive for

10     people to be misleading about how they actually

11     behave versus what they support in the survey.

12     It's not impossible, but not likely.

13         Q.    In Paragraph 65, is it a correct

14     interpretation that you did not find the intent

15     to purchase was statistically significant and

16     higher for both the Beef Checkoff Ad Group and

17     the Adjusted Ad Group?  I'm sorry.  Strike that.

18             In Paragraph 65 you did find that intent

19     to purchase was statistically significant and

20     higher for both Beef Checkoff Ad Group and

21     Adjusted Ad Group compared to the Control Group;

22     is that right?

23         A.    That's correct.

24         Q.    You did not find that the Adjusted Ad

25     Group had a statistically different intent to

Claudiu V Dimofte                                February 13, 2023

Page 105

1     purchase compared to the Beef Checkoff Ad Group;

2     is that right?

3          A.    In this case, both the generic ad

4     and the adjusted ad were similar in terms

5     of creating purchase -- in terms of consumers'

6     purchase intent numbers.  But I'm trying to look

7     at the meta-analysis which supports the same

8     conclusion.

9          Q.    So I'm very hopeful we can get done

10    before 2:45 today.  I know you're done at 2:45.

11    And so, you know, what do folks think about

12    taking, like, a short lunch break now and coming

13    back around, like, 1:05, or something like that,

14    and seeing if we can get through this after the

15    break?  Is that fair for everyone?

16          A.    I'm okay with that.  Sure.

17                (Lunch recess.)

18    BY MR. HOLLAND:

19          Q.    Welcome back, Dr. Dimofte.

20                Just a couple more questions about that

21    National Consumer Perception Study.  So you asked

22    respondents a question regarding where the source

23    of their beef -- where the source of beef they

24    buy matters; is that correct?

25          A.    Yes.

1          Q.   And did you find a statistical
2     significance in all of the three subgroups in
3     terms of their average response to the question?
4               MS. SARANG:   Objection.  Document speaks
5     for itself.
6               THE WITNESS:   I have to look at the
7     specific results, so give me one second.
8               Yeah.  So that's Paragraph 66.  The
9     comparison across the three conditions found no
10    statistically significant effect.
11    BY MR. HOLLAND:
12         Q.   When you compared the Adjusted Ad Group
13    with the control and Beef Checkoff Ad Groups, did
14    you find an enhanced respondent perception of
15    domestic imported beef market differentiation.
16         A.   Can you repeat that question in terms of
17    what do I find?
18         Q.   An enhanced respondent perception of
19    domestic imported beef market differentiation?
20         A.   Well, this one simply says that the
21    three conditions did not differ in terms of
22    consumer perceptions of the source of their beef.
23         Q.   Okay.
24         A.   It does not talk about the import-export
25    or any qualifying metric.

Claudiu V Dimofte                              February 13, 2023

1          Q.   But you do find the adjusted -- in

2     Paragraph 67, the adjusted Beef Checkoff message

3     enhanced respondent perceptions of domestic

4     imported beef market differentiation, is that

5     right, in the last sentence?

6          A.   Yes, but that's a different metric.

7     That's a different measure than the one we were

8     talking about.

9          Q.   I see.

10         A.   We were talking about Paragraph 66, and

11    now it seems we're talking about 67.

12         Q.   And can you just help me understand the

13    difference between the two?

14         A.   Well, they're two different questions.

15    So the one discussed in Paragraph 66 talks about

16    whether consumers believe that the source of the

17    beef matters.  And the one in 67, it asks whether

18    they believe that beef sellers in the market are

19    different.  So it's two different items.

20         Q.   Is it your view that consumers

21    who see the text, quote, "Beef that is produced

22    domestically uses high-quality feed, advanced

23    standards of care and a limited carbon

24    footprint," unquote, that consumers who see that

25    text view beef to be less of a commodity than

1    those that don't?

2        A.   That is largely what the result in

3    Paragraph 67 talks about, the idea that when

4    exposed to the adjusted ad, consumers really

5    adjust their perceptions as well, in terms of

6    the differentiation between domestic and imported

7    beef.

8        Q.   And you believe that's accurate for the

9    public at large?

10       A.   That's what this result says.  If the

11   public were to be exposed to that adjusted ad,

12   this would be the finding, as well.

13            I think the main point perhaps to take

14   from this is, in line with our earlier discussion

15   regarding the source or precision of these

16   claims, I think the insight that we may extract

17   here is that more information is informative,

18   as you'd expect, and consumers respond to it.

19       Q.   Did you consider whether consumers

20   who were being asked about -- were provided

21   information that's favorable to domestic beef,

22   whether, in the real world, they would also view

23   other ads that said, well, actually, imported

24   beef is a lot better?

25            MS. SARANG:  Objection; vague.

Claudiu V Dimofte                                    February 13, 2023

Page 109

1              THE WITNESS:  Well, I would have to

2       speculate as to what the overall effect would be

3       if they were given contradicting information, and

4       I can't do that.  So I don't know how they would

5       respond if they saw conflicting information.

6       BY MR. HOLLAND:

7              Q.   That was not something that was

8       considered in this study; is that right?

9              A.   That was not the purpose of this study.

10             Q.   The subjects in the Adjusted Ad Group

11      had a statistically higher preference for

12      domestic beef than subjects in the Control Group

13      and the Beef Control Ad Group; is that correct?

14             A.   What paragraph is that?  Sorry.  Did you

15      cite the document, or you said something?  I'm

16      sorry.

17             Q.   I'm citing it from my outline.  I've

18      gotta double-check the document for this.

19             A.   If you read it again, I may find it

20      myself.

21             Q.   Compares preference for domestic beef

22      between subjects in the Adjusted Ad Group and the

23      Control Group and the Beef Control Ad Group,

24      between all three groups.

25             A.   I think that's Paragraph 67, which

Claudiu V Dimofte                                              February 13, 2023

Page 110

1    finds, as we discussed, that the adjusted Beef

2    Checkoff message does enhance perceptions of

3    differentiation between domestic and imported

4    beef.

5         Q.   And is it fair to say that that's for

6    both the Control Group and the Beef Checkoff Ad

7    Group?

8         A.   Yeah.  So the Beef Checkoff message

9    enhances perceptions of the differentiation

10   compared to both generic advertising and no

11   advertising.

12        Q.   In the conclusion -- in the overall

13   conclusion at the end of the report, Paragraph

14   119, you indicate that "Current checkoff

15   advertising has placed downward pressure on all

16   retail prices in the beef category."

17             Is that -- is that your opinion?

18             MS. SARANG:   Objection.  Document speaks

19   for itself.

20             THE WITNESS:   I believe that's what

21   Part B of Paragraph 119 says.  And I quote here,

22   "The generic Beef Checkoff placed downward

23   pressure on beef prices and induced low consumer

24   willingness to pay in general."

25   BY MR. HOLLAND:

Claudiu V Dimofte                    February 13, 2023

Page 111

1          Q.   Can you identify all bases from your
2     findings that support the statement that the
3     current Checkoff advertising has placed downward
4     pressure on retail prices?
5          MS. SARANG:   Objection.   Document speaks
6     for itself.
7          THE WITNESS:   I think we talked
8     earlier about consumer willingness to pay and
9     the fact that, across categories, it seems to be
10    relatively low, which would suggest that, in
11    general, people are not willing to pay a lot for
12    beef, especially in the conditions of control and
13    generic advertising.
14    BY MR. HOLLAND:
15         Q.   Is there any other basis for that
16    conclusion?
17         A.   Well, that's the needed basis, and then
18    this paragraph refers to some literature that
19    seems to support this line of thought.   But,
20    again, not with my data.   That's someone else's
21    findings.
22         Q.   Okay.   Anything else besides the
23    literature and the earlier data you just
24    mentioned?
25         A.   Well, again, the statement refers to

Page 112

1    willingness to pay, so that's the key item that

2    supports that.

3        Q.    Okay.  And in Subparagraph C, can you

4    explain what you mean by, "The current generic

5    Beef Checkoff program advertising has been

6    successful at increasing primary consumer demand

7    for beef"?

8        A.    If you'll recall our discussion earlier

9    about the item measuring purchase intent, that

10   one finds that both the current generic and the

11   adjusted one create significantly higher purchase

12   intent than the control condition when there's

13   no ad exposure -- no beef ad exposure.  So

14   it suggests that exposure to Beef Checkoff

15   advertising creates higher purchase intent,

16   therefore higher demand.

17       Q.    Is that inconsistent with your

18   conclusion that the Beef Checkoff program has

19   placed downward pressure on retail prices?

20       A.    There are two sides to this market

21   space, so prices are also impacted by consumer's

22   willingness to pay.  So there's, again, supply

23   side aspects that come into the equation.  So

24   they would need to be inconsistent.  I don't

25   think they are inconsistent.  So where exactly is

Claudiu V Dimofte                    February 13, 2023

Page 113

1        the inconsistency?

2            Q.    Well, with the conclusion that

3        the current generic Beef Checkoff program

4        advertising has been successful at increasing

5        primary consumer demand for beef; and that the

6        current Checkoff advertising has placed downward

7        pressure on retail prices for beef.

8            A.    So the idea of current demand and lower

9        prices being conflicting?  Again, there's all

10       kind of other aspects or variables that play into

11       price-setting at retail, and its competition

12       drives prices down, the impact of imports and

13       other market players, so it's -- I'm not sure

14       it's appropriate to relate the two directly, the

15       two metrics.

16           Q.    That's helpful.  Thank you.

17               Sorry to go back to Paragraph 64.  I

18       think it says in Paragraph 64, "Given that the

19       control condition with low willingness to pay

20       can be conceptually construed as the default

21       marketplace state resulting from historical Beef

22       Checkoff ad campaigns, it can be argued that the

23       effect of the Beef Checkoff program over time

24       has been to place valid pressure on consumer

25       willingness to pay and, therefore, on beef prices

Claudiu V Dimofte                                    February 13, 2023

Page 114

1       in the U.S.," in relation to that statement, is

2       there any evidence that rules out the conclusion

3       that the Checkoff spending over time has raised

4       willingness to pay from being even lower?

5           A.   Well, there's a variety of things that

6       could have played a role in making it even lower.

7       I can't speculate on what could have happened.

8       This is the insight from the result of this study

9       to that specific question.  Could it have been

10      even lower in the absence of that?  Possibly.

11      Could it have been higher?  Possibly.  Again, I

12      can't speculate on where things could have gone.

13          Q.   Why did you choose only steak as the

14      only beef product to show consumers?

15          A.   Well, I think there's limits to, you

16      know, how much one can address in a single study.

17      And I would argue that when people think about

18      beef, it's likely that steak is something that

19      resonates with most, more so than other cuts or

20      other byproducts of beef.

21          Q.   Do you think that steak is a

22      higher-priced or a lower-priced -- or strike

23      that.

24               Do you think that steak is a

25      higher-priced or low -- I can't say it.  Sorry.

Claudiu V Dimofte                                                                February 13, 2023

Page 115

1            Do you think steak is a higher-valued or

2       lower-valued beef product?

3            A.    Yeah.   But that is a different

4       construct.   I'm not sure that's an inappropriate

5       way to use it.   I think you're asking me the

6       price for steak on average is higher than the

7       price for other beef products.   That's possible.

8       But, again, even within the steak space, there's

9       a range of price points and that's what, again, I

10      mentioned earlier when we talked about that.

11           Q.    I just wanted to ask you some questions

12      about the statements you asked subjects in the

13      National Consumer Perception Study that's, you

14      know, identified in Paragraph 55 and it's also

15      identified in the actual appendix.   I don't know

16      which one might be easier for you to look at.

17           A.    Okay.   I'm looking at 55 now.

18           Q.    Okay.   And so did someone provide you

19      with these specific statements in Paragraph 55

20      to ask consumers or did you generate them all

21      yourself?

22           A.    I generated these.   But, clearly,

23      as I was setting up the survey, I looked at the

24      complaint and I tried to come up with relevant

25      items and, in the process, discussed things with

Page 116

1       counsel.

2              Q.   What does industrial-produced beef

3       products mean?

4              A.   Well, I think the way to understand the

5       construct is to read the entire sentence.  And

6       it, essentially, dichotomizes the market into

7       smaller-batch specialty products versus

8       industrial mass-produced, essentially.

9              Q.   Is that what it does?  Yeah.  It does.

10      Sorry.  Strike that.

11              But I guess the question -- so what does

12      smaller-batch mean?

13             A.   Well, it's not industrial-produced,

14      right?  So in the context of other industries, it

15      would be mass manufacturing versus something

16      closer to craft, if you will.  It's a lower

17      scale, if you will.

18             Q.   So it's not industrial-produced if it's

19      smaller-batched; is that right?

20             A.   That's the insight or the approach in

21      this item, yes.  It's either-or.

22             Q.   What does "specialty beef products"

23      mean?

24             A.   Again, specialty products are things

25      that are made in smaller batches.  So that

Claudiu V Dimofte

February 13, 2023

Page 117

1       whole statement needs to be taken as a whole.

2       Smaller-batch specialty beef sellers,

3       essentially, making things in smaller quantities,

4       as opposed to --

5            Q.   Were the sub --

6            A.   -- to mass-produced.

7            Q    Were the subjects informed about the

8       meaning of those terms in the study?

9            A.   No.  But, I mean, we talked about

10      this earlier.  The items were checked in a

11      pretest to assess comprehension, and this was not

12      flagged as something people didn't understand.

13           Q.   Was it flagged together in this manner?

14           A.   Again, the question itself was assessed

15      as to how easy was it to comprehend.  And the

16      average score for -- I don't recall for this one,

17      specifically, but for all items scores ranged

18      between 1 and 2 on a 7-point scale.  So somewhere

19      between very easy to understand and easy to

20      understand.

21           Q.   Are --

22           A.   And then --

23           Q.   Sorry.  Go ahead.

24           A.   And, again, based on various sense of

25      how people perceived it exactly, but it raised an

Page 118

1    issue of not understanding the constructs.

2        Q.   And would you agree that a consumer

3    responding saying that they understand something

4    might still be kind of misled by a question?

5        A.   I don't see what way the question was

6    misleading.

7        Q.   Do you believe the question indicates

8    certain things about types of products that may

9    or may not be true?

10           MS. SARANG:  Objection; vague.

11           THE WITNESS:  The question asks

12    consumers to make a judgment.  It doesn't suggest

13    anything.  There's specific choices they have to

14    make and it's part of agreement.

15    BY MR. HOLLAND:

16        Q.   It suggests that smaller-batch specialty

17    beef products are in a different category than

18    industrial-produced products; is that right?

19        A.   In this case, they are supposed to and

20    they do assess them as separate types of players

21    in the market.

22        Q.   Yet in the market, many specialty beef

23    products may be industrial-produced, right?

24           MS. SARANG:  Objection.  Calls for

25    speculation.

Claudiu V Dimofte                February 13, 2023

Page 119

1                    THE WITNESS:  I'm not aware of that

2          specifically.  But, again, the category, if you

3          read the whole thing properly, is smaller-batch

4          specialty versus I think it's

5          industrial-produced.

6          BY MR. HOLLAND:

7               Q.   Were you speculating about the

8          marketplace when you wrote the question?

9               A.   The fact that there are smaller-batch

10         and larger industrially produced product sellers?

11         I don't think that's speculation.  That does

12         exist, right?  There's a variance in terms of

13         size of the players in the market.

14              Q.   That the smaller-batch specialty beef

15         producers are not industrially produced?

16              A.   The very definition of smaller-batch,

17         right, talks about scale.  So small is different

18         than industrial scale.

19              Q.   Well, why didn't you say smaller-batched

20         specialty beef producers are lifting more than

21         larger-batch, nonspecialty beef producers?

22              A.   Again, the key construct that

23         dichotomizes the players is size, essentially, in

24         this case, not the specialty customer.  And I --

25              Q.   Would you agree that consumers -- sorry.

Claudiu V Dimofte                                February 13, 2023

Page 120

1          A.    Yeah.   I would imagine that smaller

2     players tend to be more specialized than large

3     players.   And I think in that sense the statement

4     adds that, actually, to the first you mentioned.

5          Q.    Would you agree that consumers would

6     find the term "industrially produced" to have a

7     negative connotation in the context of food

8     products?

9          A.    I can't speculate about that.   I think,

10    in general, there's, likely, a perception that

11    smaller-batch craft products, let's say in

12    general, tend to be preferable.   But that's

13    in the absence of highlighting that in this

14    question.   I think if that perception exists,

15    that's inverse and it applies to a lot of other

16    things.   But it may not apply always, so I

17    don't know exactly what consumers think about and

18    whether industrial size is always bad.   I'm sure

19    there's context in which it's good.

20         Q.    In this study, respondents largely

21    agreed with the statement that "Domestic beef and

22    small-batch specialty beef are worth paying more

23    for than imported beef and industrially produced

24    beef, regardless of whether the respondent was in

25    the Adjusted Ad Group or the Beef Checkoff Ad

Claudiu V Dimofte                                                    February 13, 2023

Page 121

1        Group"; is that right?

2                    MS. SARANG:  Objection.  The document

3        speaks for itself.

4                    THE WITNESS:  I would have to look at

5        the paragraph that shows those findings.  So

6        that's Paragraph 71.

7                    Yes.  The effects did not vary by

8        conditions, so respondents across categories felt

9        the same.

10       BY MR. HOLLAND:

11           Q.   So in your opinion that the -- given

12       that fact, is it possible or likely that

13       consumers were just driven by the phrasing

14       of the question?

15                   MS. SARANG:  Objection.  Calls for

16       speculation.

17                   THE WITNESS:  Well, it's also possible

18       that they were driven by the way they understood

19       the question and responded the same.  I think

20       in the absence of a specific claim that there's

21       something wrong with the item itself, which,

22       again, the pretest supports is not the case, then

23       the results seem to suggest that people feel the

24       same across the three conditions.

25       BY MR. HOLLAND:

Claudiu V Dimofte                                    February 13, 2023

                                                              Page 122

1          Q.   Do you think the word "generic" has a

2     positive or negative connotation?

3          A.   I think it depends on context.  It may

4     be that it's balance-free, as well.  So I can't

5     speculate on how specific people assess it.

6          Q.   Your conclusions that respondents

7     largely felt that generic beef advertising

8     made them want to pay less for beef, was that

9     conclusion largely dictated by the connotation of

10     the term generic in the question or no?

11               MS. SARANG:  Objection; vague.

12               THE WITNESS:  No.  It's based on their

13     understanding of what generic advertising is and

14     how it impacts them.

15     BY MR. HOLLAND:

16          Q.   And how do you know that?

17          A.   Because that's what a consumer

18     responding to questions is about.  I think -- in

19     the absence of that, I would think someone would

20     need to demonstrate that something else is at

21     work.

22          Q.   You found across the board respondents

23     displayed a relatively low willingness to pay for

24     beef, around $8.38 a pound; is that right?

25               MS. SARANG:  Objection.  Document speaks

Claudiu V Dimofte                    February 13, 2023

Page 123

1      for itself.

2              THE WITNESS:  I don't recall exactly.

3      If it's listed in the document, then I said it.

4      BY MR. HOLLAND:

5          Q.   Do you want to review Paragraph 64?  It

6      might help.

7          A.   Yes.

8          Q.   Okay.  Do you believe that's accurate?

9          A.   Are you talking about the mean or the

10     statement?

11         Q.   That, you know, the national average

12     consumer in the United States, their willingness

13     to pay for beef is about $8.38 a pound?

14             MS. SARANG:  Objection.  Document speaks

15     for itself.

16             THE WITNESS:  Well, this is the result

17     that came across consumers exposed to specific

18     ads, so there's three conditions here.  And the

19     mean across those conditions happen to be there.

20     The national population hasn't seen all these ads

21     or specific ads.  But, in general, that's what

22     the data suggests based on this study.

23     BY MR. HOLLAND:

24         Q.   All right.  That's fair.

25             You state in your report, "The average

Claudiu V Dimofte                                    February 13, 2023

Page 124

1     retail price of beef steak at the survey time was

2     $9.54 a pound" in Footnote 44; is that right?

3          A.    I believe so.

4          Q.    So the study concludes that the average

5     respondent is not willing to pay the average

6     retail price for beef; is that right?

7          A.    Again, the respondents across these

8     three conditions have a certain willingness to

9     pay which, in terms of absolute dollar measure,

10    seems to be below what the market average price

11    was at the time.

12         Q.    Do you think it's difficult to believe

13    that the average respondent is not willing to pay

14    the retail price for beef especially when they

15    reported they purchased beef in the last year?

16              MS. SARANG:  Objection; vague.

17              THE WITNESS:  Again, these are

18    respondents addressing questions after exposure

19    to specific ads.  So in that sense, I think they

20    may be closer or farther away from the actual

21    market mean, but the data, again, suggests that

22    their willingness to pay is 8.38 or something.

23    BY MR. HOLLAND:

24         Q.    So does this suggest there's a flaw in

25    extrapolating the results of this study for the

Claudiu V Dimofte                                    February 13, 2023

Page 125

1        whole population?

2                    MS. SARANG:  Objection.  Leading

3        question.  Mischaracterizes testimony.

4                    THE WITNESS:  No.  There is no flaw

5        here.  Simply, there's two sides to this story.

6        One is willingness to pay in a study looking at

7        specific ads, which I calculate at 8.38, or the

8        data suggests it is.  And the other one is

9        market-level data across the country, and that's

10       a different metric altogether.

11       BY MR. HOLLAND:

12            Q.   I see.

13                 Do you think one plausible reason why

14       many respondents selected between $7 and $8.99

15       for their willingness to pay is because it's the

16       third option right in the middle of those that

17       you offered them to pick?

18                    MS. SARANG:  Objection.  Calls for

19       speculation.  Leading question.

20                    THE WITNESS:  I can't speculate as

21       to why they picked their scale.  I don't think

22       that's necessarily something that happened here.

23       There's variants on this side, and a lot of

24       people selected various brackets that were

25       provided.  So if many or more happen to pick one

Claudiu V Dimofte                                    February 13, 2023

Page 126

1      above the other, I can't speculate as to what

2      happened.

3      BY MR. HOLLAND:

4          Q.   I'm just trying to discern the

5      difference between speculating on this answer and

6      like a lot of opinions in the report.  I mean,

7      isn't it the case that all of your opinions are

8      derived from speculating about what the meaning

9      of the study is?

10         A.   Right.  But you're asking a very

11     specific question about reasons for consumers

12     selecting a specific response choice, and that is

13     speculation, right?  I can infer and opine as to

14     what their selecting that option means, but why

15     exactly they selected the middle one and not the

16     fourth one, I don't have any answer except that

17     that's how they felt their response was best

18     described as.

19         Q.   How did you control for demographic and

20     socioeconomic differences in the three condition

21     groups?

22         A.   Well, I think I mentioned earlier that

23     there are some analysis that I pursued to assess

24     whether consumers were different from across the

25     stages of the study, especially as some were

Claudiu V Dimofte                                February 13, 2023

Page 127

1    dropped when they failed potential filters and

2    such.  But the key thing to address is that this

3    is -- again, it's a between-subject design, as

4    we talked about, with random assignment.

5            So consumers were exposed randomly

6    to each of -- to either -- any of these three

7    ads.  And there's no reason to expect that there

8    would be any kind of demographic bias in favor of

9    one or the other in the conditions.

10       Q.   Did you ever run a regression analysis

11   to consider that?

12       A.   I believe I looked at some of the means,

13   but I didn't run aggressions.  Again, unless

14   there's an expectation or a reason for random

15   assignment not to operate properly, there's no

16   need for that.

17       Q.   Earlier you testified that you looked at

18   one of the memoranda of understanding at issue in

19   this case, and please correct me if I'm -- I

20   don't want to mischaracterize what you said, but

21   that you couldn't recall what it said or

22   something along -- is that right?

23       A.   That is true.  I think it was one of

24   them, but I don't recall when and in what context

25   I saw it.

Page 128

1          Q.   You would just say it was not important

2    to review the MOU in order to form the opinions

3    in this report?

4          A.   Well, the report addresses the questions

5    in the complaint, and that's what I did,

6    essentially.

7               Now, again, the complaint itself does

8    make certain claims based on aspects mentioned in

9    MOUs.  And in terms of that, I didn't review all

10   those MOUs myself, that is true.  But, again, in

11   terms of getting at what the complaint is about,

12   and we talked about what those metrics are, in

13   terms of market differentiation, willingness to

14   pay and so forth, the study does that.

15         Q.   And the MOUs are just not important to

16   those issues; is that right?

17              MS. SARANG:   Objection; vague.

18              THE WITNESS:   That's not what I said.

19   What I think I said is that MOUs are antecedents

20   to all of this.  They're antecedents to the

21   complaint itself.  And as I addressed the

22   complaint itself and the claims made there,

23   the study does that appropriately.

24   BY MR. HOLLAND:

25         Q.   I'm just struggling.  What do you mean

Page 129

1       by "they're antecedents to the complaint itself"?

2            A.   Well, the complaint mentioned certain

3       things about the MOUs and how they impact the

4       parties in the lawsuit.

5            Q.   Yeah.

6            A.   And based on that, there are certain

7       claims that are being made.  That's the claim

8       that I'm addressing.  That's what the survey

9       does.  Did I go back to look at specific MOUs and

10      review each of them?  No.  Again, I don't think

11      that's germane to what the study is supposed to

12      do.

13           Q.   Thank you.

14                Could we just take a five-minute break

15      and come back around, like, 1:50?  Is that okay?

16           A.   Okay.

17                (Recess taken.)

18      BY MR. HOLLAND:

19           Q.   I just have a couple more questions

20      and then we'll be done.  Could you pull up again

21      Exhibit 4, which is at Appendix K?  And pages

22      -- I guess in Exhibit Share it's showing me pages

23      36 to 41 -- do you see that document -- or 35 to

24      41.  I'm sorry.

25           A.   This letter from Congress, I guess?

Claudiu V Dimofte                                    February 13, 2023

Page 130

1          Q.   Yeah.  Can you identify that record

2     -- or identify that document for the record?

3          A.   Yes.  It's a letter from some members

4     of Congress to the Attorney General in June of

5     '21.

6          Q.   And can you help me understand how you

7     used this document?

8          A.   I think the core idea in this document

9     that's relevant to the work I did has to do with

10    statements in this document suggesting that the

11    way the beef market operates now is detrimental

12    to independent cattle producers.

13         Q.   Is that separate from the six studies

14    that you conducted, or is it kind of in addition

15    to that material?

16              MS. SARANG:  Objection; vague.

17              THE WITNESS:  Well, a separate thing is

18    in addition.  So this is, again, not based on my

19    own data, right?  This is a government letter

20    that, in some sense, I think that it is and it

21    makes a similar point to what I make at some

22    point in the document.

23    BY MR. HOLLAND:

24         Q.   Do you know anything about how these

25    politicians got to sign this letter?

Claudiu V Dimofte                    February 13, 2023

Page 131

1              A.   I don't know the background of the

2        letter, no.

3              Q.   Do you endorse all of the statements in

4        the letter as your own?

5              A.   Well, I wasn't consulted when the letter

6        was written, but what I was trying to mention a

7        second ago was that some of the points being made

8        there aligned with some of the findings of my

9        research.  And in that sense I felt that it was a

10       relevant document.  But do I endorse the whole

11       document letter by letter, I'm not sure I'd go

12       that far.

13             Q.   Do you agree with the letter's

14       conclusion that the meat-packing industry is

15       consolidated today?

16             A.   Well, that is largely what some of the

17       survey findings suggest in the context of the

18       lack of differentiation, so this is another way

19       to get to the same issue.

20             Q.   Can you explain that?  I'm sorry.

21             A.   So a market consolidation essentially

22       means less differentiation, all right?  So

23       there's less competition, less differentiation.

24       The market becomes more homogenized.  And that's

25       one of the points that my research makes as well.

Claudiu V Dimofte                                    February 13, 2023

Page 132

1    These folks come up with that conclusion on their

2    own, and I don't have, again, the background of

3    that letter.  But in that sense there's some

4    parallels between what the letter says and what I

5    found.

6        Q.    Okay.  Is there anything else -- I'm

7    sorry.  Strike that.

8            Is there anything you've said today that

9    you need to correct?

10       A.    I don't believe so.  I'll look over the

11   deposition text.  I may catch some issues there,

12   but at this point, no.

13       Q.    And there's nothing else you want to say

14   on the record before we go?

15       A.    Well, again, the purpose of the

16   research was to look at the differential

17   effect of the different types of advertising on

18   consumer response.  That's what it did.  Even

19   when statistical significance wasn't there, it

20   doesn't render the results meaningless.  And once

21   we collapse the broad study and the analysis, I

22   think the support for the opinions I've stated is

23   strong.

24           MR. HOLLAND:  Okay.  That's all the

25   questions I have.  Thank you so much for your

Page 133

```
 1        time.

 2                 Ms. Sarang, do you have anything?

 3                 MS. SARANG:  Yeah.  I just had one

 4        question.

 5                         EXAMINATION

 6        BY MS. SARANG:

 7            Q.   Claudiu, can you just explain how you're

 8        using the term "statistically significant" and

 9        how you've used it today?

10            A.   That's, I think, somewhat in step

11        with what I just mentioned.  It talks to, again,

12        the scientific way to assess results, suggests

13        that it's significant, and typically suggests a

14        P-value of .05 or less.  It talks about the fact

15        that, were we to redo this study, it will tell

16        us how unlikely would findings like this be

17        again.  So, again, we're not talking about

18        meaningfulness in colloquial terms, right?

19        There's a statistical process associated with

20        this.  And once we pursue that, again, within

21        that analysis we find that in both statistical

22        terms the opinions are supported by the data.

23                 MS. SARANG:  That's all.

24                 MR. HOLLAND:  Okay.  Well, nothing

25        further from me.  Thanks again for your time
```

Page 134

1        today.

2                    THE WITNESS:  Sure.  My pleasure.

3                    (Deposition concluded -- 1:56 p.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                C E R T I F I C A T E

2

3         I do hereby certify that I am a Notary

4     Public in good standing, that the aforesaid

5     testimony was taken before me, pursuant to

6     notice, at the time and place indicated; that

7     said deponent was by me duly sworn to tell the

8     truth, the whole truth, and nothing but the

9     truth; that the testimony of said deponent was

10    correctly recorded in machine shorthand by me and

11    thereafter transcribed under my supervision with

12    computer-aided transcription; that the deposition

13    is a true and correct record of the testimony

14    given by the witness; and that I am neither of

15    counsel nor kin to any party in said action, nor

16    interested in the outcome thereof.

17

18         WITNESS my hand and official seal this

19    20th day of February, 2023.

20

21

22                Notary Public

23

24

25

Page 136

1    Surbhi Surang Esq.

2    ssarang@publicjustice.net

3                        February 20, 2023

4    RE:    Ranchers-Cattlemen Action Legal Fund Et Al v. United

        States Department Of Agriculture Et Al

5        2/13/2023, Claudiu V Dimofte (#5693738)

6        The above-referenced transcript is available for

7    review.

8        Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12       The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   (division email).

16

17    Return completed errata within 30 days from

18   receipt of testimony.

19     If the witness fails to do so within the time

20   allotted, the transcript may be used as if signed.

21

22                    Yours,

23                 Veritext Legal Solutions

24

25

1    Ranchers-Cattlemen Action Legal Fund Et Al v. United States

     Department Of Agriculture Et Al

2    Claudiu V Dimofte (#5693738)

3                    E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____     _____

24   Claudiu V Dimofte                        Date

25

Page 138

1    Ranchers-Cattlemen Action Legal Fund Et Al v. United States

     Department Of Agriculture Et Al

2    Claudiu V Dimofte (#5693738)

3                    ACKNOWLEDGEMENT OF DEPONENT

4        I, Claudiu V Dimofte, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11   _____    _____

12   Claudiu V Dimofte                        Date

13   *If notary is required

14                     SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                     _____ DAY OF _____, 20___.

16

17

18                     _____

19                     NOTARY PUBLIC

20

21

22

23

24

25

Claudiu V Dimofte

February 13, 2023

**[05 - absolute]**

Page 1

| 0 |
|---|
| **05** 133:14 |

| 1 |
|---|
| **1** 3:7 10:24 11:4 117:18 |
| **10** 3:7 56:15,16 56:23 66:18 68:12 |
| **10:00** 1:19 |
| **1100** 2:11 |
| **11516** 135:21 |
| **119** 110:14,21 |
| **11:02** 46:1 |
| **11:12** 46:2 |
| **12** 40:11 |
| **13** 1:14 3:9 |
| **14** 100:22 |
| **15** 41:5,13 |
| **1620** 2:4 |
| **19** 40:15 |
| **1:05** 105:13 |
| **1:50** 129:15 |
| **1:56** 134:3 |

| 2 |
|---|
| **2** 3:8 13:15,21 67:16 117:18 |
| **2/13/2023** 136:5 |
| **20** 67:23 68:24 136:3 138:15 |
| **20-2552** 1:7 |
| **20005** 2:11 |
| **20036** 2:5 |
| **2017** 3:9 13:17 14:10 19:11 |

**202.514.2000**
2:12
**202.797.8600**
2:5
**2022** 58:20
**2023** 1:14 135:19 136:3
**20th** 135:19
**21** 130:5
**23** 58:18,21,22 58:25
**26** 40:11
**27** 30:13
**28** 37:17
**29** 3:10 56:2
**2:45** 105:10,10
**2nd** 58:20 59:23

| 3 |
|---|
| **3** 3:10 29:19 30:1 37:8,12 41:24 75:21 80:21 85:3 |
| **30** 136:17 |
| **304** 84:17 |
| **31** 57:19 |
| **32** 57:19 |
| **33** 59:1 |
| **34** 3:11 58:1 62:10 |
| **35** 129:23 |
| **36** 129:23 |
| **37** 60:23 |

| 4 |
|---|
| **4** 3:3,11 34:11 34:12 39:11 129:21 |

**40** 32:19
**41** 129:23,24
**42** 71:12,13,22 71:25 93:19
**43** 56:15,25
**43s** 56:16
**44** 124:2
**47** 75:25

| 5 |
|---|
| **5** 3:12 67:15,15 73:9,15 78:14 |
| **50** 32:19 65:15 67:17 |
| **55** 115:14,17 115:19 |
| **5693738** 136:5 137:2 138:2 |
| **57** 78:1 80:22 |
| **5th** 58:20 |

| 6 |
|---|
| **6.99** 67:15 |
| **62** 74:1 |
| **63** 74:21 79:3 83:7 84:16 |
| **630** 2:4 |
| **64** 96:19 100:22,23 113:17,18 123:5 |
| **65** 104:13,18 |
| **66** 78:15 106:8 107:10,15 |
| **67** 107:2,11,17 108:3 109:25 |

| 7 |
|---|
| **7** 66:17 67:16 117:18 125:14 |
| **71** 121:6 |
| **73** 3:13 |

| 8 |
|---|
| **8** 39:11 |
| **8.38** 122:24 123:13 124:22 125:7 |
| **8.99** 125:14 |
| **8.99.** 67:16 |
| **80** 56:2 |

| 9 |
|---|
| **9.54** 124:2 |
| **9th** 59:23 |

| a |
|---|
| **a.m.** 1:19 46:1 46:2 |
| **abi** 45:14 |
| **ability** 5:22 51:18 |
| **able** 5:15,18 53:20 60:20 67:21 70:16,19 73:15 96:7 |
| **above** 66:21 67:1 126:1 136:6 138:7 |
| **absence** 24:20 94:17 114:10 120:13 121:20 122:19 |
| **absolute** 87:21 89:11,24 90:22 124:9 |

**abstract** 46:17
**abuse** 29:6
**abusing** 29:1
**academic**
  11:22 43:25
  44:5,7 45:6
  103:10
**academics** 21:3
**accept** 43:7
**access** 32:2
  63:18
**accuracy** 136:9
**accurate** 11:15
  37:20 63:22
  70:9 90:2,14
  90:25 91:4
  108:8 123:8
**accused** 15:11
  16:24
**acknowledge...**
  138:3
**acknowledging**
  88:22
**acknowledg...**
  136:12
**act** 94:19
  103:19
**action** 1:4 4:10
  5:6 8:22 93:10
  135:15 136:4
  137:1 138:1
**actual** 56:9
  62:23 70:17
  73:20 94:9
  97:11 98:11
  103:6,15 104:5
  115:15 124:20

**actually** 28:3
  40:15 41:4
  56:23 63:4
  74:20 80:9
  82:11 104:10
  108:23 120:4
**ad** 27:25 76:2
  76:25 77:3,4
  80:12,13 81:6
  81:7,10,11,13
  82:6,10,12,14
  82:19,22,23,25
  85:13,14,24,25
  86:1,7,8,10,12
  86:13,15,18,18
  86:19,20 88:15
  96:23 97:3,4,9
  97:20,25 98:11
  100:20,20
  101:4,4,14
  102:2,2,12
  104:16,17,20
  104:21,24
  105:1,3,4
  106:12,13
  108:4,11
  109:10,13,22
  109:23 110:6
  112:13,13
  113:22 120:25
  120:25
**adding** 90:24
**addition**
  130:14,18
**additional** 53:3
**additions** 138:6
**address** 15:15
  18:19 22:8

24:18 35:10
  36:11 49:8,24
  51:1 56:11
  98:24 114:16
  127:2
**addressed**
  20:21 22:18
  48:14 128:21
**addresses**
  30:16,19 34:18
  48:8,12 65:15
  103:17 128:4
**addressing**
  36:6 124:18
  129:8
**adds** 120:4
**adjust** 108:5
**adjusted** 80:13
  81:6,7,10,11
  82:5,10,12,18
  82:19,22 85:14
  86:12,15,18
  100:20 101:4
  102:2,11
  104:17,21,24
  105:4 106:12
  107:1,2 108:4
  108:11 109:10
  109:22 110:1
  112:11 120:25
**adjusting** 28:5
**administrative**
  14:9 19:21
**ads** 25:16 74:2
  76:1,9,15
  77:11 78:2
  79:19 80:10,14
  80:25 82:5,18

86:8,16 98:9
  108:23 123:18
  123:20,21
  124:19 125:7
  127:7
**advanced**
  86:23 87:3
  88:1,17,25
  89:5 90:4,16
  92:10,22 93:1
  95:1,4,17 96:2
  101:11 107:22
**advertisement**
  89:3
**advertising**
  16:13,15,16
  17:16 20:13
  23:7,10,19,20
  24:5,14,20,22
  24:25 26:25
  27:2,7 28:6,9
  42:21 45:20
  62:25 80:1,8
  102:13,13
  110:10,11,15
  111:3,13 112:5
  112:15 113:4,6
  122:7,13
  132:17
**advice** 89:9
**advocated**
  36:16
**affect** 5:22
**affects** 47:25
**affirmed** 4:5
**aforesaid** 135:4
**afterward** 21:1

**age** 84:1
**aggressions** 127:13
**ago** 8:9,14 9:6 9:6,8 52:23 92:18 131:7
**agree** 48:23 71:17 77:16 103:2,4 118:2 119:25 120:5 131:13
**agreed** 120:21
**agreement** 118:14
**agriculture** 1:8 1:10 5:8 136:4 137:1 138:1
**ahead** 69:19 91:22 117:23
**aided** 135:12
**al** 136:4,4 137:1,1 138:1 138:1
**aligned** 55:22 131:8
**allegation** 39:22
**allotted** 136:20
**altogether** 35:25 61:18 69:9 125:10
**ambiguous** 6:14
**america** 1:5 5:7 8:22
**american** 24:12

**amount** 77:4
**analyses** 71:2
**analysis** 49:19 50:1 51:9,11 70:23 101:20 102:10 105:7 126:23 127:10 132:21 133:21
**anchored** 81:23
**animal** 16:5
**answer** 5:23 6:3,8,17,21,23 7:2,16,17 71:23 73:3 75:11 93:18 103:7 126:5,16
**answered** 20:22 51:6,8 51:16 65:3
**answers** 74:8 74:11 93:15,24
**antecedents** 128:19,20 129:1
**antonia** 2:10 4:14
**antonia.konk...** 2:13
**app** 97:17
**appears** 24:6 24:15 37:19
**appended** 138:7
**appendices** 38:4
**appendix** 3:11 3:12 13:23

14:1 30:13,14 30:21 31:1,3 31:12 32:4,10 32:25 33:5,20 34:6,13 36:5 42:21 72:24 73:3,6,10 115:15 129:21
**appendixes** 38:11
**applicable** 136:8
**applies** 54:7 64:16 89:12 103:19 120:15
**apply** 120:16
**approach** 39:24 116:20
**approached** 49:17 61:24
**appropriate** 28:24 72:18 113:14
**appropriately** 128:23
**approximately** 32:12,17 42:12
**area** 25:15 100:8
**areas** 20:3,7,12 23:23 53:1
**argue** 21:4 23:7 41:16 84:9 114:17
**argued** 113:22
**argues** 62:22 103:17

**arguing** 70:15
**article** 25:4 48:9
**articles** 27:8 48:10
**asked** 6:18 43:4 46:10 51:6 60:19 72:12 76:25 78:2,7 79:14 80:24 82:4,8 105:21 108:20 115:12
**asking** 28:14 33:13 66:1 74:4 83:4 91:22 92:7 115:5 126:10
**asks** 107:17 118:11
**aspect** 31:10
**aspects** 25:19 41:10 112:23 113:10 128:8
**assess** 16:3 17:5,19 43:4 44:7,25 48:18 55:2,20 62:24 64:11,20 82:11 82:12,24 90:9 99:19 103:22 117:11 118:20 122:5 126:23 133:12
**assessed** 22:10 65:13 117:14
**assessing** 14:19 15:15 46:17 55:10 65:21

104:6
**assessment**
  97:12
**assignment**
  85:20 127:4,15
**associate**  70:21
**associated**
  133:19
**association**
  36:17,19
**assume**  6:18
  10:11 11:11
  20:19 61:14
  85:19,21
**assumption**
  71:7
**assumptions**
  42:17
**attached**
  136:11
**attention**  67:22
  68:8 77:8
**attitudes**  77:22
**attorney**  4:9
  6:22,23 130:4
  136:13
**attribute**  74:13
**attributes**  74:1
  74:18 78:17
**audio**  18:13
**available**  57:11
  136:6
**average**  65:23
  66:12,16 83:18
  84:1,2 89:14
  90:10 91:11
  106:3 115:6
  117:16 123:11

123:25 124:4,5
  124:10,13
**averages**  66:22
  67:1
**aware**  13:11
  15:1 19:20
  34:3 36:21
  45:9 57:21
  92:14 119:1
**awkward**  83:1

**b**

**b**  3:5 13:23
  14:1 94:5,6
  110:21
**ba**  21:9
**back**  29:3,8
  32:20 37:7,7
  46:4 50:25
  71:12 75:21
  80:20,21
  105:13,19
  113:17 129:9
  129:15
**background**
  40:10,21 131:1
  132:2
**bad**  120:18
**balance**  122:4
**ballpark**  19:9
  85:23
**based**  16:9,10
  31:7 51:3
  59:11,11,12
  70:17 101:14
  103:22,25
  104:7 117:24
  122:12 123:22

128:8 129:6
  130:18
**bases**  111:1
**basic**  6:2 37:11
  46:16 58:16
  99:20
**basis**  21:6 27:1
  65:18 95:24
  96:7 111:15,17
**batch**  116:7,12
  117:2 118:16
  119:3,9,14,16
  119:21 120:11
  120:22
**batched**  116:19
  119:19
**batches**  116:25
**bear**  101:20
**beef**  12:11,13
  12:16 23:7,13
  24:5,8,12,14
  24:23 26:24
  27:2,7 33:6
  35:21 36:2,17
  39:15 45:19
  54:2 55:17
  56:10 62:14,19
  63:4 65:4,5,11
  65:24 66:12,17
  66:18 67:4
  69:22,24 78:2
  78:4,10,11
  79:17,18,19,21
  80:25 81:1
  85:13,24 86:1
  86:2,3,5,7,8,10
  86:16,20,21
  87:2,6,8,11,12

87:14,19,23,25
  88:16,23,24,25
  89:3,17,18,21
  89:22 90:3,14
  91:5,15 92:8
  92:14,21 93:5
  94:1,3,4,6,24
  94:25 95:3,15
  95:19,25 96:5
  96:9,23 97:3,4
  97:9,25 98:11
  98:19 100:20
  101:4,9,12,14
  102:2,11
  104:16,20
  105:1,23,23
  106:13,15,19
  106:22 107:2,4
  107:17,18,21
  107:25 108:7
  108:21,24
  109:12,13,21
  109:23 110:1,4
  110:6,8,16,22
  110:23 111:12
  112:5,7,13,14
  112:18 113:3,5
  113:7,21,23,25
  114:14,18,20
  115:2,7 116:2
  116:22 117:2
  118:17,22
  119:14,20,21
  120:21,22,23
  120:24,25
  122:7,8,24
  123:13 124:1,6
  124:14,15

Claudiu V Dimofte                                February 13, 2023

130:11
**beginning** 1:19
**behalf** 4:17
  17:21,22
**behave** 104:11
**behavior** 22:20
  103:24 104:5
**believe** 10:18
  11:14,16,19
  14:11,14 16:8
  17:13 19:2,5
  24:4 35:5 38:3
  38:19,24 39:19
  42:25 51:7
  54:20 78:9
  79:16,23 80:2
  83:10 84:20
  97:17 98:17
  107:16,18
  108:8 110:20
  118:7 123:8
  124:3,12
  127:12 132:10
**best** 49:14
  51:10 71:13
  126:17
**better** 70:16
  108:24
**beyond** 12:6
  49:25 64:8,21
  70:4 72:8
**bhd** 18:14
**bias** 60:24 61:4
  64:15,16,20,25
  102:25 103:2
  103:12 104:3
  127:8

**big** 49:15 50:3
**bit** 100:13
**black** 1:20 6:5
  6:9
**block** 73:25
  75:8 78:16,22
  79:1,11
**board** 100:25
  122:22
**body** 19:21
**boohoo.com**
  18:6
**brackets** 66:2
  66:19 67:1,13
  74:15 125:24
**branch** 2:9
**branding** 20:14
**break** 7:1,7
  45:23 105:12
  105:15 129:14
**brick** 15:10
**bring** 8:4
**britt** 16:19
**broad** 46:17
  132:21
**broader** 20:25
**brought** 22:9
  101:20
**budget** 53:2
**budgets** 53:5
  53:13
**bunch** 7:25
**bureau** 65:22
  66:4 70:18
**business** 21:4
  21:10
**buy** 77:18 89:3
  94:23 105:24

**buyer** 63:6
**byproducts**
  114:20

**c**

**c** 2:1,10 94:5,6
  112:3 135:1,1
**calculate** 125:7
**calf** 4:12,17
  8:10,15 28:9
  36:19,20 54:4
  55:12 98:18
**called** 4:4 74:1
  76:7
**calls** 60:3 61:10
  70:11 91:17
  118:24 121:15
  125:18
**campaigns**
  96:23 97:25
  113:22
**capacity** 1:9
  12:4,5
**capture** 67:2
  70:16
**carbon** 86:23
  87:4 88:7,18
  89:1,5 90:5,17
  93:16 95:2,5
  95:18 96:2
  101:11 107:23
**care** 86:23 87:3
  88:2,17,25
  89:5 90:5,16
  92:10,22 93:1
  95:1,5,17 96:2
  101:11 107:23

**case** 1:7 5:5
  8:23 9:25
  10:16 12:6,8,9
  12:10,15 14:13
  14:17 15:4,6,7
  15:13,17,19,25
  16:3,6,7,21,22
  17:1,4,6,12,17
  17:19 18:16,18
  18:20 21:23
  22:1 23:4 26:4
  26:6 27:23
  29:14 31:4,7
  38:2 39:3
  40:19 41:14
  46:7,21,22,24
  49:10,24 50:21
  51:3,20 52:5
  52:16,20 53:22
  54:12 56:13
  59:4 60:1 71:9
  75:10,19 79:23
  83:20 87:12,14
  87:25 89:20
  91:24 97:6
  102:11 105:3
  118:19 119:24
  121:22 126:7
  127:19
**cases** 16:1
  19:10 89:12
  103:18
**catch** 57:1
  132:11
**categories**
  12:20 62:25
  111:9 121:8

**category** 23:16
23:22 26:13,15
26:22 27:4
88:5 99:13
110:16 118:17
119:2
**cattle** 12:2,7,9
12:12 29:13,16
30:6,7 31:9,12
31:16,19 32:23
32:25 33:6,7
33:12,14,16,17
33:21 35:1,2
35:15,16 36:1
36:4 78:9
79:16 130:12
**cattlemen** 1:3
5:6 8:21 93:10
136:4 137:1
138:1
**cattlemen's**
36:16
**causalities** 59:8
**center** 17:11
**cents** 67:17
**certain** 12:19
23:19,20,22
39:17 44:7
55:11 58:13
59:9 66:17
75:14 87:11
89:17 118:8
124:8 128:8
129:2,6
**certainly** 96:4
**certifications**
21:18

**certified** 1:21
**certify** 135:3
**chance** 68:7,13
79:1,2,4,6,9
**change** 98:6
137:4,7,10,13
137:16,19
**changes** 136:10
138:6
**channels** 56:20
**characterize**
20:24
**chat** 15:5
**check** 109:18
**checked** 117:10
**checkoff** 85:13
85:24 86:1,7
86:20 96:23
97:9,25 100:20
101:4,14 102:2
102:12 104:16
104:20 105:1
106:13 107:2
110:2,6,8,14
110:22 111:3
112:5,14,18
113:3,6,22,23
114:3 120:25
**chelsea** 15:4
**chien** 15:5
**choice** 70:4
126:12
**choices** 72:1
118:13
**choose** 87:1
94:4,11,12,18
94:24,24
114:13

**choosing** 64:25
65:18
**circumstances**
60:6
**citation** 39:13
**cite** 109:15
**cited** 10:6,9
41:6 46:23
**citing** 109:17
**cladiu** 1:16
**claim** 24:4,14
25:20 27:6,15
121:20 129:7
**claims** 15:15,22
16:3 17:6,14
17:19 18:20
22:11,17 23:1
31:14 41:15
55:3 77:17,20
83:5 98:17
108:16 128:8
128:22 129:7
**classic** 45:15
**claudiu** 3:2,8
4:3,24 13:16
133:7 136:5
137:2,24 138:2
138:4,12
**clear** 48:8
101:7
**clearly** 74:2
115:22
**click** 68:7
**client** 47:1
**close** 63:8 84:3
**closer** 116:16
124:20

**collapse** 132:21
**collect** 64:9
**collected** 31:8
31:11,16 59:16
59:18,21
**collection** 51:9
**colloquial**
133:18
**columbia** 1:1
5:6
**combination**
45:20
**come** 27:12
31:11,20 46:20
75:17 80:17
112:23 115:24
129:15 132:1
**comes** 25:9
27:9 28:3 52:7
98:5
**coming** 31:3
65:6 75:9
105:12
**commercial**
18:14
**commodities**
13:2,9
**commodity**
25:23 107:25
**commonwealth**
1:23
**communicate**
7:12
**company** 14:13
**compare** 64:20
82:13
**compared**
24:20,21 92:22

102:12 104:21
105:1 106:12
110:10
**compares**
109:21
**comparing**
80:10
**comparison**
106:9
**comparisons**
70:24
**compensated**
63:11
**compensation**
52:16 63:20,25
**competition**
29:13 30:7
32:22 35:14
113:11 131:23
**complaint**  10:2
22:8,9,15,17
39:20,22 40:3
41:8,15,19,21
42:10,19 43:4
55:4 98:18
115:24 128:5,7
128:11,21,22
129:1,2
**complete**  7:17
14:8 37:19
138:8
**completed**
136:17
**completely**
5:19,23
**completing**
64:19

**complex**  47:24
62:21 68:4,6
**comprehend**
82:3 117:15
**comprehension**
81:20 117:11
**comprehensive**
11:17
**computer**
68:11 135:12
**conceptual**
97:19
**conceptually**
96:21 97:23
113:20
**concern**  69:5
**concerns**  49:9
49:24 51:2,17
**concluded**
134:3
**concludes**
124:4
**conclusion**
24:10 25:5
27:2 105:8
110:12,13
111:16 112:18
113:2 114:2
122:9 131:14
132:1
**conclusions**
27:13 31:3,6,7
44:23 51:13
122:6
**condition**  71:8
71:11 84:14
85:23 96:21
97:1,16,23

98:9 112:12
113:19 126:20
**conditions**
70:25 71:10
74:3 80:11
81:8 82:21
84:24 85:1,3,5
85:12,22 97:14
101:19 106:9
106:21 111:12
121:8,24
123:18,19
124:8 127:9
**conduct**  43:23
59:6
**conducted**
50:21 51:4
54:23 55:7
57:16 79:14
130:14
**conducting**
54:24 55:15
56:3 99:18,23
**confidence**
101:8
**confirm**  61:20
100:16
**confirmed**
39:21
**conflicted**
46:21
**conflicting**
109:5 113:9
**confused**  36:14
51:15 97:7
**congress**
129:25 130:4

**conjunction**
45:4
**connected**
25:25 36:8
96:13
**connection**
26:9 31:18
**connotation**
120:7 122:2,9
**consider**  12:17
60:12 67:11,17
69:1 108:19
127:11
**consideration**
44:10,14 47:5
**considered**
109:8
**consolidated**
131:15
**consolidation**
131:21
**constraint**
52:24
**constraints**
49:15 50:3,5,9
50:11 51:24
52:6,10 53:3,6
**construct**
115:4 116:5
119:22
**constructs**
118:1
**construed**  93:4
96:21 97:23
113:20
**consultant**
14:10

**consulted**
131:5
**consumer** 3:13
16:8 17:14
21:11,13,15
23:8,15,20
25:2 26:14,20
27:3 28:7
35:22 36:2
49:17 55:10,20
56:1,9,12 57:7
57:13,13 65:2
68:5,11 69:1
69:12 70:1,16
72:11 73:10
77:18 79:12
81:20 84:7,18
84:22 99:1,6,7
99:13,17 100:9
100:21 105:21
106:22 110:23
111:8 112:6
113:5,24
115:13 118:2
122:17 123:12
132:18
**consumer's**
27:6 68:13
112:21
**consumers**
16:25 20:8
24:12,23 26:9
50:7 55:15
56:10 62:23
64:17,22 69:6
69:11,12 70:6
70:19 74:19,20
75:16 76:15

82:4,9,21 87:9
87:10 88:15
89:2,13 90:8
91:7 94:18,22
98:22 101:9
105:5 107:16
107:20,24
108:4,18,19
114:14 115:20
118:12 119:25
120:5,17
121:13 123:17
126:11,24
127:5
**consumption**
54:3 65:4,10
78:3 79:19
81:1
**contains** 48:2
**content** 82:23
**context** 15:8
17:2 33:3
34:16,21 45:1
53:13 76:3,10
103:1,13
116:14 120:7
120:19 122:3
127:24 131:17
**contingent**
43:13
**contracted**
57:15
**contradicting**
109:3
**contrast** 71:1,4
71:6
**control** 80:12
85:12 96:21

97:8,10,16,22
98:7 100:19
101:3 102:1
104:21 106:13
109:12,13,23
109:23 110:6
111:12 112:12
113:19 126:19
**controls** 39:17
**converse** 47:12
47:21
**convey** 88:15
89:8
**copies** 136:14
**copy** 37:20
59:2
**copyright**
18:15
**core** 130:8
**corporation**
16:6 18:13
**correct** 9:4
16:13 22:24
32:4 39:22
40:25 41:4,24
62:5 63:12
71:15 78:25
84:17,23 85:7
86:9,11,13
102:17 104:13
104:23 105:24
109:13 127:19
132:9 135:13
138:8
**corrections**
138:6
**correctly** 4:21
100:17 135:10

**cost** 51:17
**councils** 39:15
39:18
**counsel** 5:10
6:20 7:6 8:10
8:23 10:1
21:25 32:2,3,5
42:9,16,18
46:25 93:8
116:1 135:15
136:14
**counsels** 8:15
**country** 54:7
54:19 125:9
**couple** 6:1 8:18
105:20 129:19
**course** 49:14
**court** 1:1 5:5
6:5 14:23
19:17
**cover** 66:3,13
66:14 83:24
**covering** 66:20
**craft** 116:16
120:11
**create** 11:10,11
24:6,15 80:14
112:11
**created** 11:13
**creates** 23:11
23:14,20 25:1
26:20 27:2
112:15
**creating** 26:13
105:5
**criminal** 19:7
**cross** 69:4 92:6

crossed 37:4
cs5693738 1:25
current 11:25
28:5,8 82:14
98:7,8 110:14
111:3 112:4,10
113:3,6,8
currently 25:1
curriculum 3:7
10:25 11:8
customer
119:24
cut 28:21,25
cuts 114:19
cv 21:20

**d**

d 3:1
d.c. 2:5,11
dakota 54:21
102:7
data 24:4,19,19
27:5 28:5
30:22 31:8,11
31:12,15,24,25
33:20,23 34:5
34:8,9,16 35:4
36:11 38:7
43:6,15,20
51:9 67:24
111:20,23
123:22 124:21
125:8,9 130:19
133:22
databases 45:6
45:11,15
date 11:17
137:24 138:12

david 2:3 4:16
8:16,25
day 76:10,10
135:19 138:15
days 8:9,14 9:6
9:6,8 59:6,7
136:17
debra 16:19
december
58:19,20 59:23
59:23
deception 15:8
15:11,16 16:10
17:1,14
deceptive
14:19 15:19
16:13 18:1,8
89:2
decide 75:13
decided 59:5
deciding 22:23
44:10
decision 14:23
15:2 91:3
declare 138:4
decline 43:7
deemed 44:8
138:6
deeper 20:19
default 96:22
97:24 113:20
defendant
18:10,23 19:3
defendant's
17:8,25
defendants
1:11 2:14
22:19 38:6

defense 16:5
define 44:16
61:2
definition
81:17 119:16
degree 12:21
21:8,9
degrees 11:20
delved 20:19
demand 99:1,6
100:9 112:6,16
113:5,8
demographic
64:9 126:19
127:8
demographics
58:16 83:18
demonstrate
80:9 122:20
dennis 9:22
department
1:8,10 2:9 4:9
4:15 5:8 136:4
137:1 138:1
depends 63:24
122:3
deponent 135:7
135:9 136:13
138:3
deposed 19:23
deposing 5:4
136:13
deposition 1:16
6:2 7:13 8:7
14:5 28:12
29:7 132:11
134:3 135:12

depositions 3:9
13:17
derived 126:8
describe 15:5
21:22 22:4
24:9 34:9 42:4
42:17 54:11,16
56:3
described
21:19 28:2
36:4 41:19
56:1 126:18
describes 40:21
descript 91:1
description 3:6
20:25
descriptor
90:24
design 84:8,11
84:13 85:10
97:14 127:3
designed 56:10
desired 83:12
83:14,15
detail 24:23
46:15
details 14:21
determine 48:3
60:16 63:22
detrimental
22:20 23:9
130:11
dichotomizes
116:6 119:23
dictated 122:9
differ 106:21
difference
26:10 61:7

70:14 94:10,15
102:15,22
103:3,4 107:13
126:5
**differences**
26:3,5 61:13
61:16 100:18
101:25 103:13
126:20
**different** 15:20
24:24 25:18,20
26:15 27:13,14
28:7 35:25
36:1,11,12
50:14,19 54:11
59:9 61:6 67:4
67:23 68:24
70:24 77:19
84:4 85:6
100:5,5 101:19
101:21 104:25
107:6,7,14,19
107:19 115:3
118:17 119:17
125:10 126:24
132:17
**differential**
132:16
**differentiation**
23:12 24:7
106:15,19
107:4 108:6
110:3,9 128:13
131:18,22,23
**differentiations**
24:16
**differently**
53:10

**difficult** 52:13
81:24 82:3
90:23 124:12
**digital** 76:3
**dimensions**
23:25
**dimofte** 1:17
3:2,7,8,8,10,11
3:12 4:3,20,24
10:24 13:15,16
29:10,19 30:3
34:12 46:4
73:9 105:19
136:5 137:2,24
138:2,4,12
**dimofte's** 3:7
3:10 10:24
29:19
**directly** 12:16
29:16 80:24
94:1,2 96:8,18
103:24 113:14
**discard** 94:19
**discern** 126:4
**disclosing**
16:25
**disclosures**
10:23
**discover** 46:25
**discovery** 10:3
10:9 32:1 40:5
42:23
**discuss** 23:2
24:22 46:25
**discussed**
27:22 42:10
55:3 60:24
103:12 107:15

110:1 115:25
**discusses** 62:10
83:7 96:19
**discussing** 46:5
74:8
**discussion**
108:14 112:8
**displayed**
122:23
**distinction**
20:1
**distribution**
58:4
**district** 1:1,1
5:5,5
**divide** 97:7
**division** 136:15
**dmuraskin** 2:6
**document** 3:8
3:11,12 7:16
11:7,12 13:15
13:25 25:13
27:25 31:15,15
32:8 33:4
34:12,17 39:8
43:19 54:13
56:5 62:1 66:8
72:15 73:9
92:5 93:9
102:18 106:4
109:15,18
110:18 111:5
121:2 122:25
123:3,14
129:23 130:2,7
130:8,10,22
131:10,11

**documented**
51:11
**documents**
10:2,4,12,18
32:5 41:6
42:20 93:7,13
**dollar** 67:17
124:9
**domain** 31:24
**domestic** 34:20
34:22 36:9
78:9 79:15
80:2 83:5 87:6
87:12 89:21,22
91:5 92:21
93:5 94:1,3,4,6
94:24 95:19
96:9 98:19
106:15,19
107:3 108:6,21
109:12,21
110:3 120:21
**domestically**
86:22 87:2,14
87:19 88:1,16
88:23,24 89:1
89:4 90:4,15
91:16 92:9
94:25 95:4,16
96:1 101:10
107:22
**door** 63:8
**double** 109:18
**downstream**
77:21
**downward**
23:13,19 25:17
110:15,22

111:3 112:19
113:6
**dr**  3:7,10 4:20
10:24 29:10,19
30:3 46:4
105:19
**draws**  77:7
**driven**  121:13
121:18
**drives**  113:12
**drop**  64:19
**dropped**  64:17
64:18 85:20,21
127:1
**due**  71:11
**duly**  4:5 135:7

**e**

**e**  2:1,1 3:1,5
135:1,1 137:3
137:3,3
**earlier**  31:6
32:6 34:23
35:13,20 36:7
38:22 42:15
60:7 61:20
78:17 89:7
108:14 111:8
111:23 112:8
115:10 117:10
126:22 127:17
**early**  42:14
**earth**  17:10
**easier**  29:25
30:7 115:16
**eastern**  1:20
**easy**  81:23 82:1
82:1 117:15,19

117:19
**ebsco**  45:14
**economic**
35:17
**economics**
12:18,22,23
21:9
**education**
21:19
**effect**  26:25
80:1,7 82:7,13
100:24 102:6
106:10 109:2
113:23 132:17
**effects**  121:7
**effort**  77:2
**efforts**  76:11
**eight**  67:9
**either**  35:11
69:8 116:21
127:6
**elaborate**  76:5
**electronically**
10:25 13:18
29:20 34:14
73:12
**elements**  93:3
**eliminate**  104:2
**eliminates**  28:8
**else's**  111:20
**email**  57:25
58:4 61:25
62:1 136:15
**emails**  57:8
**emerges**  102:23
**empirical**
22:10 31:7
48:18 49:5

50:22 53:20
55:2
**employ**  48:20
83:2
**employed**
24:11 44:18
57:7 62:9
84:10
**employing**
16:24 18:8
49:25
**encounter**
76:10
**encourage**  78:2
79:19 80:25
**encouragement**
94:16
**encourages**
77:17
**encouraging**
96:18
**ended**  58:3
69:6,10
**endorse**  131:3
131:10
**ends**  40:15
**engage**  22:19
**engages**  36:24
**enhance**  24:7
76:7 110:2
**enhanced**
106:14,18
107:3
**enhances**  49:20
110:9
**ensure**  48:24
49:5

**entail**  23:5 45:5
**entails**  46:16
57:8
**enter**  69:2
**entered**  70:7
**entering**  69:13
**entire**  53:6
61:14 93:23
116:5
**entirely**  28:15
**entity**  57:16,17
**equal**  19:12
**equation**
112:23
**errata**  136:11
136:13,17
**especially**
111:12 124:14
126:25
**esq**  2:3,3,10,10
136:1
**essentially**
18:15 23:5
48:12 76:25
83:22 87:5
98:19 116:6,8
117:3 119:23
128:6 131:21
**established**
58:10
**et**  15:5 136:4,4
137:1,1 138:1
138:1
**evaluating**  47:4
47:6
**everything's**
6:4 104:1

**evidence** 114:2
**exact** 25:25
96:6 103:7
**exactly** 16:17
17:15 18:2,4
37:5 38:25
40:6 42:13
63:15 66:11
67:8 70:14
72:6 76:18
86:5 88:13
92:19 112:25
117:25 120:17
123:2 126:15
**examination**
4:18 133:5
**examine** 98:12
**examined** 4:6
**example** 24:21
39:10 41:5
50:10 67:14
69:25 74:19
101:14
**except** 86:20
126:16
**excluded** 19:18
65:6
**exemplifies**
62:1
**exhibit** 3:6
7:20 10:23,24
11:3,3,4 13:14
13:15,20,21
19:13 29:19
30:1 31:20
34:10,10,11,12
35:9 37:8,12
38:5 41:24

58:23 73:9,14
73:15,16 75:21
78:14 80:21
129:21,22
**exhibits** 37:21
38:9
**exist** 62:4,5
119:12
**exists** 120:14
**expect** 64:24
108:18 127:7
**expectation**
64:23 95:10
127:14
**expected** 77:12
**experience**
12:2,13 13:1,8
**experienced**
12:18 98:19
**experiences**
84:14
**experimental**
84:8 97:13
**expert** 3:8,10
13:16 14:2,5
14:18 15:14
16:2 17:18
19:18,24 20:2
22:1 29:20
37:14 38:1
42:18 43:5,12
87:13,24 94:21
**expertise** 12:20
20:4,5 21:6,18
**explain** 12:8
65:18 68:1
93:21 112:4
131:20 133:7

**explicit** 94:8,16
**explicitly** 29:15
87:8
**export** 106:24
**exports** 33:22
**exposed** 74:2
82:11,17 92:11
101:9 104:7
108:4,11
123:17 127:5
**exposure** 27:7
112:13,13,14
124:18
**expresses**
98:22
**extent** 16:3
55:21 63:25
67:19 70:20
80:15
**external** 76:7
**extra** 82:23,23
83:1
**extract** 108:16
**extrapolate**
103:22
**extrapolated**
48:4,25
**extrapolating**
124:25
**eyes** 37:4

**f**

**f** 3:12 72:24
73:3,10 135:1
**facebook** 77:12
**fact** 19:23
22:18 34:19
54:2 61:4

80:16 92:13
96:16,17 98:6
111:9 119:9
121:12 133:14
**facts** 9:25 22:8
22:15,22 38:6
43:3,15
**failed** 127:1
**fails** 136:19
**fair** 6:17 34:1
39:1 55:14
74:19 76:17
105:15 110:5
123:24
**familiar** 8:25
9:10,13,18,21
37:1 102:25
103:10
**familiarize**
9:24
**far** 20:1 131:12
**farid** 18:5
**farms** 17:11
**farther** 124:20
**fashion** 18:7
19:7
**fast** 68:8
**favor** 127:8
**favorable**
108:21
**february** 1:14
135:19 136:3
**federal** 2:9
**fee** 52:15,19
**feed** 86:22 87:3
87:15,20 88:17
88:24 89:4
90:4,16 91:16

92:23,25 95:1
95:4,17 96:1
101:10 107:22
**feel** 121:23
**fees** 52:22
**felt** 121:8 122:7
126:17 131:9
**field** 58:19
59:14 60:17
99:22 103:11
**filed** 5:5
**filters** 127:1
**final** 83:11
84:20
**finally** 18:12
**finance** 20:16
**financial** 50:8
63:20 98:20
**find** 48:2
100:18 104:14
104:18,24
106:1,14,17
107:1 109:19
120:6 133:21
**finding** 50:7
52:10 80:13
84:4 108:12
**findings** 25:8
28:1 29:17
31:18 43:14
49:5,21 83:13
83:15,21 111:2
111:21 121:5
131:8,17
133:16
**finds** 100:24
110:1 112:10

**fine** 8:3 36:20
37:6 39:14
45:24
**first** 4:5 16:1
24:3 56:22
75:7 83:14
99:12 120:4
**five** 45:22
53:25 54:19
67:9 68:12,21
70:9 129:14
**flagged** 81:21
117:12,13
**flat** 52:15,19
**flaw** 124:24
125:4
**flow** 3:13 73:11
**focus** 21:10,11
76:12 77:2
**folder** 11:3
**folders** 8:1
**folks** 58:3
60:13 61:8
97:2 99:22
100:6 103:11
105:11 132:1
**followed** 79:18
**follows** 4:6
**food** 17:11
74:13,18 120:7
**foods** 16:6
**footnote** 30:12
39:11 57:19,19
57:19 58:1,18
58:21,22,25
61:25 93:19
124:2

**footnotes** 41:19
**footprint** 86:24
87:4 88:7,18
89:1,6 90:5,17
93:16 95:2,6
95:18 96:3
101:12 107:24
**foregoing**
138:5
**form** 68:15
95:7 128:2
**formal** 44:1,4
**formally** 27:24
**format** 82:9
**forming** 104:3
**forth** 75:3
80:20 82:16
128:14
**forward** 22:9
**found** 10:13
17:24 32:7
42:24 52:25
106:9 122:22
132:5
**four** 102:9
**fourth** 126:16
**frame** 21:5
**free** 122:4
**friends** 17:10
**fully** 5:19
**function** 20:6
20:23 21:7
**fund** 1:4 5:6
8:22 16:5
93:11 136:4
137:1 138:1
**fundamentals**
33:8

**funded** 39:18
**further** 102:5
133:25

**g**

**game** 28:13
**gary** 9:11
**general** 20:5,18
22:25 24:9
39:6 48:5
50:23 51:20,23
51:24 110:24
111:11 120:10
120:12 123:21
130:4
**generally** 15:6
19:9 89:14
90:9
**generate**
115:20
**generated**
115:22
**generic** 13:1,9
23:6,10 24:5
24:14,20,22,25
26:24 27:2,7
28:5,9 78:2
79:19 80:1,7,9
80:12,13,14,25
81:12 82:14,23
82:25 97:17
98:9 102:13
105:3 110:10
110:22 111:13
112:4,10 113:3
122:1,7,10,13
**germane** 30:14
30:22 129:11

getting  128:11
gist  28:1
give  7:17 63:7
  93:5 100:11
  106:7
given  5:13 50:2
  66:22,25 77:17
  85:19 88:22
  96:6 109:3
  113:18 121:11
  135:14 138:9
global  20:14
go  6:1 29:3,8
  29:25 45:2
  50:25 57:10
  69:18 71:12
  75:21 80:20,21
  91:22 93:17
  113:17 117:23
  129:9 131:11
  132:14
goes  8:2 40:10
going  6:1,4
  10:22 13:13
  29:2,25 32:20
  37:7 46:17
  48:1 63:8
  68:14 73:7
good  120:19
  135:4
google  45:7,12
gotta  13:4
  109:18
government
  31:13,25
  130:19
graphic  74:21

ground  6:2
group  81:6
  85:6,13,13,14
  85:17,24 86:1
  86:7,15,18,20
  97:8,9,10
  100:19,20,20
  101:3,4,4
  102:1,2,2
  104:16,17,20
  104:21,21,25
  105:1 106:12
  109:10,12,13
  109:22,23,23
  110:6,7 120:25
  121:1
groups  82:17
  84:23 86:12
  106:13 109:24
  126:21
guess  33:13,16
  51:15 97:6
  116:11 129:22
  129:25

**h**

h  3:5 137:3
habits  76:2
half  8:19
hand  54:6
  135:18
handful  96:4
happen  60:9
  95:9 123:19
  125:25
happened
  54:17 97:15,16
  114:7 125:22

126:2
happens  62:8
  80:17
happy  73:2
harm  28:8
head  85:18
heading  40:20
healthfulness
  75:2
hear  99:3
heard  23:17
help  7:16 30:18
  92:3,16 107:12
  123:6 130:6
helpful  41:3
  78:15 92:17
  113:16
helps  29:23
hendrix  9:11
hereto  138:7
hey  89:3
hi  4:8
hide  29:22
high  51:18 54:2
  86:22 87:3,15
  87:20 88:17,23
  89:4 90:4,15
  91:16 92:23,25
  95:1,4,16 96:1
  101:10 107:22
higher  21:2
  47:10 95:12
  104:16,20
  109:11 112:11
  112:15,16
  114:11,22,25
  115:1,6

highlighting
  120:13
hired  42:9,12
historical
  96:23 97:25
  113:21
hmm  53:16
hold  73:7
holland  2:10
  3:3 4:8,8,19
  9:9 10:22 11:1
  13:13,19 15:3
  25:14 26:18
  28:19,22 29:9
  29:21 30:17,24
  34:7,24 35:12
  35:23 38:21
  40:1 42:11
  44:20 45:24
  46:3 47:19
  48:13,22 49:7
  49:22 51:14,25
  53:15 54:10,22
  55:5,24 56:14
  60:11,22 61:19
  64:3 65:14
  68:19,25 71:5
  72:20 73:13
  77:5 80:18
  88:20 90:12,20
  91:14,21 94:20
  95:13,23 96:14
  99:15 100:1,15
  101:22 102:24
  105:18 106:11
  109:6 110:25
  111:14 118:15
  119:6 121:10

121:25 122:15
123:4,23
124:23 125:11
126:3 128:24
129:18 130:23
132:24 133:24
**holland's** 13:3
**home** 61:8 77:9
**homogeneity**
23:11,18 24:3
24:8 25:2,18
25:21
**homogenized**
131:24
**hopeful** 105:9
**hopefully** 68:8
**hormel** 16:6
**hour** 8:19
32:14,15
**hours** 8:18,19
32:19
**huge** 50:16
**hundred** 14:20
85:23
**hypothesis**
101:2
**hypothetical**
102:25 103:2,5
103:12,13
104:1,3

**i**

**idea** 14:21
22:25 23:18
55:19 58:16
61:21,24 62:23
65:20 69:4
87:5,9 108:3

113:8 130:8
**identical** 84:1,3
84:4 86:19
**identified**
70:10 71:18
74:21 82:5
84:16 115:14
115:15
**identify** 23:17
27:10,17 30:5
37:12 45:11
50:12 73:18
83:23 92:2,16
95:24 96:7
111:1 130:1,2
**imagine** 63:3
74:14 120:1
**immediately**
78:7
**impact** 28:7
34:20 62:24
72:11 80:9
91:5 113:12
129:3
**impacted** 82:25
112:21
**impacting** 36:9
**impacts** 33:7
122:14
**implications**
101:21
**imply** 52:2
**import** 106:24
**important**
25:10 44:9,14
44:22,24 47:5
47:8 48:3,23
49:4,18 63:21

78:10 79:16
99:12 128:1,15
**imported** 78:11
79:17 96:5
106:15,19
107:4 108:6,23
110:3 120:23
**imports** 33:7
33:22 34:18
36:9 113:12
**impossible**
104:12
**improved**
102:12
**improving**
77:22
**inappropriate**
28:16 29:6
115:4
**incentive** 64:7
104:9
**include** 20:13
38:1,6,9,12,15
41:10 62:18
91:4
**included** 14:3
43:16 62:13
86:21
**includes** 11:20
11:22 31:12
33:6 82:23
**including**
31:25 38:4
42:20 58:15
65:24 87:22
94:10,16
**income** 84:2,2

**inconsistency**
113:1
**inconsistent**
47:1 112:17,24
112:25
**increased**
68:13
**increasing**
112:6 113:4
**independent**
78:9 79:15
130:12
**indicate** 93:20
96:20 110:14
**indicated** 25:15
32:21 62:3
135:6
**indicates** 83:10
83:11 118:7
**indirect** 31:10
31:18
**indirectly**
30:15,19 34:23
36:8 83:2
**individual**
33:24 54:20
101:24
**individually**
10:5
**individuals**
57:22 62:14,18
96:3
**induced** 94:23
110:23
**industrial**
12:18 116:2,8
116:13,18
118:18,23

119:5,18
120:18
**industrially**
119:10,15
120:6,23
**industries**
116:14
**industry** 61:14
131:14
**infer** 126:13
**inference** 97:12
97:18,21
**influence** 78:4
79:20
**influences** 23:8
81:2
**inform** 45:14
**information**
20:9,10 31:1
31:24 32:21
33:5 34:25
40:4,17,22
42:17,23 64:10
70:2 77:25
82:24 83:1
87:6 89:10,16
89:18 92:12,15
92:21 93:20
94:18 95:15
98:22 104:7
108:17,21
109:3,5
**informational**
93:21,25
**informative**
108:17
**informed** 117:7

**infringement**
18:16,20
**initial** 60:8
83:19
**initially** 20:22
**insight** 108:16
114:8 116:20
**insights** 21:15
**instance** 50:16
**instances** 75:14
75:15
**instructed** 76:1
**instruction**
77:14
**instructions**
76:24 77:8
**instructs** 6:23
**intended** 40:18
62:15
**intent** 54:24
55:1 65:5 74:5
89:8 95:12
100:13 104:14
104:18,25
105:6 112:9,12
112:15
**intentions**
82:15
**intents** 63:5
**interest** 55:9
59:12 83:4
99:13,17
**interested**
26:11 55:16
135:16
**interface** 20:15
**international**
12:22,23 20:14

21:9,10
**interpret** 91:13
98:8
**interpretation**
104:14
**interpreting**
100:17
**interrupt** 9:3
37:24 66:24
**introduce**
13:13 30:1
34:10
**introduced**
10:25 13:18
29:20 34:13
73:11,14
**inverse** 120:15
**invited** 56:20
57:22
**involve** 64:1
84:7
**involved** 12:7
15:16 16:8,22
17:13 18:7
19:6 45:19
67:22 84:23
85:6
**involvement**
12:9
**involves** 92:9
**involving** 14:13
15:4 23:18
**issue** 10:16
12:11,12 24:3
25:18 26:20,23
30:14,16,19
31:9,19 32:25
34:18,23 35:25

36:1,5,7,10
42:10 47:8,23
48:8,12,14
54:6 57:1,2
67:18 68:21,23
69:20 70:22
71:3 93:16
103:12 118:1
127:18 131:19
**issues** 20:20
23:17 25:24
32:1 41:18
44:25 56:13
128:16 132:11
**item** 68:9 69:4
69:9 74:15
80:7 83:1
112:1,9 116:21
121:21
**items** 3:13
20:25 24:17
69:6,10 73:11
73:21 74:13
75:1 80:17
81:20,25 82:2
107:19 115:25
117:10,17

**j**

**job** 1:25
**joshua** 15:17
**journal** 44:2
**journals** 44:5
**judgment**
118:12
**judicial** 14:9
**jumped** 4:14

**june** 130:4
**justice** 2:2,9
4:9,12,15,17

**k**

**k** 1:20 3:11
30:13,21 31:1
31:3,12,20
32:4,10,25
33:5,21 34:6
34:10,13 36:5
42:21 129:21
**kate** 14:13
**keep** 60:9
70:22
**kevin** 9:18
**key** 22:17
23:25 25:3
27:8 31:6 71:1
80:8,13 112:1
119:22 127:2
**khan** 18:5
**kin** 135:15
**kind** 20:24
46:10 59:15,17
62:1 64:25
66:17,18 74:21
82:8 87:22
88:12 89:17
93:24 113:10
118:4 127:8
130:14
**kinds** 103:19
103:20
**kirschbaum**
9:19
**know** 6:14 7:1
7:6,18,23 11:5

13:21 20:1
22:5 29:24
30:2,25 31:13
46:6 48:1
55:14,16 58:3
58:8,13 63:15
63:18,21 64:5
64:14 67:14
72:6 73:15
74:20 75:22
76:16 81:10,12
82:10 85:16,18
91:15 92:7,8
92:13 94:19
95:25 96:3
105:10,11
109:4 114:16
115:14,15
120:17 122:16
123:11 130:24
131:1
**knowing** 65:12
**knowledge**
64:22
**konkoly** 2:10
4:13,14

**l**

**l** 2:4,11
**label** 82:19
**labeling** 82:20
**labor** 65:22
66:5,7 70:18
**lack** 64:14
131:18
**lacking** 89:10
**lacks** 37:21

**language** 16:9
**large** 54:4
67:20 108:9
120:2
**largely** 23:25
27:15 83:12,13
83:24 108:2
120:20 122:7,9
131:16
**larger** 12:12
47:9,16,22
48:25 52:21
119:10,21
**lasted** 59:22
**late** 11:14
**lawsuit** 19:1,4
129:4
**lead** 49:2
**leading** 49:11
51:5 58:10
68:22 80:4
90:6 99:8,11
101:16 125:2
125:19
**learn** 83:5
87:11
**learning** 77:23
**left** 46:5
**legal** 1:4 5:6
8:22 16:5
93:11 136:4,23
137:1 138:1
**length** 60:12,17
**letter** 129:25
130:3,19,25
131:2,4,5,11
131:11 132:3,4

**letter's** 131:13
**level** 12:19
21:2,15 33:19
33:22 34:6
35:4,7,16,22
36:2,12 52:9
53:25 54:18
55:22 97:17
125:9
**levels** 80:15
**liam** 2:10 4:8
45:21
**liam.c.holland**
2:12
**libitum** 27:25
**lifting** 119:20
**likelihood**
95:11
**likely** 18:3
26:11 90:25
92:12 93:9
94:22 104:12
114:18 120:10
121:12
**limit** 51:17
52:19
**limited** 86:23
87:4 88:7,18
89:1,5 90:5,16
93:16 95:2,5
95:17 96:2
101:11 107:23
**limits** 52:24
114:15
**line** 28:11
49:14 51:9
83:12 108:14
111:19 137:4,7

137:10,13,16
137:19
**lines** 15:23
**list** 14:5,8 58:4
58:14 80:15
**listed** 10:6
25:12 27:11,24
32:25 33:4
34:6 43:3,19
57:18 75:2
123:3
**lists** 58:1,7
**literature**
13:11 25:7
41:8,14,21
43:25 44:24
45:10 46:7
47:4 48:8
103:11,16
111:18,23
**litigation** 62:21
**litigations**
58:15
**little** 26:10
95:14 97:7
**livenote** 1:22
**located** 5:2
**locations** 14:15
**logged** 7:20
**logical** 3:13
73:11
**logistical** 50:6
51:17
**long** 8:17 59:10
59:13
**longer** 59:25
**look** 27:18 33:4
35:10 39:9

55:17 57:11
68:4,11 70:23
72:22 73:6
76:8,25 77:10
78:12 86:4
92:4 102:4
105:6 106:6
115:16 121:4
129:9 132:10
132:16
**looked** 11:2
23:23 24:1
25:16 115:23
127:12,17
**looking** 24:18
43:1 44:17
58:23 115:17
125:6
**looks** 11:8 14:1
34:21 37:14,18
59:3 68:6
**loosely** 12:10
**lot** 32:5 33:6
40:4 67:21
71:2 100:7
108:24 111:11
120:15 125:23
126:6
**low** 23:16,21
24:6 25:24
26:15,21 27:4
27:6 110:23
111:10 113:19
114:25 122:23
**lower** 47:23
48:11 68:17
80:14 98:20
113:8 114:4,6

114:10,22
115:2 116:16
**lunch** 105:12
105:17

**m**

**machine**
135:10
**macro** 33:19
34:6 35:4,16
**macroecono...**
21:15
**made** 34:17
49:16 72:9,18
79:24 87:22
89:24 91:3
97:13,18,22
116:25 122:8
128:22 129:7
131:7 138:5
**main** 41:20
108:13
**major** 61:14
**majority** 63:2
**make** 6:10
14:23 20:8
30:12 34:19
56:17 62:7
69:23 70:4,7,9
74:16 75:18
83:6 90:23
118:12,14
128:8 130:21
**makes** 69:8,15
72:11 75:16
82:9 130:21
131:25

**making** 35:20
36:8 77:16,20
114:6 117:3
**manner** 20:10
23:8 28:8 76:1
76:14,19 87:7
117:13
**manual** 62:21
**manufacturing**
116:15
**marginally**
102:6
**mark** 10:22
**marked** 11:2,4
13:21 34:11
75:21
**market** 12:12
15:18 23:8,11
23:18 24:3,8
25:2,18,23
31:9,19 32:25
33:6,8,9,12,16
33:17,25 34:1
35:15,16,22
36:1,2,4,9
58:10 61:14
62:4,7 65:21
70:17 89:17
103:21,23
106:15,19
107:4,18
112:20 113:13
116:6 118:21
118:22 119:13
124:10,21
125:9 128:13
130:11 131:21
131:24

marketers  20:9
marketing
12:21 13:2,9
15:8,19 16:17
17:1,14,25
20:8,15 21:11
21:12 64:1
marketplace
23:13 24:25
25:1,22 26:8
55:17 69:22
96:22 97:24
113:21 119:8
marketplace's
97:11
markets  12:3,7
12:9,14,16
20:6,6,23 21:7
21:7 29:13,16
29:18 30:6,7
30:11 31:13,17
32:23 33:15,21
34:5,20,22
35:7,17 45:20
mass  116:8,15
117:6
match  66:8
83:19
matches  66:10
material  31:2
31:20 32:4,10
42:21 130:15
materially
25:17
materials  8:9
30:13 40:6
42:16 91:24

matrix  74:24
75:7
matter  5:10
32:17 37:15
104:4
matters  105:24
107:17
mean  33:18
34:8 39:10,13
40:9 50:17
66:14,23 76:14
81:12 83:13
90:9 93:21
98:1,3 112:4
116:3,12,23
117:9 123:9,19
124:21 126:6
128:25
meaning  44:2
117:8 126:8
meaningfuln...
133:18
meaningless
132:20
means  61:4
76:5,6 101:7
126:14 127:12
131:22
meant  83:24
92:24
measure  99:1,6
99:12,17 100:3
100:4,5,6
107:7 124:9
measured
81:21
measures
100:6,9

measuring
112:9
meat  78:3
79:20 81:1
131:14
media  76:3
median  84:2
medication
5:21
meet  8:17
members  22:20
23:9 28:9 54:4
57:10 98:18
130:3
membership
55:13 58:6
memoranda
127:18
memorandum
10:15 38:16
39:16
memory  28:12
29:4
mention  58:14
131:6
mentioned
30:10 31:6,9
31:17 32:1,6,7
32:24 34:23
36:7 42:15
60:7 78:17
92:18 100:13
102:20,21
111:24 115:10
120:4 126:22
128:8 129:2
133:11

mentioning
81:18
mere  47:24
message  7:7
107:2 110:2,8
messages  7:8
58:1
messaging
16:17
met  8:20 9:5
meta  49:19
51:11 101:20
102:10 105:7
methodologies
27:13
methodology
24:10
metric  97:16
98:2,5,23
106:25 107:6
125:10
metrics  103:20
113:15 128:12
meyer  9:14,16
micro  35:7,16
middle  125:16
126:15
mills  16:24
mind  25:9 27:9
28:4 69:5
70:23
minute  45:22
129:14
minutes  27:21
mischaracteri...
127:20
mischaracteri...
125:3

**misleading**
  15:22 20:11
  88:12,13 96:11
  104:10 118:6
**misled**  118:4
**misstates**  90:18
  94:13 96:10
**misunderstan...**
  9:5
**mm**  53:16
**monday**  1:14
**mortar**  15:10
**mou**  128:2
**mous**  36:25
  39:4,6 128:9
  128:10,15,19
  129:3,9
**move**  68:8
**multiple**  45:19
  48:10 56:20
  67:3 100:6
**muraskin**  2:3
  4:16,16 28:10
  28:21,23,24
  45:21
**music**  18:14

**n**

**n**  2:1 3:1
**name**  4:21 9:15
  10:5 57:17
**named**  8:25
  9:11,13,18,21
**names**  4:25
**national**  3:13
  33:22 34:1
  36:16 53:25
  54:18 55:22,25

56:9 73:10,21
84:6,6,18,22
100:21 102:8
105:21 115:13
123:11,20
**nature**  14:16
  14:19 15:6,12
  16:1,7,21
  18:17 33:1
**nebraska**  54:20
  102:16
**necessarily**
  41:7 65:9
  90:10 125:22
**necessary**
  138:6
**need**  6:8,21 7:1
  7:5 27:16 53:7
  53:18 70:22
  90:10 112:24
  122:20 127:16
  132:9
**needed**  48:19
  111:17
**needs**  117:1
**negative**  120:7
  122:2
**negotiated**
  52:15
**neither**  90:25
  135:14
**never**  61:9
  83:20
**new**  34:10
  73:14 74:3
**non**  60:24 61:4
  64:20

**nondifferenti...**
  25:21
**nonspecialty**
  119:21
**normal**  76:2,10
  82:14
**notary**  1:22
  135:3,22
  138:13,19
**note**  136:10
**noted**  28:19,22
  138:7
**notice**  135:6
**noticed**  92:19
**null**  101:2
**number**  11:4
  19:12 59:7,9
  67:20 85:3
**numbering**
  57:1
**numbers**  50:7
  58:24 64:11
  105:6
**nw**  2:4,11

**o**

**oath**  5:13
**objection**  14:25
  25:11 26:17
  28:11,19,22,25
  30:8,20 34:2
  35:8,18 38:17
  39:23 42:6
  44:15 47:15
  48:6,16 49:3
  49:11 51:5,21
  53:11,23 54:13
  54:25 55:18

56:5 60:3,15
61:10 63:23
65:8 68:15,22
70:11 72:15
76:23 80:4
88:19 90:6,18
91:6,17 94:13
95:7,20 96:10
99:8,25 100:10
101:16 102:18
106:4 108:25
110:18 111:5
118:10,24
121:2,15
122:11,25
123:14 124:16
125:2,18
128:17 130:16
**objectives**
  77:19
**objects**  6:20
**observe**  98:11
  103:24 104:5
**obviously**
  25:25 52:21
**occur**  76:22
**offer**  35:6 68:5
  81:17
**offered**  38:2
  40:5 42:19,23
  43:3,8 69:13
  125:17
**offering**  21:22
  27:23 29:12
  30:6 33:14
  35:14 36:15
  40:18

**offers** 66:11
**official** 1:9
　135:18
**oh** 37:22 50:24
　56:18 63:1
　74:25 83:16
　85:2 91:22
**okay** 4:20 6:15
　7:3,9,23 8:2,6
　9:10 10:8 11:2
　13:6,20 14:3
　15:17,24 16:19
　18:5,17 19:14
　21:17,21 22:12
　23:3,17 27:20
　29:11 35:13,24
　36:23 37:6,22
　37:25 39:21
　40:2,23 41:3
　41:17,23 47:20
　51:15 55:25
　59:3 63:7
　73:14 75:13,25
　78:14,16 79:9
　85:9 87:18,24
　92:11 99:21
　100:16 105:16
　106:23 111:22
　112:3 115:17
　115:18 123:8
　129:15,16
　132:6,24
　133:24
**oklahoma**
　54:21 102:16
**once** 101:20
　102:21 132:20
　133:20

**ones** 10:12 32:6
　39:6 45:13,19
　54:20 66:3
　74:3 75:9
**online** 15:10
　16:22 17:1
　18:7 57:13
　61:9 62:4,8
**open** 37:8 69:4
　69:6,10
**operate** 39:7,15
　127:15
**operates** 21:4
　34:6 44:4
　130:11
**operations**
　20:15
**opine** 126:13
**opinion** 14:16
　15:13,24 16:11
　17:4,17,25
　18:2,4 22:13
　22:16 24:2
　26:22,24 30:6
　33:2 38:13
　41:16 53:4
　68:10,20 87:13
　87:25 110:17
　121:11
**opinions** 19:19
　21:22 22:5,6
　27:23,24 28:17
　29:12 32:16
　33:14 35:6,14
　35:21 36:15
　38:1,7,12 39:2
　40:18 41:1,11
　43:1,8,10,16

　43:22 46:21
　47:2 49:9 51:2
　104:3 126:6,7
　128:2 132:22
　133:22
**opportunity**
　87:10
**opposed** 68:12
　84:12 117:4
**option** 67:18
　69:13 125:16
　126:14
**options** 67:21
　67:23 68:5,12
　68:21,24 71:23
　75:11,18
**orally** 6:8
**order** 27:17
　71:14,19,23,25
　72:1,13 74:2
　75:1,3,6,14,17
　75:19,20 78:13
　78:23 128:2
**organization**
　36:24
**origin** 78:3
　79:20 81:1,18
**original** 10:2
**outcome** 18:3
　43:13 135:16
**outcomes**
　77:20,24
**outlet** 14:15
**outlets** 44:5
**outline** 109:17
**outside** 37:23
　56:7

**overall** 49:21
　51:12 109:2
　110:12
**overarching**
　21:2
**own** 21:21 22:4
　76:13 130:19
　131:4 132:2

**p**

**p** 2:1,1 133:14
**p.m.** 134:3
**packaging**
　15:22 16:9,16
　17:15
**packing** 131:14
**page** 3:2,6
　30:12 37:17
　39:11 41:12
　56:15,16,23
　74:1,21 78:15
　79:3 100:22
　137:4,7,10,13
　137:16,19
**pages** 129:21
　129:22
**paid** 50:8 63:14
　63:18 66:3
**panel** 57:6,7,9
　57:10,10 58:5
　58:11,12 60:20
　63:16 64:4,7
　64:13
**panels** 57:13
　62:8 63:17
**paper** 45:8
　46:18 59:1

papers  25:7
  27:11 44:1,8
  44:10,12 48:20
paragraph
  40:11,11,15
  41:5,13 56:2
  56:15,16,24
  60:23 61:3
  62:10 65:15
  71:12,13,22,25
  75:22,25 78:1
  80:19,22 83:7
  84:16 96:19
  100:23 104:13
  104:18 106:8
  107:2,10,15
  108:3 109:14
  109:25 110:13
  110:21 111:18
  113:17,18
  115:14,19
  121:5,6 123:5
paragraphs
  40:17,24
parallels  132:4
part  38:5 44:18
  78:16 110:21
  118:14
partake  64:25
participant
  65:2 84:13
participants
  57:9 61:22
  63:10 78:1
participate
  56:20 57:23
participated
  60:2

participating
  1:18
particular  25:9
  29:13 32:22,23
  33:14 35:1,2
  57:15 69:2,13
  82:6 87:1
particularly
  25:10
parties  16:12
  129:4
partly  81:16
parts  41:4
  49:18 77:3
  80:8
party  135:15
past  14:6
pay  26:7 27:6
  65:16 66:20
  67:22 68:7
  69:3 70:21
  74:5,16 78:4
  79:21 80:10,15
  81:2 82:7,15
  96:20 97:11
  98:6,13,14,23
  98:25 99:5
  100:14,19
  101:2,12 102:1
  102:12,15
  103:5,6,14,15
  110:24 111:8
  111:11 112:1
  112:22 113:19
  113:25 114:4
  122:8,23
  123:13 124:5,9
  124:13,22

  125:6,15
  128:14
paying  26:11
  120:22
payment  64:1
peer  43:23 44:3
  44:13,21 48:11
  48:15
penalty  5:13
pending  7:2,8
  73:1
pennsylvania
  1:23
people  60:1
  68:3 69:23
  81:22 85:23
  91:12 97:20,20
  100:5 103:8,18
  104:10 111:11
  114:17 117:12
  117:25 121:23
  122:5 125:24
people's  26:6
  80:10 104:6
perceive  24:23
perceived
  22:19 79:25
  117:25
percent  14:20
  63:3
perception
  25:22 55:23
  56:1 84:7,18
  84:22 105:21
  106:14,18
  115:13 120:10
  120:14

perceptions
  3:13 16:9
  23:11,15,21
  24:6,8,15 25:2
  26:5,14,21
  27:3 55:21
  56:12 73:10
  81:25 106:22
  107:3 108:5
  110:2,9
perdue  1:9
perfect  4:23
perfectly  83:19
period  59:17
  59:19,22,25
  60:13
perjury  5:13
permitting
  69:1
pet  15:11
pets  15:9 16:23
ph.d  12:20
  21:10
ph.d.  1:17 3:2
  4:3
phd  3:8 13:16
philadelphia
  5:3
phone  13:3,5
phrasing
  121:13
phrasings
  95:11
pick  68:14
  125:17,25
picked  125:21
picture  12:12

Claudiu V Dimofte February 13, 2023

**piece** 49:16
**place** 113:24
  135:6
**placed** 25:16
  110:15,22
  111:3 112:19
  113:6
**places** 23:13,19
**plaintiff** 1:6
  2:7 17:21,22
  18:9,11,22,24
  18:25 22:9,19
  43:1,7,11
  52:16
**plaintiff's** 5:9
  6:20 7:6 17:7,9
  21:25 42:9,15
**plaintiffs** 12:14
  23:7 32:17
**plausible**
  125:13
**play** 113:10
**played** 114:6
**players** 113:13
  118:20 119:13
  119:23 120:2,3
**playing** 28:13
**please** 7:6,11
  45:23 127:19
**pleasure** 134:2
**plenty** 42:20
**point** 27:18
  29:17 30:11
  36:8 37:4,5
  42:22 43:20
  45:22 52:24
  53:18 62:6
  92:12 95:9

98:10 108:13
  117:18 130:21
  130:22 132:12
**points** 35:19
  57:12 115:9
  131:7,25
**policies** 36:16
**politicians**
  130:25
**population**
  48:5 49:1,17
  53:1,7,19 54:4
  56:9 57:14
  59:12 60:7
  62:11,13,19,22
  64:5 123:20
  125:1
**populations**
  52:13
**positions** 11:23
  11:25
**positive** 77:16
  77:24 93:3,4
  122:2
**possible** 71:20
  74:12 75:12
  77:24 93:6,12
  115:7 121:12
  121:17
**possibly** 60:6
  61:16 72:25
  114:10,11
**potential** 14:19
  16:10 17:13
  56:10,19 58:2
  61:7 62:23
  127:1

**potentially**
  68:18 69:16
**pound** 122:24
  123:13 124:2
**power** 47:6,8
  47:10,14,17,22
  47:23,24
**practice** 71:13
**practices** 49:14
  51:10
**pre** 81:19
**precisely** 56:3
  61:13
**precision** 57:20
  57:23 108:15
**preconditions**
  84:10,25
**preferable**
  120:12
**preference**
  109:11,21
**premise** 103:21
**preparation**
  8:23
**prepare** 8:6
**present** 25:1
  55:3 91:1
**presented** 38:5
  71:15,23
**pressure** 23:14
  23:19 25:17
  110:15,23
  111:4 112:19
  113:7,24
**presume** 89:13
**pretest** 117:11
  121:22

**pretty** 8:12
  85:21
**prevent** 50:15
**previous** 63:5
**price** 65:19
  66:16 67:11
  69:2,14,24
  70:7,20 74:15
  75:2 79:25
  98:21 113:11
  115:6,7,9
  124:1,6,10,14
**priced** 114:22
  114:22,25
**prices** 23:14,15
  23:20,21 25:17
  25:24 26:14,21
  27:3 65:21,23
  66:4,12,21,25
  70:17 98:20
  110:16,23
  111:4 112:19
  112:21 113:7,9
  113:12,25
**pricing** 14:14
  14:20 18:8
  34:21 36:10
**primarily**
  21:12
**primary** 99:1,6
  99:16,22 100:2
  100:4 112:6
  113:5
**principle** 71:17
**print** 76:2
  85:25 86:8,13
**prior** 44:1,17
  65:4 78:20

Claudiu V Dimofte                                    February 13, 2023

83:3 98:9
**private** 20:13
**probably** 19:12
19:15 73:6
85:22 86:5
96:4,5
**problem** 69:17
**problematic**
71:8
**procedure**
61:18
**procedures**
49:25
**proceeding**
14:9 19:7
**process** 44:4
46:16 48:18
115:25 133:19
**produced**
86:22 87:2,14
87:19,25 88:16
88:23,24,25
89:4 90:3,15
91:15 92:9
93:10 94:25
95:3,16 96:1
101:10 107:21
116:2,8,13,18
117:6 118:18
118:23 119:5
119:10,15
120:6,23
**producers** 34:4
80:2 83:6
98:19 119:15
119:20,21
130:12

**product** 15:22
24:15 65:12,25
69:21 77:17,18
77:23 81:19
87:22 89:17,18
94:23 99:13,14
99:17 114:14
115:2 119:10
**production**
12:11 92:14
**products** 26:7
26:12 65:11,24
69:22 78:5
79:21 80:3
115:7 116:3,7
116:22,24
118:8,17,18,23
120:8,11
**professional**
1:21 62:3
**program** 112:5
112:18 113:3
113:23
**programs** 2:9
**project** 32:18
**proper** 49:25
64:8
**properly** 16:25
48:25 119:3
127:15
**proprietary**
58:6,9 63:17
64:4,14
**proquest** 45:14
**protection**
100:21
**provide** 20:9
28:6 39:17

40:25 42:9
43:2,10 52:22
60:21 64:8
87:6,10 89:2
90:10 115:18
**provided** 3:9
10:1,3,9 13:17
14:2,6 15:25
16:11,13 19:10
21:1 25:8 32:3
32:5 41:22
42:16,18 43:20
51:12 66:3
91:8 95:15
108:20 125:25
**provider** 58:5,6
58:12 59:11
**provider's**
57:10
**providers**
24:24 58:11
**provides** 28:7
30:22 65:23
66:5
**providing**
22:13,16 32:21
70:1,3 77:24
87:13,24 89:9
**psychology**
21:11,13
**public** 1:22 2:2
4:12,17 31:23
31:24 108:9,11
135:4,22
138:19
**publications**
45:3

**publicjustice....**
2:6,6 136:2
**published**
44:17,24 48:7
48:9,20
**publishing**
44:5
**pull** 13:22
27:20 29:23
30:25 31:21
73:3,16 78:14
129:20
**pulled** 46:13
102:21
**pulls** 49:19
102:10
**puppies** 16:23
**puppies.com**
16:20
**puppy** 16:24
**purchase** 65:5
74:5 77:21
82:15 87:9
89:9 94:1,3,5,9
94:17 95:11,12
95:19 96:9,18
99:20 100:13
104:15,19
105:1,5,6
112:9,11,15
**purchased**
62:14,19 63:4
124:15
**pure** 57:20,23
**purely** 93:20
93:25
**purpose** 22:7
35:11 109:9

132:15
**purposely** 29:5
**purposes** 63:6
**pursuant** 135:5
**pursue** 49:5
133:20
**pursued** 20:12
49:13,20 51:8
51:10 71:1
126:23
**put** 28:10
60:13
**putting** 28:13

**q**

**qualifications**
83:23
**qualifier** 87:17
88:3,9 89:10
90:11
**qualifying**
106:25
**qualitative**
67:24
**quality** 68:18
75:2 86:22
87:3,15,20
88:17,23 89:4
90:4,15 91:16
92:23,25 95:1
95:4,16 96:1
101:10 107:22
**quantities**
117:3
**question** 6:13
6:14,17,21,22
7:3,8 13:8
24:18 28:16,17

29:8,24 33:16
47:20 49:12
51:6,8,16,23
65:3,5 68:6
73:1 75:6,6
78:7,8,20
79:10,15,18
80:5 81:6,9,9
81:17 82:8
90:7,21 92:25
93:1,24 96:11
99:9 100:2
101:17 105:22
106:3,16 114:9
116:11 117:14
118:4,5,7,11
119:8 120:14
121:14,19
122:10 125:3
125:19 126:11
133:4
**questioning**
28:12 29:3
**questions** 5:23
6:3,8 29:24
37:11 46:8
47:7,9 56:12
65:10 68:4
71:14,20 72:1
72:4,9,14,19
72:21 73:2,22
73:25 74:9,11
75:10,16,18
78:18,23 83:3
103:19 105:20
107:14 115:11
122:18 124:18
128:4 129:19

132:25
**quite** 19:25
67:20 100:13
**quote** 86:21
107:21 110:21

**r**

**r** 2:1 4:12,17
8:10,15 28:9
36:19,20 54:4
55:12 98:18
135:1 137:3,3
**raised** 31:10
114:3 117:25
**rancher** 33:24
**ranchers** 1:3
5:6 8:21 78:9
79:16 93:10
136:4 137:1
138:1
**random** 69:8
75:17 85:19
127:4,14
**randomization**
71:18 72:7,10
**randomize**
71:14 72:13
75:14
**randomized**
72:19,21 73:2
73:23 74:6,9
74:11,12,13
75:11 78:21,22
78:24 79:6,10
**randomizes**
78:18
**randomizing**
71:19 74:14

**randomly** 68:7
68:14 85:21
127:5
**rang** 13:3
**range** 19:9
32:19 65:19
66:2,4,13,15
66:19 69:24
70:3,5 82:1
115:9
**ranged** 81:25
117:17
**ranges** 65:20
65:24 66:8,11
67:12,17 70:10
**reaching** 24:10
43:22 44:22
49:9 50:15
51:2
**read** 7:7 38:23
43:25 44:7
90:3 91:23,25
93:23 109:19
116:5 119:3
136:9 138:5
**reading** 56:7
**real** 76:16,20
77:1 101:8
108:22
**realistic** 70:20
84:5
**really** 33:25
71:3 93:2
108:4
**reason** 5:15,18
55:6 59:5
64:24 125:13
127:7,14

136:11 137:6,9
137:12,15,18
137:21
**reasons** 126:11
**recall** 10:5,20
14:18,20 16:14
16:16,23 17:15
18:2,4 19:17
27:25 37:3,4
38:18,24 40:8
42:13 45:16,18
46:8,11,14,22
67:8,10 73:5
86:4 92:1,6,19
92:20 93:8
96:16 112:8
117:16 123:2
127:21,24
**receipt** 136:18
**receive** 58:2
**received** 62:2
**recent** 14:5
**recess** 46:1
105:17 129:17
**recognize** 11:7
13:25 46:25
65:2
**record** 4:22
28:11 29:1,2
37:13 73:19
130:1,2 132:14
135:13
**recorded** 1:16
135:10
**recruit** 57:13
58:7
**recruited** 54:18

**redo** 133:15
**reduces** 23:12
**refer** 29:16
31:16 39:4,5,7
41:8,13
**reference** 18:8
30:12 34:16
**referenced**
136:6
**references**
39:10
**referred** 32:7
61:25 83:3
85:4
**referring** 31:5
35:15,20 43:24
50:20,22 51:19
60:23 97:1,22
**refers** 25:6
30:13 39:19
42:8 111:18,25
**refuse** 43:10
**regard** 20:3
78:3 79:20
81:1
**regarding**
105:22 108:15
**regardless**
80:16 120:24
**registered** 1:21
**regression**
127:10
**reject** 101:1
**relate** 56:13
113:14
**related** 12:11
25:19 34:23
36:6

**relation** 5:4
114:1
**relative** 87:7
**relatively**
111:10 122:23
**relevance**
30:10 46:18
**relevant** 10:13
29:17 32:7,24
40:7 41:9,21
42:24 44:8,12
45:9 46:23
49:17 54:5,8
55:11 61:15
62:22 69:24
71:3,6 98:23
115:24 130:9
131:10
**reliability**
49:21
**reliable** 44:22
49:6 83:21
**relies** 20:6
**rely** 39:2
**relying** 25:4
38:7 39:14
43:15
**remember** 7:16
10:19 28:14
39:9
**remotely** 1:17
**render** 132:20
**repeat** 13:7
95:21 106:16
**rephrase** 6:15
21:24 95:22
**replicate** 76:19

**replication**
76:21,22
**report** 3:10 8:8
10:7,10,13
13:24 14:2,18
15:14 16:2
17:5,18 18:19
22:1,7 25:6
27:12,16,19
28:14,15 29:5
29:20,22 30:15
30:19 34:17,21
35:10,11 36:6
37:9,14 38:9
38:11 39:5
40:10 41:23
42:1,5,8,10,24
43:5,13,17
44:19 45:4
56:2 60:23
75:22 92:3,16
93:19 103:18
104:7 110:13
123:25 126:6
128:3,4
**reported**
124:15
**reporter** 1:21
1:22 6:5
**reporting**
103:25
**reports** 28:17
**represent**
97:10
**representative**
58:17 64:6,11
**representatives**
8:21

**representing**
2:7,14 4:10,12
**requested**
43:11,12
**require** 59:9
**required**
138:13
**research** 13:10
20:12 24:11
44:22 49:16,18
50:4 61:15
62:4,7 64:1
69:7 99:2,7,18
103:21,24
131:9,25
132:16
**researching**
46:19
**residence** 1:19
**resonates**
114:19
**respect** 14:24
24:2 26:22
**respond** 57:12
108:18 109:5
**responded** 91:7
121:19
**respondent**
79:13 80:2
83:8 106:14,18
107:3 120:24
124:5,13
**respondents**
50:8 52:11
54:18 56:19
58:2 59:10,15
59:21 60:10
61:5 63:4

64:10,17,21
75:25 77:10
78:8 79:25
80:24 81:5,8
85:6 97:8
105:22 120:20
121:8 122:6,22
124:7,18
125:14
**responding**
33:15 61:8
63:11 118:3
122:18
**response** 55:10
60:24 61:4
64:2,15,16,20
68:5,17 70:16
71:11 72:1
75:18 82:24
106:3 126:12
126:17 132:18
**responses** 28:7
67:24 70:24
74:7 84:4
103:23
**restroom** 45:23
**result** 97:15
98:2 108:2,10
114:8 123:16
**resulting** 71:10
96:22 97:24
113:21
**results** 30:10
46:13 48:4
49:2 96:20
98:4 100:17
101:15 106:7
121:23 124:25

132:20 133:12
**resume** 46:2
**retail** 110:16
111:4 112:19
113:7,11 124:1
124:6,14
**retailer** 15:11
18:7
**retained** 5:9
18:9,22 21:25
**return** 37:7
136:13,17
**returns** 60:8
**review** 10:8
27:16 31:2
40:3 43:23
44:1,3,9,13
45:3 46:7,15
48:12,15,18
102:3 123:5
128:2,9 129:10
136:7
**reviewed** 10:15
10:18 44:21
86:19,20 93:7
93:13
**reviewers**
48:17
**reviewing** 32:9
**right** 4:20 7:18
10:10 11:23
18:1 22:2
27:17 29:23
32:23 35:3
36:3,13 37:20
38:16,23 44:11
51:20 52:17
56:21,22 58:20

62:11,16 65:7
69:15 70:2
72:2 74:7
77:13 78:5,19
79:2,4,22
80:11,21 81:3
82:12,18,22
84:14 85:3,14
85:25 86:3,16
86:24 88:7,8
88:10 94:12
95:6 96:6
101:5 104:22
105:2 107:5
109:8 116:14
116:19 118:18
118:23 119:12
119:17 121:1
122:24 123:24
124:2,6 125:16
126:10,13
127:22 128:16
130:19 131:22
133:18
**role** 114:6
**rotate** 72:4
**rotated** 72:2,7
72:10
**rough** 20:18
**roughly** 14:21
19:15
**rules** 6:2 114:2
**run** 127:10,13
**ryan** 1:20

| s |
| --- |

**s** 2:1 3:5 137:3

Claudiu V Dimofte                                    February 13, 2023

**safety** 17:11
**sale** 67:19
**sample** 24:11
  24:13 47:5,8
  47:10,13 48:2
  48:11,24 49:9
  49:15,24 50:3
  50:16 51:2,18
  51:24 52:6,14
  57:20,23 58:5
  58:13,15,15,16
  58:17 60:19
  63:6 83:12,19
  84:21 103:22
**sampled** 52:12
  56:8
**samples** 50:17
  58:7 84:4
**sampling** 50:1
  51:9 53:8,17
  53:18 54:17
  59:13 61:17
  64:8
**sanderson**
  17:11
**sarang** 9:3
  14:25 25:11
  26:17 30:8,20
  34:2 35:8,18
  38:17 39:23
  42:6 44:15
  47:15 48:6,16
  49:3,11 51:5
  51:21 53:11,23
  54:13,25 55:18
  56:5 60:3,15
  61:10 63:23
  65:8 68:15,22

70:11 72:15
76:23 80:4
88:19 90:6,18
91:6,17 94:13
95:7,20 96:10
99:8,25 100:10
101:16 102:18
106:4 108:25
110:18 111:5
118:10,24
121:2,15
122:11,25
123:14 124:16
125:2,18
128:17 130:16
133:2,3,6,23
**saw** 81:8 85:24
  86:12 92:21
  94:23 97:20
  101:13 109:5
  127:25
**saying** 4:21
  118:3
**says** 56:19
  58:18 71:25
  76:18 79:18
  80:16 83:17,25
  87:16 89:3
  101:6 106:20
  108:10 110:21
  113:18 132:4
**scale** 67:23
  70:15 71:3,8
  81:23 116:17
  117:18 119:17
  119:18 125:21
**scholar** 45:7,12

**scholarly** 44:25
  45:15
**scientific** 44:23
  133:12
**score** 117:16
**scores** 83:18
  117:17
**scroll** 73:24
  77:12
**sdn** 18:14
**seal** 135:18
**search** 45:16
  46:10,13,14
**searched** 45:12
  46:6
**searches** 45:5
  45:10
**searching** 45:2
**second** 13:4
  15:4 52:23
  56:23,24,25
  63:7 73:8
  92:18 106:7
  131:7
**secretary** 1:9
**section** 40:10
  40:20
**see** 7:25 8:2
  10:14 11:5
  13:22,23 17:3
  19:13 26:9
  30:2,4 32:3
  39:11 40:11
  41:5,12,19
  44:3 50:24
  52:1 57:16,21
  58:21 59:10
  60:24 62:10

65:16 66:6
67:6 69:7,11
73:17 74:20,23
75:1 76:3,20
77:6 78:13
86:1,7,10,16
92:4,5 96:24
97:2 104:9
107:9,21,24
118:5 125:12
129:23
**seeing** 105:14
**seem** 54:8 77:8
  121:23
**seemed** 55:11
  98:21
**seems** 24:19
  30:22 31:14
  73:20 107:11
  111:9,19
  124:10
**seen** 92:15 98:3
  98:10 100:7
  123:20
**select** 44:10
  58:13 59:7
**selected** 44:12
  46:6,15 54:1
  61:22 70:8
  125:14,24
  126:15
**selecting** 45:3
  126:12,14
**selection** 64:4
  64:13
**self** 103:25
  104:7

Claudiu V Dimofte                                                February 13, 2023

| | | | |
|---|---|---|---|
| **sell** 33:24 34:4 | **share** 7:21 | **signing** 60:10 | **sizes** 47:25 |
| **seller** 16:22 | 58:23 63:17 | **similar** 15:21 | 48:11 51:18 |
| **sellers** 15:9 | 73:16 129:22 | 15:25 16:2,11 | 52:6 |
| 107:18 117:2 | **sheet** 136:11 | 25:23 26:15 | **skip** 69:9 |
| 119:10 | **short** 67:13 | 27:12 76:1,15 | **slightly** 36:13 |
| **sense** 6:11 20:8 | 105:12 | 81:6 83:20 | 66:21 |
| 31:9,17 34:22 | **shorthand** | 93:15 98:9 | **small** 48:2,24 |
| 36:10 41:16 | 135:10 | 99:2,7,18 | 52:13 58:24 |
| 43:25 51:8 | **show** 28:5 | 100:9 105:4 | 60:8 119:17 |
| 69:9,15 70:7,9 | 75:20 78:23 | 130:21 | 120:22 |
| 71:2 72:9,11 | 114:14 | **similarly** 7:5 | **smaller** 47:13 |
| 72:18 74:16 | **showing** | 7:11 | 47:17,23 67:11 |
| 75:16,18 79:24 | 129:22 | **simply** 53:19 | 116:7,12,19,25 |
| 82:9 89:16 | **shows** 121:5 | 71:11 76:6 | 117:2,3 118:16 |
| 90:24 103:25 | **shut** 13:4 | 77:22 83:17,25 | 119:3,9,14,16 |
| 117:24 120:3 | **side** 17:7,8,9 | 87:10 89:9 | 119:19 120:1 |
| 124:19 130:20 | 57:7 98:22 | 97:15 106:20 | 120:11 |
| 131:9 132:3 | 112:23 125:23 | 125:5 | **socioeconomic** |
| **sent** 57:8 | **sides** 112:20 | **single** 28:15 | 126:20 |
| 136:14 | 125:5 | 114:16 | **software** 7:21 |
| **sentence** 28:15 | **sign** 60:13 | **sir** 7:14 | **sold** 35:1,2 |
| 83:11 93:23 | 64:24 130:25 | **sitting** 68:10 | **solutions** |
| 107:5 116:5 | 136:12 | **situation** 15:16 | 136:23 |
| **separate** 53:21 | **signature** | **situations** 52:3 | **somewhat** |
| 55:7 118:20 | 37:16 135:21 | 75:17 | 133:10 |
| 130:13,17 | **signed** 136:20 | **six** 49:19 50:17 | **sonny** 1:8 |
| **separately** 26:2 | **significance** | 50:20 51:3,19 | **sorry** 4:13 8:13 |
| 93:17 | 106:2 132:19 | 52:7 53:21 | 9:3,15 12:23 |
| **sequence** 72:8 | **significant** | 54:11 55:7 | 13:4,7,7 21:24 |
| **serious** 61:17 | 34:19 100:18 | 79:13 98:16 | 29:10 33:7 |
| **session** 8:9,13 | 100:24 101:25 | 130:13 | 37:24 41:12 |
| **set** 66:19 | 102:7,8,9,15 | **size** 47:5,8,10 | 44:13 45:8 |
| **setting** 113:11 | 104:15,19 | 47:13 48:2,24 | 50:18 56:25 |
| 115:23 | 106:10 133:8 | 49:9,24 51:2 | 58:6,22,25 |
| **seven** 81:23 | 133:13 | 51:24 58:13,15 | 59:1 63:1,9 |
| **several** 27:11 | **significantly** | 60:20 84:21 | 66:23 69:18 |
| 51:11 65:10 | 68:13 112:11 | 119:13,23 | 73:1,7 74:17 |
| | | 120:18 | 83:16 89:15,15 |

95:21 98:14
99:3,4 104:17
109:14,16
113:17 114:25
116:10 117:23
119:25 129:24
131:20 132:7
**sort** 16:18
**source** 41:20
93:6 96:16
105:22,23
106:22 107:16
108:15
**sources** 43:18
57:18
**south** 54:21
102:7
**space** 112:21
115:8
**spade** 14:13
**speaks** 54:13
56:5 72:15
102:18 106:4
110:18 111:5
121:3 122:25
123:14
**specialized**
120:2
**specialty** 116:7
116:22,24
117:2 118:16
118:22 119:4
119:14,20,24
120:22
**specific** 20:20
23:10,23 24:17
28:6 34:4 39:6
44:4,25 52:2,6

52:25 53:1,25
55:21 56:11
57:4,12 60:19
65:1,20,25
66:12 69:21
75:19 77:3,3
77:20 84:10
91:8 93:6
101:18 106:7
114:9 115:19
118:13 121:20
122:5 123:17
123:21 124:19
125:7 126:11
126:12 129:9
**specifically**
13:10 16:14,23
20:7 23:6
32:11,13 33:5
33:10 45:18
55:10 57:22
58:8 117:17
119:2
**specificity**
36:12
**specifics** 23:1,4
34:4 35:5
50:14 92:14
**specified** 65:19
**spectrum**
57:20,23
**speculate** 91:19
92:8 109:2
114:7,12 120:9
122:5 125:20
126:1
**speculating**
95:8 119:7

126:5,8
**speculation**
60:4 61:11
70:12 91:18
118:25 119:11
121:16 125:19
126:13
**speech** 23:5
39:18
**spend** 32:9,16
61:8 68:3 77:3
**spending** 114:3
**split** 21:14
**spoken** 8:20
**sponsors** 23:5
**ssarang** 2:6
136:2
**stages** 126:25
**standard** 1:20
87:3 88:1,17
88:25 90:5,16
92:10,22 93:1
95:5,17 96:2
101:11
**standards**
86:23 89:5
95:1 107:23
**standing** 135:4
**start** 79:3
**started** 79:15
**starts** 79:4
**state** 4:21
39:15 52:9
54:6 55:20,21
96:22 97:24
101:24 102:9
113:21 123:25

**stated** 22:8
62:15 132:22
**statement**
39:15 41:20
87:16 89:13
90:3,14 91:2
91:13 96:8,17
111:2,25 114:1
117:1 120:3,21
123:10
**statements**
87:21 89:24
90:23 95:25
115:12,19
130:10 131:3
**states** 1:1,8,10
2:9 5:8 52:12
52:12 54:1,2,5
54:8 55:11
71:13,22 75:25
123:12 136:4
137:1 138:1
**stating** 28:25
**statistic** 66:8
**statistical**
47:10 102:22
106:1 132:19
133:19,21
**statistically**
100:18 101:25
102:14 104:15
104:19,25
106:10 109:11
133:8
**statistics** 65:22
66:5 70:18
83:8

steak 65:25
66:5,12,17,18
67:4 69:24
85:25 86:3,5
86:13 101:3
114:13,18,21
114:24 115:1,6
115:8 124:1
step 133:10
steps 48:3,24
49:5,8 51:1
104:2
stockgrowers
1:4 5:7 8:22
stopping 45:22
stores 15:10
story 125:5
straightforwa...
45:7
street 2:4,11
stretch 45:23
strike 22:14
26:19 38:10
40:14 50:18
59:24 71:24
76:21 79:12
80:19 88:21
92:23 103:3
104:17 114:22
116:10 132:7
strong 132:23
structure 70:15
struggle 95:24
struggling
128:25
studies 46:20
47:16,18,22,23
48:10,19,25

49:13,20 50:20
50:22 51:3,12
51:19 52:7,9
53:21 54:12
55:1,7 57:11
57:24 61:22
76:7 79:14
84:22 100:7,9
101:24 102:9
102:10 130:13
study 25:4,9
27:9 47:6,11
47:14 48:2,21
50:14,19 53:25
54:18,23,24
55:8,15,20
56:1,4,10 59:6
59:8,16,19,22
59:25 60:14,17
63:10,21 65:6
80:8 81:19
82:6 84:7,19
100:21 101:13
101:15,19
102:8,16,16,17
102:17 103:14
105:21 109:8,9
114:8,16
115:13 117:8
120:20 123:22
124:4,25 125:6
126:9,25
128:14,23
129:11 132:21
133:15
study's 59:13
stuff 69:8

sub 117:5
subgroups
106:2
subject 14:12
84:11,13,15
85:10 127:3
subjects 52:22
52:25 84:8,18
85:16 86:12,19
101:13 109:10
109:12,22
115:12 117:7
subparagraph
112:3
subsample
84:23
subsamples
85:4
subscribed
138:14
substance 5:22
successful
112:6 113:4
sufficient 50:7
52:11
suggest 87:8
91:24 111:10
118:12 121:23
124:24 131:17
suggested
61:24 90:22
suggesting
130:10
suggestion 94:8
suggestive 94:1
94:2 95:18
96:8

suggests 33:6
33:20 77:14
92:12 112:14
118:16 123:22
124:21 125:8
133:12,13
suite 2:4
summarize
14:3 22:12
38:13
summary 22:6
superior 78:11
79:17 80:3
supervision
135:11
suppliers 26:5
26:10
supply 112:22
support 22:11
22:23 24:13,19
25:7 27:15
38:13 48:18
53:4 55:2
95:14 104:11
111:2,19
132:22
supported 16:4
17:6,20 18:21
24:5,14 43:6
133:22
supporting 8:8
supportive
31:14
supports 24:4
27:5 41:14
105:7 112:2
121:22

**suppose** 84:1
**supposed**
  118:19 129:11
**surang** 2:3
  4:11,11 136:1
**surbhi** 2:3 4:11
  8:16 136:1
**sure** 14:20
  15:10 19:25
  23:2 24:22
  27:25 29:15
  36:18 37:10
  38:19 40:6
  42:7,14 45:19
  49:16 50:1,13
  50:14 53:12
  54:15 56:17
  59:20 61:23
  67:10 69:23
  70:25 74:5
  87:21 92:1
  93:14 96:3,5
  99:11 100:4,11
  103:16 105:16
  113:13 115:4
  120:18 131:11
  134:2
**survey** 3:13
  24:11,17 26:1
  27:5,9 58:19
  61:5 64:9,18
  64:19,23 65:1
  65:13 69:7
  72:2,5,23
  73:11,20,21,21
  78:8,12 79:25
  80:2,24 81:5
  97:7 104:6,11

115:23 124:1
129:8 131:17
**surveys** 61:9
  62:4 69:11
  98:13,15,16
**suspicion** 82:2
**sweat** 9:22
**sworn** 4:5
  135:7 138:14

**t**

**t** 3:5 135:1,1
  137:3,3
**table** 75:7
**take** 45:22 48:3
  48:24 49:8
  51:1 61:5
  102:4 104:2
  108:13 129:14
**taken** 1:17 46:1
  117:1 129:17
  135:5
**takes** 59:8,10
**talk** 6:9 7:5
  33:17 53:6,19
  70:25 106:24
**talked** 111:7
  115:10 117:9
  127:4 128:12
**talking** 33:9,11
  33:15 54:16
  67:13 74:10
  107:8,10,11
  123:9 133:17
**talks** 33:21
  61:4 81:18
  89:20 107:15
  108:3 119:17

133:11,14
**target** 62:11,13
  62:19
**targeting** 83:14
**taste** 75:3
**technica** 18:13
**tell** 7:18 14:12
  19:16 32:11,13
  70:13 93:14
  133:15 135:7
**telling** 80:1
  95:3
**tend** 68:3 69:6
  69:8 120:2,12
**term** 89:11
  120:6 122:10
  133:8
**terms** 17:14
  20:5 23:6,10
  24:9 33:19,22
  36:8 45:16,18
  46:11,14 50:7
  53:17 54:15
  55:12 58:14
  60:10 64:25
  67:20,21,24
  70:20 71:19
  74:3 77:1
  82:20 84:9
  97:13,19 105:4
  105:5 106:3,16
  106:21 108:5
  117:8 119:12
  124:9 128:9,11
  128:13 133:18
  133:22
**test** 28:12 29:4
  67:23

**tested** 81:19
**testified** 4:6
  61:21 127:17
**testify** 4:4 5:16
  5:19
**testimony** 3:2,9
  5:12 7:12
  13:17 14:6,24
  16:12 18:18
  19:10,18 38:22
  40:19,24 42:18
  46:2 90:13,19
  94:14,21 96:11
  125:3 135:5,9
  135:13 136:9
  136:18 138:8
**testing** 25:3
**texas** 54:21,23
  55:15,16
  102:16
**text** 7:7 86:21
  87:2 91:8
  95:15 101:9
  107:21,25
  132:11
**thank** 28:19,22
  83:16 113:16
  129:13 132:25
**thanks** 133:25
**theme** 21:3
**themes** 20:19
**thereof** 45:20
  135:16
**thing** 26:1 28:3
  56:8 63:21
  75:5 82:13
  93:2,25 96:6
  97:19 119:3

127:2 130:17
**things** 47:25
50:15 69:6,10
91:12 96:12,15
114:5,12
115:25 116:24
117:3 118:8
120:16 129:3
**think** 6:14 7:15
7:22,23 9:2,4
9:12,17,20
10:17 14:22
15:7,9,21,21
16:24 17:18
26:24 29:16
30:9,11,14
31:23 32:18,20
33:3 38:8,14
39:5 40:14
41:14 43:18
45:14 46:10,16
52:3 57:18
58:1,18,22
59:8 62:6 63:2
63:3,15,20
65:22,25 69:5
70:8 72:7,17
72:19 73:25
74:6 78:15
79:1,2 80:8,25
87:18 88:4
89:7,12,23
91:5,23 92:17
92:18 101:21
105:11 108:13
108:16 109:25
111:7 112:25
113:18 114:15

114:17,21,24
115:1,5 116:4
119:4,11 120:3
120:9,14,17
121:19 122:1,3
122:18,19
124:12,19
125:13,21
126:22 127:23
128:19 129:10
130:8,20
132:22 133:10
**third** 15:17
26:13 125:16
**thought** 33:11
51:22 91:9,10
91:11,12
111:19
**three** 23:23
59:6 67:15
80:11 84:23,24
85:1,3 100:8
106:2,9,21
109:24 121:24
123:18 124:8
126:20 127:6
**time** 1:20 32:9
32:15 53:2,5
53:14 59:17,18
61:8 63:11
68:4 75:4 77:4
82:2 94:5
113:23 114:3
124:1,11 133:1
133:25 135:6
136:19
**timeframe**
136:8

**times** 45:8 75:8
78:19
**titled** 3:8,11,12
13:16 34:13
73:10
**today** 5:2,3,12
5:16,19,24 8:4
11:18 62:7
105:10 131:15
132:8 133:9
134:1
**today's** 8:7
**together** 49:19
51:12 60:13
102:11,22
117:13
**told** 77:10 78:8
**ton** 96:5
**tone** 89:8
**took** 59:16
**top** 28:4 85:18
100:8
**topic** 12:10
13:12 30:23
46:18 54:9
59:12 64:23
103:17
**topics** 20:13
**total** 32:16
84:17
**training** 21:17
**transcribed**
135:11
**transcript**
136:6,20 138:5
138:8
**transcription**
135:12

**tribe** 18:14
**tried** 56:11
66:3,13,14,18
115:24
**true** 47:12,21
82:19 84:15
86:17 88:6,11
101:23 118:9
127:23 128:10
135:13 138:8
**truth** 135:8,8,9
**truthfully** 5:16
5:23
**try** 69:9 103:22
**trying** 15:14
16:2 17:5,18
18:19 29:22
31:21 37:3
40:24 62:6,24
67:2 68:1
74:17 76:6,19
88:14,15 105:6
126:4 131:6
**turn** 55:25
**turning** 65:15
**two** 8:10,13,15
8:19 9:6 16:1
25:24 26:16
47:7,9 50:9
56:16 67:15
96:12,15
100:12 101:19
107:13,14,19
112:20 113:14
113:15 125:5
**type** 58:1 69:8
69:14 87:11

types   24:21
    50:4 64:21
    66:12 67:4
    87:8 118:8,20
    132:17
typical   45:13
    50:9 64:1
typically   45:5
    48:10,14,19
    57:8,25 69:11
    89:14 90:9
    133:13

**u**

u.s.   31:13,25
    33:21 34:18
    57:14 65:22
    66:4 70:18
    114:1
ultimate   22:5
unaltered
    101:14
under   5:13,13
    39:15 82:2
    91:20 135:11
undergraduate
    12:21 21:8
underlie   21:18
undermine
    61:17
understand
    5:12 6:6,13,24
    10:3 19:25
    30:18 36:18
    53:12 59:20
    74:18 81:22,24
    81:24 82:21
    91:23 107:12

116:4 117:12
117:19,20
118:3 130:6
understanding
    10:16 38:16
    39:16 54:3
    69:23 72:12
    118:1 122:13
    127:18
understood
    6:18 7:13
    121:18
undertook   52:8
    54:12
underwent
    27:10
united   1:1,4,8
    1:10 2:9 5:7,7
    123:12 136:4
    137:1 138:1
unlimited   53:2
    53:13
unquote
    107:24
unreliable   49:2
unwieldy   67:19
usable   84:17
usda   4:10 23:5
    24:6,15 39:16
    39:25 42:21
usdoj.gov   2:12
    2:13
use   7:23 45:13
    73:6 79:7
    115:5
used   10:12
    32:6 38:12
    42:24,25 43:19

43:24 45:17,19
46:11 64:11
77:2 99:2,7,10
100:13 130:7
133:9 136:20
uses   77:1 86:22
    87:2,15,19
    88:1,16,23
    89:4 90:4,15
    91:16 94:25
    95:4,16 96:1
    101:10 107:22
using   67:11,17
    97:9 133:8
usually   52:13
    76:13 91:16
    92:9,21

**v**

v   1:7,17 3:2,8
    4:3 13:16
    136:4,5 137:1
    137:2,24 138:1
    138:2,4,12
vague   25:11
    26:17 30:8,20
    34:2 35:8,18
    38:17 39:23
    42:6 44:15
    47:15 48:6,16
    49:3 51:21
    53:11,23 54:25
    55:18 60:15
    63:23 65:8
    76:23 91:6
    95:20 99:25
    100:10 108:25
    118:10 122:11

124:16 128:17
130:16
valid   113:24
validity   76:8
value   47:18
    133:14
valued   115:1,2
vancleve   15:5
variables
    113:10
variance   67:2
    119:12
variants
    125:23
varies   59:11,14
variety   12:20
    20:20 25:6
    42:22 65:11,23
    68:16 69:21
    91:11 114:5
various   82:4
    83:18 117:24
    125:24
vary   121:7
vast   63:2
vaughn   9:14,16
verify   136:9
veritext   136:14
    136:23
versus   5:7 15:5
    15:18 16:5,20
    17:11 18:5,13
    104:11 116:7
    116:15 119:4
video   1:16
videoconfere...
    1:18 4:4

| | | | |
|---|---|---|---|
| **view** 44:21 | **welcome** 46:4 | 38:18 39:24 | 52:19 53:3,20 |
| 69:14,18 76:1 | 105:19 | 42:7 44:16 | 58:12 122:21 |
| 76:16 107:20 | **welfare** 22:21 | 47:16 48:7,17 | 130:9 |
| 107:25 108:22 | **went** 8:8 | 49:4,13 51:7 | **working** 17:7 |
| **viewed** 76:15 | **willing** 69:3 | 51:22 53:12,24 | 46:24 |
| **viewing** 76:2 | 101:12 111:11 | 54:15 55:1,19 | **workings** 63:16 |
| **vitae** 3:7 10:25 | 124:5,13 | 56:7 60:5,16 | **works** 21:3 |
| 11:9 | **willingness** | 61:12 63:24 | **world** 76:20 |
| | 26:7 27:6 | 65:9 68:16,23 | 77:1 108:22 |
| **w** | 65:16 66:20 | 70:13 72:17 | **worry** 53:7 |
| **waiting** 60:9 | 70:21 74:4,15 | 76:24 80:6 | **worse** 67:25 |
| **want** 21:14 | 78:4 79:21 | 90:8 91:7,19 | 68:2 |
| 23:1 28:10 | 80:10 81:2 | 94:15 95:8,21 | **worth** 89:15 |
| 31:1 68:3 | 82:7,15 96:20 | 96:12 99:10 | 120:22 |
| 78:14 80:20 | 97:11 98:6,12 | 100:11 101:18 | **wright** 9:1 |
| 122:8 123:5 | 98:14,23,25 | 102:20 106:6 | **write** 42:4,8 |
| 127:20 132:13 | 99:5 100:14,19 | 109:1 110:20 | **written** 6:4 |
| **wanted** 9:4 | 101:2 102:1,12 | 111:7 118:11 | 22:1 131:6 |
| 69:22 115:11 | 102:15 103:5,6 | 119:1 121:4,17 | **wrong** 78:25 |
| **wanting** 98:7 | 103:14,15 | 122:12 123:2 | 121:21 |
| **washington** 2:5 | 110:24 111:8 | 123:16 124:17 | **wrote** 41:23 |
| 2:11 | 112:1,22 | 125:4,20 | 94:11 119:8 |
| **wasser** 15:18 | 113:19,25 | 128:18 130:17 | |
| **way** 44:25 | 114:4 122:23 | 134:2 135:14 | **x** |
| 64:20 65:12 | 123:12 124:8 | 135:18 136:8 | **x** 3:1,5 |
| 71:9 76:9 | 124:22 125:6 | 136:10,12,19 | |
| 77:11 82:10,24 | 125:15 128:13 | **word** 76:17 | **y** |
| 99:22 115:5 | **wisconsin** | 94:11 122:1 | **yeah** 34:3 |
| 116:4 118:5 | 54:21 102:17 | **words** 19:24 | 45:24 56:18,25 |
| 121:18 130:11 | **withdraw** 6:22 | 21:21 22:5,13 | 56:25 59:4 |
| 131:18 133:12 | **withholding** | 23:12,14 24:7 | 63:2 106:8 |
| **ways** 28:6 | 29:5 | 24:25 47:13 | 110:8 115:3 |
| 68:17 78:10 | **witness** 1:18 | 76:8,11 88:9 | 116:9 120:1 |
| 79:16 82:4 | 9:7 14:10 15:1 | 94:23 101:1 | 129:5 130:1 |
| 99:19 100:5 | 19:24 20:2 | **work** 12:14 | 133:3 |
| **website** 57:11 | 25:12 29:2 | 21:16 22:10 | **year** 11:14 |
| 77:12 | 30:9,21 34:3 | 31:10 42:1 | 42:14 62:15,16 |
| | 34:15 35:9,19 | 44:17 46:15 | 62:20 63:5 |
| | | | 65:4,6 124:15 |

Claudiu V Dimofte                                February 13, 2023

| | |
|---|---|
| **years** | 14:7 |
| **yep** | 37:10 |

| **z** |
|---|

| | |
|---|---|
| **zero** | 67:15 |
| **zoom** | 1:17 2:3 |
| | 2:3,10,10 4:4 |

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.